STEIN & LUBIN LLP
Jonathan Sommer (SBN 209179)
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone: (415) 981-0550
Facsimile: (415) 981-4343
jsommer@steinlubin.com

Attorneys for Defendant
MOMENTOUS.CA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MORRISON & FOERSTER LLP,

    Plaintiff,

v.

MOMENTOUS.CA CORPORATION,

    Defendant.

Case No. CV 07 6361 EMC

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

    PLEASE TAKE NOTICE that defendant Momentous.ca Corporation ("Momentous" or "Defendant") hereby removes to this Court the state court action described below.

    1.    On November 2, 2007, plaintiff Morrison & Foerster LLP ("Plaintiff") commenced an action in the Superior Court of the State of California in and for the County of San Francisco, titled *Morrison & Foerster LLP v. Momentous.ca Corporation*, as Case Number CGC-07-468805. A copy of the complaint is attached hereto as Exhibit A.

    2.    The first date upon which any defendant was potentially served with the complaint was no earlier than November 15, 2007. A copy of the summons is attached as Exhibit B.

    3.    No other process, pleadings or orders have been served upon Momentous.

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Momentous pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs. Plaintiff has asserted a cause of action for breach of contract with damages alleged to be $624,588.68.

5. Momentous is informed and believes that Plaintiff was, at the time of the filing of this action, and still is a California limited liability partnership.

6. Momentous was, at the time of the filing of this action, and still is a Canadian corporation whose principal place of business is Ottawa, Canada.

7. <u>Intradistrict Assignment.</u> Pursuant to L.R. 3-5(b) and 3-2(c), Momentous requests that the case be assigned to the San Francisco or Oakland Division of the Northern District of California as the case was originally filed in San Francisco County.

Momentous accordingly requests that the Court take jurisdiction of this action to the exclusion of any further proceedings in the state court.

STEIN & LUBIN LLP

By: _____
Jonathan Sommer
Attorneys for Defendant
MOMENTOUS.CA CORPORATION

# EXHIBIT A

Case 3:07-cv-06361-EMC  Document 1  Filed 12/14/2007  Page 3 of 12

**CM-010**

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):
ADLER LAW FIRM
JOEL D. ADLER, State Bar No. 52979
ROGER T. RITTER, State Bar No. 56039
101 MONTGOMERY STREET, SUITE 2050
SAN FRANCISCO, CA 94104
TELEPHONE NO.: 415-433-5333   FAX NO.: 415-433-5334
ATTORNEY FOR (Name): Plaintiff MORRISON & FOERSTER LLP

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Francisco
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS: 400 McAllister Street
CITY AND ZIP CODE: San Francisco, CA 94102-4514
BRANCH NAME: Unlimited Jurisdiction

**CASE NAME:** MORRISON & FOERSTER LLP v. MOMENTOUS.CA CORPORATION

**FOR COURT USE ONLY**
FILED
San Francisco County Superior Court
NOV 0 2 2007
GORDON PARK-LI, Clerk
BY: _____ Deputy Clerk

**CASE NUMBER:** CGC-07-468805

**CIVIL CASE COVER SHEET**
[X] Unlimited (Amount demanded exceeds $25,000)
[ ] Limited (Amount demanded is $25,000 or less)

**Complex Case Designation**
[ ] Counter  [ ] Joinder
Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402)

JUDGE:
DEPT:

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [X] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation** (Cal. Rules of Court, rules 3.400-3.403)
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition (not specified above) (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive

4. Number of causes of action (specify): TWO

5. This case [ ] is [X] is not a class action suit.

6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: November 1, 2007

JOEL D. ADLER
(TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**
Legal Solutions Plus

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar, and address)*: | FOR COURT USE ONLY |
|---|---|
| ADLER LAW FIRM<br>JOEL D. ADLER, State Bar No. 52979<br>ROGER T. RITTER, State Bar No. 56039<br>101 MONTGOMERY STREET, SUITE 2050<br>SAN FRANCISCO, CA 94104<br>TELEPHONE NO.: 415-433-5333   FAX NO. *(Optional)*: 415-433-5334<br>E-MAIL ADDRESS *(Optional)*: jadler@adlerlaw.net<br>ATTORNEY FOR *(Name)*: Plaintiff MORRISON & FOERSTER LLP | **FILED**<br>San Francisco County Superior Court<br>NOV 0 2 2007<br>GORDON PARK-LI, Clerk<br>BY: _____ Deputy Clerk<br>**CASE MANAGEMENT CONFERENCE SET**<br>APR 0 4 2008 - 9:00 AM<br>**DEPARTMENT 212** |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS: 400 McAllister Street
CITY AND ZIP CODE: San Francisco, CA 94102-4514
BRANCH NAME: Unlimited Jurisdiction

