STEIN & LUBIN LLP
Jonathan Sommer (SBN 209179)
600 Montgomery Street, 14th Floor
San Francisco, CA  94111
Telephone:     (415) 981-0550
Facsimile:      (415) 981-4343
jsommer@steinlubin.com

Attorneys for Defendant
MOMENTOUS.CA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MORRISON & FOERSTER LLP,<br><br>          Plaintiff,<br><br>v.<br><br>MOMENTOUS.CA CORPORATION,<br><br>          Defendant. | Case No. CV-07-6361 EMC<br><br>**STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT (L.R. 6-1)** |

Pursuant to Civil L.R. 6-1, plaintiff Morrison & Foerster LLP ("Morrison & Foerster") and defendant Momentous.ca Corporation ("Momentous") stipulate to an extension of time within which Momentous may answer or otherwise respond to the complaint filed by Morrison & Foerster in the Superior Court of the State of California in and for the County of San Francisco prior to the removal of the action to this Court.  Momentous shall answer or otherwise respond no later than January 15, 2008.

This extension of time will not alter the date of any event or deadline already fixed by Court order.

| | | |
|---|---|---|
| Dated: December 18, 2007 | | ADLER LAW FIRM |

By: /s/ Joel D. Adler
Joel Adler
Attorneys for Plaintiff
MORRISON & FOERSTER LLP

Dated: December 18, 2007                STEIN & LUBIN LLP

By: /s/ Jonathan Sommer
Jonathan Sommer
Attorneys for Defendant
MOMENTOUS.CA CORPORATION