1  STEIN & LUBIN LLP
   Jonathan Sommer (SBN 209179)
2  600 Montgomery Street, 14th Floor
   San Francisco, CA  94111
3  Telephone:    (415) 981-0550
   Facsimile:     (415) 981-4343
4  jsommer@steinlubin.com

5  Attorneys for Defendant
   MOMENTOUS.CA CORPORATION
6

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11

12 | MORRISON & FOERSTER LLP, | Case No. CV-07-6361 EMC |
13 | Plaintiff, | |
14 | v. | **STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT (L.R. 6-1)** ; ORDER |
15 | MOMENTOUS.CA CORPORATION, | |
16 | Defendant. | |

17

18

19         Pursuant to Civil L.R. 6-1, plaintiff Morrison & Foerster LLP ("Morrison &

20 Foerster") and defendant Momentous.ca Corporation ("Momentous") stipulate to an extension of

21 time within which Momentous may answer or otherwise respond to the complaint filed by

22 Morrison & Foerster in the Superior Court of the State of California in and for the County of San

23 Francisco prior to the removal of the action to this Court.  Momentous shall answer or otherwise

24 respond no later than January 15, 2008.

25         This extension of time will not alter the date of any event or deadline already fixed

26 by Court order.

27

28

51590002/361741v1                             1                              Case No. CV-07-6361 EMC

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

Dated: December 18, 2007                ADLER LAW FIRM

By:  /s/ Joel D. Adler
Joel Adler
Attorneys for Plaintiff
MORRISON & FOERSTER LLP

Dated: December 18, 2007                STEIN & LUBIN LLP

By:  /s/
Jonathan Sommer
Attorneys for Defendant
MOMENTOUS.CA CORPORATION

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

51590002/361741v1                               2                           Case No. CV-07-6361 EMC

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT