1  STEIN & LUBIN LLP
   Jonathan Sommer (SBN 209179)
2  600 Montgomery Street, 14th Floor
   San Francisco, CA 94111
3  Telephone:   (415) 981-0550
   Facsimile:   (415) 981-4343
4  jsommer@steinlubin.com

5  Attorneys for Defendant
   MOMENTOUS.CA CORPORATION
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| | |
|---|---|
| MORRISON & FOERSTER LLP,<br><br>Plaintiff,<br><br>v.<br><br>MOMENTOUS.CA CORPORATION,<br><br>Defendant. | Case No. 07-6361 EMC<br><br>**DECLARATION OF JONATHAN SOMMER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, INSUFFICIENT SERVICE OF PROCESS AND FAILURE TO STATE A CLAIM**<br><br>Date:      February 20, 2008<br>Time:      10:30 a.m.<br>Judge:     Hon. Edward M. Chen<br>Location:  15th Floor, Courtroom C |

1. I am an attorney admitted to practice in the State of California and counsel of record for Momentous.ca Corporation ("Momentous"). I have personal knowledge of the matters stated in this declaration and, if called upon as a witness, could and would testify competently to them.

2. Attached as Exhibit A hereto is a true and correct copy of an Application for Substitution of Counsel filed in Case No. 05-4826 RMW (PVT), styled *Coalition for ICANN Transparency Inc. v. Verisign, Inc. and Internet Corporation for Assigned Names and Numbers*.

3. Attached as Exhibit B hereto is a true and correct copy of a docket report

1  for the CFIT litigation printed from the web site for the United States Court of Appeals for the
2  Ninth Circuit.

3

4     I declare under penalty of perjury under the laws of the United States of America
5  that the foregoing is true and correct. Executed on January 15, 2008.

6
            /s/
7         Jonathan Sommer