# Exhibit A

```
 1  JESSE W. MARKHAM, JR. (CA SBN 87788)
    JENNIFER LEE TAYLOR (CA SBN 161368)
 2  STUART C. PLUNKETT (CA SBN 187971)
    KEVIN A. CALIA (CA SBN 227406)
 3  CATHLEEN E. STADECKER (CA SBN 234966)
    MORRISON & FOERSTER LLP
 4  425 Market Street
    San Francisco, California 94105-2482
 5  Telephone:   (415) 268-7000
    Facsimile:   (415) 268-7522
 6
    PATRICK A. CATHCART (CA SBN 65413)
 7  BRET A. FAUSETT (CA SBN 198410)
    IMANI GANDY (SBN 223084)
 8  CATHCART COLLINS & KNEAFSEY LLP
    444 South Flower Street, 42nd Floor
 9  Los Angeles, California 90071
    Telephone:   (213) 225-6600
10  Facsimile:   (213) 225-6601

11  Attorneys for Plaintiff
    Coalition for ICANN Transparency, Inc.
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COALITION FOR ICANN TRANSPARENCY, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., a Delaware Corporation; INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, a California Corporation,<br><br>Defendants. | Case No. 05-4826 (RMW) PVT<br><br>**APPLICATION FOR SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER**<br><br>Honorable Ronald M. Whyte |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that MORRISON & FOERSTER LLP being the attorneys of record for Plaintiff COALITION FOR ICANN TRANSPARENCY, INC. hereby applies for an

- 1 -
APPLICATION FOR SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER

EXHIBIT A

order substituting CATHCART COLLINS & KNEAFSEY LLP, as counsel for Plaintiff in the above-entitled action. The office address and telephone number of substituted counsel are as follows:

> CATHCART COLLINS & KNEAFSEY LLP
> 444 South Flower Street, 42nd Floor
> Los Angeles, California 90071
> Telephone: (213) 225-6600
> Facsimile: (213) 225-6601

DATED: March 10, 2006                    Respectfully submitted,

                                         MORRISON & FOERSTER LLP

                                         By: _____
                                             JENNIFER LEE TAYLOR
                                             Attorneys for Plaintiff
                                             COALITION FOR ICANN
                                             TRANSPARENCY INC.