PLAINTIFF: MORRISON & FOERSTER LLP

DEFENDANT: MOMENTOUS.CA CORPORATION;    **SUMMONS ISSUED**

[X] DOES 1 TO  10

**CONTRACT**
[X] COMPLAINT       [ ] AMENDED COMPLAINT *(Number)*:
[ ] CROSS-COMPLAINT  [ ] AMENDED CROSS-COMPLAINT *(Number)*:

Jurisdiction *(check all that apply)*:
[ ] ACTION IS A LIMITED CIVIL CASE
    Amount demanded  [ ] does not exceed $10,000
                     [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

CASE NUMBER: CGC-07-468805

1. Plaintiff* *(name or names)*: MORRISON & FOERSTER LLP
   alleges causes of action against defendant* *(name or names)*: MOMENTOUS.CA CORPORATION

2. This pleading, including attachments and exhibits, consists of the following number of pages: six (6)

3. a. Each plaintiff named above is a competent adult
      [X] except plaintiff *(name)*: MORRISON & FOERSTER LLP
         (1) [ ] a corporation qualified to do business in California
         (2) [ ] an unincorporated entity *(describe)*:
         (3) [X] other *(specify)*: Limited Liability Partnership (law practice)

   b. [X] Plaintiff *(name)*: MORRISON & FOERSTER LLP
      a. [ ] has complied with the fictitious business name laws and is doing business under the fictitious name *(specify)*:
      b. [X] has complied with all licensing requirements as a licensed *(specify)*: Limited Liability Partnership (law practice)

   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
      [X] except defendant *(name)*: MOMENTOUS.CA CORPORATION       [ ] except defendant *(name)*:
         (1) [ ] a business organization, form unknown        (1) [ ] a business organization, form unknown
         (2) [ ] a corporation                                 (2) [ ] a corporation
         (3) [ ] an unincorporated entity *(describe)*:        (3) [ ] an unincorporated entity *(describe)*:
         (4) [ ] a public entity *(describe)*:                 (4) [ ] a public entity *(describe)*:
         (5) [X] other *(specify)*: Federal Corporation        (5) [ ] other *(specify)*:
                 (Canada)

\* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Legal Solutions Plus

Code of Civil Procedure, § 425.12

PLD-C-001

| SHORT TITLE: MORRISON & FOERSTER LLP v. MOMENTOUS.CA CORPORATION | CASE NUMBER |
|---|---|

4. *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.
      (2) ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.
   c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, *or*
   b. ☐ is excused from complying because *(specify):*

6. ☐ This action is subject to  ☐ Civil Code section 1812.10   ☐ Civil Code section 2984.4.

7. This court is the proper court because
   a. ☐ a defendant entered into the contract here.
   b. ☐ a defendant lived here when the contract was entered into.
   c. ☐ a defendant lives here now.
   d. ☒ the contract was to be performed here.
   e. ☐ a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. ☐ real property that is the subject of this action is located here.
   g. ☐ other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   ☒ Breach of Contract
   ☒ Common Counts
   ☐ Other *(specify):*

9. ☒ Other allegations:
   Plaintiff is serving defendant with a Notice of Client's Right to Arbitration concurrently herewith, which is attached hereto as Exhibit A and incorporated herein by reference, pursuant to Business and Professions Code Section 6201 (a).

10. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. ☒ damages of: $ 624,588.68
    b. ☒ interest on the damages
       (1) ☒ according to proof
       (2) ☒ at the rate of *(specify):* ten (10)   percent per year from *(date):* the due dates of the unpaid invoices
    c. ☐ attorney's fees
       (1) ☐ of: $
       (2) ☐ according to proof.
    d. ☒ other *(specify):*
       Interest according to proof was $101,127.24 as of October 29, 2007, and accrues at the rate of ten percent (10%) per annum ($171.12 per diem).

11. ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: November 1, 2007

CEL D. ADLER
_____           ▶ _____
(TYPE OR PRINT NAME)                         (SIGNATURE OF PLAINTIFF OR ATTORNEY)
               (If you wish to verify this pleading, affix a verification)

PLD-C-001(1)

| SHORT TITLE: MORRISON & FOERSTER LLP v. MOMENTOUS.CA CORPORATION | CASE NUMBER: |
|---|---|

## CAUSE OF ACTION—Breach of Contract

FIRST _(number)_

ATTACHMENT TO [x] Complaint  [ ] Cross - Complaint

_(Use a separate cause of action form for each cause of action.)_

BC-1. Plaintiff _(name)_: MORRISON & FOERSTER LLP

alleges that on or about _(date)_: November 15, 2005
a [x] written [ ] oral [ ] other _(specify)_:
agreement was made between _(name parties to agreement)_: MORRISON & FOERSTER LLP and MOMENTOUS.CA CORPORATION
[ ] A copy of the agreement is attached as Exhibit A, or
[x] The essential terms of the agreement [ ] are stated in Attachment BC-1 [x] are as follows _(specify)_:
MOMENTOUS.CA CORPORATION (Momentous) engaged MORRISON & FOERSTER LLP, at agreed-upon rates, to perform legal services relating to objections of Momentous and affiliated companies, through an entity to be formed, to a proposed settlement agreement between ICANN (The Internet Corporation for Assigned Names and Numbers) and VeriSign. Momentous agreed to pay for this representation.

BC-2. On or about _(dates)_: May 21, 2006
defendant breached the agreement by [ ] the acts specified in Attachment BC-2 [x] the following acts _(specify)_: Failing and refusing to make payments when due under the terms of the agreement.

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
[x] as stated in Attachment BC-4 [x] as follows _(specify)_: Damages in the principal amount of $624,588.68, plus interest.

BC-5. [ ] Plaintiff is entitled to attorney fees by an agreement or a statute
[ ] of $
[ ] according to proof.

BC-6. [x] Other: Interest according to proof was $101,127.24 as of October 29, 2007, and accrues at the rate of ten percent (10%) per annum ($171.12 per diem).

Page 3

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev. January 1, 2007]

CAUSE OF ACTION—Breach of Contract

Legal Solutions Plus

Code of Civil Procedure, § 425.12

PLD-C-001(2)

| SHORT TITLE: MORRISON & FOERSTER LLP v. MOMENTOUS.CA CORPORATION | CASE NUMBER: |
|---|---|

**SECOND** <u>(number)</u>   **CAUSE OF ACTION—Common Counts**

ATTACHMENT TO  [x] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

CC-1. Plaintiff *(name):* MORRISON & FOERSTER LLP

alleges that defendant *(name):* MOMENTOUS.CA CORPORATION

became indebted to [x] plaintiff  [ ] other *(name):*

a. [x] within the last four years
   (1) [x] on an open book account for money due.
   (2) [x] because an account was stated in writing by and between plaintiff and defendant in which it was agreed that defendant was indebted to plaintiff.

b. [x] within the last [ ] two years [x] four years
   (1) [ ] for money had and received by defendant for the use and benefit of plaintiff.
   (2) [x] for work, labor, services and materials rendered at the special instance and request of defendant and for which defendant promised to pay plaintiff
      [x] the sum of $ 624,588.68
      [x] the reasonable value.
   (3) [ ] for goods, wares, and merchandise sold and delivered to defendant and for which defendant promised to pay plaintiff
      [ ] the sum of $
      [ ] the reasonable value.
   (4) [ ] for money lent by plaintiff to defendant at defendant's request.
   (5) [x] for money paid, laid out, and expended to or for defendant at defendant's special instance and request.
   (6) [ ] other *(specify):*

CC-2. $ 624,588.68 , which is the reasonable value, is due and unpaid despite plaintiff's demand, plus prejudgment interest [x] according to proof [x] at the rate of <u>ten (10%)</u> percent per year from *(date):* the due dates of the unpaid invoices

CC-3. [ ] Plaintiff is entitled to attorney fees by an agreement or a statute
   [ ] of $
   [ ] according to proof.

CC-4. [x] Other: Interest according to proof was $101,127.24 as of October 29, 2007, and accrues at the rate of ten percent (10%) per annum ($171.12 per diem).

Page 4

Page 1 of 1

# EXHIBIT A

## NOTICE OF CLIENT'S RIGHT TO ARBITRATION

MOMENTOUS.CA CORPORATION
26 Auriga Drive
Nepean, ON
Canada K2E 7Y8
Attn.: Robert Hall, CEO

For purposes of these proceedings, MORRISON & FOERSTER LLP is being represented by the Adler Law Firm, 101 Montgomery Street, Suite 2050, San Francisco, CA 94104

Notice is given that:

[X] I have filed a lawsuit against you in the SUPERIOR COURT OF THE STATE OF CALIFORNIA, FOR THE COUNTY OF SAN FRANCISCO, 400 McALLISTER STREET, SAN FRANCISCO, CA 94102

    Court                        Address                      Case No.

[ ] I have filed an arbitration against you with the _____
                                    Agency

    Address                                                Case No.

[ ] I intend to file a lawsuit or arbitration against you

regarding your failure to pay the fees and/or costs for professional services in the principal amount of $624,588.68, plus interest in the amount of $101,127.24, as of 10/29/07, for legal services relating to objections of Momentous and affiliated companies, through an entity to be formed, to a proposed settlement agreement between ICANN (The Internet Corporation for Assigned Names and Numbers) and VeriSign. As an alternative to the above, you have the right under Sections 6200-6206 of the California Business and Professions Code to request arbitration of this fee dispute by an independent, impartial arbitrator or panel of arbitrators through a bar association program created solely to resolve fee disputes between lawyers and clients.

You will LOSE YOUR RIGHT TO ARBITRATION if:

    1. YOU DO NOT FILE A WRITTEN APPLICATION FOR ARBITRATION WITH THE BAR ASSOCIATION WITHIN 30 DAYS FROM RECEIPT OF THIS NOTICE; OR

    2. YOU RECEIVE THIS NOTICE AND THEN EITHER (1) ANSWER A COMPLAINT I HAVE FILED IN COURT; OR (2) FILE A RESPONSE TO ANY ARBITRATION PROCEEDING THAT I HAVE INITIATED FOR COLLECTION OF FEES, AND/OR COSTS, WITHOUT FIRST HAVING SERVED AND FILED A REQUEST FOR ARBITRATION UNDER THIS PROGRAM; OR

    3. YOU FILE AN ACTION OR PLEADING IN ANY LAWSUIT WHICH SEEKS A COURT DECISION ON THIS DISPUTE OR WHICH SEEKS DAMAGES FOR ANY ALLEGED MALPRACTICE OR PROFESSIONAL MISCONDUCT.

If I have already filed a lawsuit or arbitration, you may have the lawsuit or arbitration postponed after you have filed an application for arbitration under this program. You can obtain a form to request arbitration from the local bar association if they have an approved fee arbitration program. The address and telephone number of the arbitration program is:

                Bar Association of San Francisco
                301 Battery Street, Third Floor
                San Francisco, CA 94111
                (415) 982-1600

The State Bar of California will conduct fee arbitration where there is no approved local program or if you believe you cannot receive a fair hearing before the local bar named above. If you need assistance, please contact Mandatory Fee Arbitration, State Bar of California, 180 Howard Street, San Francisco, CA 94105-1639, (415) 538-2020.

Dated: November _1_, 2007

                                                        JOEL D. ADLER

# EXHIBIT B

| | |
|---|---|
| **SUMMONS**<br>*(CITACIÓN JUDICIAL)* | **SUM-100** |

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|
| **NOTICE TO DEFENDANT:**<br>*(AVISO AL DEMANDADO):*<br><br>MOMENTOUS.CA CORPORATION;<br><br>DOES 1 TO 10<br><br>**YOU ARE BEING SUED BY PLAINTIFF:**<br>*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*<br><br>MORRISON & FOERSTER LLP | |

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>SUPERIOR COURT OF THE STATE OF CALIFORNIA<br>COUNTY OF SAN FRANCISCO<br>400 McALLISTER STREET<br>SAN FRANCISCO, CA 94102-4514<br>CIVIC CENTER COURTHOUSE | CASE NUMBER:<br>*(Número del Caso):*<br>GC 07 468805 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
ADLER LAW FIRM                                                   415-433-5333 (TEL)   415-433-5334 (FAX)
JOEL D. ADLER, State Bar No. 52979
ROGER T. RITTER, State Bar No. 56039
101 MONTGOMERY STREET, SUITE 2050, SAN FRANCISCO, CA 94104

| DATE: NOV 0 2 2007<br>*(Fecha)* | GORDON PARK-LI | Clerk, by *Jun Panelo*<br>*(Secretario)* | , Deputy<br>*(Adjunto)* |
|---|---|---|---|

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).*)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* MOMENTOUS.CA CORPORATION
   under: ☐ CCP 416.10 (corporation)           ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☒ other *(specify):* FEDERAL CORPORATION (CANADA)
4. ☐ by personal delivery on *(date):*

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev January 1, 2004] | **SUMMONS** | Legal Solutions Plus | Page 1 of 1<br>Code of Civil Procedure §§ 412.20, 465 |
|---|---|---|---|