# EXHIBIT B

Search for Case                                                                                 Help

Print Page

# General Docket
## US Court of Appeals for the Ninth Circuit

Court of Appeals Docket #: 07-16151                          Filed: 6/28/07
Nsuit: 3410  Antitrust (Fed)
Coalition for ICANN, et al v. Verisign, Inc., et al
Appeal from: Northern District of California (San Jose)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Case type information:
    1) civil
    2) private
    3)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

    District: 0971-5 : CV-05-04826-RMW
    presiding judge: Ronald M. Whyte, District Judge
    court reporter: Lee-Ann Shortridge, Court Reporter
    Date Filed: 11/28/05
    Date order/judgment: 5/14/07
    Date NOA filed: 6/13/07
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: paid

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
    None
Current cases:
    None

Docket as of December 27, 2007 11:18 pm                      Page 1

---

07-16151 Coalition for ICANN, et al v. Verisign, Inc., et al

COALITION FOR ICANN                Bret A. Fausett, Esq.
TRANSPARENCY, INC., a Delaware     213/25-6600
coporation                         42nd Floor
    Plaintiff - Appellant          [COR LD NTC ret]
                                   Imani Gandy
                                   FAX 213/225-6601
                                   213/225-6600
                                   42nd Floor
                                   [COR LD NTC ret]
                                   444 South Flower Street
                                   Los Angeles, CA 90071

   v.

VERISIGN, INC., a Delaware         Laurence J. Hutt, Esq.

**EXHIBIT B**

| | |
|---|---|
| corporation<br>    Defendant - Appellee | FAX 243-4199 213<br>213-243-4000<br>44TH fLOOR<br>[COR LD NTC ret]<br>Brian K. Condon, Esq.<br>213/243-4238<br>Ste 4400<br>[COR LD NTC ret]<br>ARNOLD & PORTER, LLP<br>777 S. Figueroa St.<br>Los Angeles, CA 90017-5844<br><br>Angel Tang<br>FAX 213/243-4199<br>213/243-4094<br>[COR LD NTC ret]<br>James S. Blackburn<br>FAX 213/243-4199<br>213/243-4123<br>44th Floor<br>[COR LD NTC ret]<br>777 S. Figueroa Street<br>Los Angeles, CA 90017-5844 |
| INTERNET CORPORATION FOR<br>ASSIGNED NAMES & NUMBERS, a<br>California corporation<br>    Defendant - Appellee | Eric P. Enson, Esq.<br>FAX 213/243-2539<br>213/489-3939<br>[COR LD NTC ret]<br>Sean Jaquez<br>FAX 213/243-2539<br>213/489-3939<br>50th Floor<br>[COR NTC ret]<br>555 South Flower Street<br>Los Angeles, CA 90071<br><br>James Blackburn<br>FAX          213 |

Docket as of December 27, 2007 11:18 pm                    Page 2

---

07-16151 Coalition for ICANN, et al v. Verisign, Inc., et al

                            213/243-4000
                            44th Floor
                            [COR LD NTC ret]
                            ARNOLD & PORTER, LLP
                            777 S. Figueroa St.
                            Los Angeles, CA 90017-5844

                            Jeffrey A. LeVee, Esq.
                            FAX          213
                            213/489-3939
                            Suite 4600
                            [COR LD NTC ret]
                            Jason C. Murray, Esq.

```
                              FAX 213/243-2213
                              213/489-3939
                              50th Floor
                              [COR LD NTC ret]
                              Courtney M. Schaberg, Esq.
                              FAX 213/243-2213
                              213/489-3939
                              50th Floor
                              [COR LD NTC ret]
                              JONES DAY
                              555 S. Flower St.
                              Los Angeles, CA 90071
```

Docket as of December 27, 2007 11:18 pm                Page 3

---

07-16151 Coalition for ICANN, et al v. Verisign, Inc., et al

COALITION FOR ICANN TRANSPARENCY, INC., a Delaware
coporation

              Plaintiff - Appellant

  v.

VERISIGN, INC., a Delaware corporation; INTERNET CORPORATION
FOR ASSIGNED NAMES & NUMBERS, a California corporation

              Defendants - Appellees

Docket as of December 27, 2007 11:18 pm                Page 4

---

07-16151 Coalition for ICANN, et al v. Verisign, Inc., et al

6/28/07          DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL.  CADS
                 SENT (Y/N): y. setting schedule as follows: appellant's
                 designation of RT is due 6/25/07; appellee's designation of
                 RT is due 7/3/07; appellant shall order transcript by
                 7/13/07; court reporter shall file transcript in DC by
                 8/13/07; certificate of record shall be filed by 8/20/07 ;
                 appellant's opening brief is due 10/1/07; appellees' brief
                 is due 10/29/07; appellants' optional reply brief is due 14
                 days from service of aples brief. [07-16151] (sf)

9/28/07          14 day oral extension by phone of time to file Appellant's
                 opening brief.  [07-16151] appellant's opening brief due
                 October 15, 2007; appellee's answering brief due November
                 14, 2007; and the optional reply brief is due 14 days after
                 service of the answering brief. (amt)

10/16/07         Filed original and 15 copies Appellant Coalition for ICANN
                 opening brief  ( Informal: No) 63 pages and  excerpts of
                 record in 2 vol.; served on 10/15/07  [07-16151] (kkw)

| | |
|---|---|
| 10/29/07 | Filed Verisign, Inc., Internet Corporation motion to extend time to file appellee's brief until 12/14/07 served on 10/26/07 (PROMO) [6331764] (bb) |
| 11/1/07 | Filed order (Deputy Clerk: lbs) granting appellee's motion to extend time to file appellee's brief [6331764-1] appellees' brief due 12/14/07; the opt rpy brf is due 14 days after service of the last-served answering brf. Court records do not currently reflect that the dc has issued the certificate of record. Aplt shall monitor the issuance of the certificate. [07-16151] (bb) |
| 11/20/07 | Filed certificate of record on appeal. RT filed in DC 8/29/07. [07-16151] (bb) |
| 11/20/07 | Received Internet Commerce A.'s brief in 16 copies of 14 pages; deficient: motion to file amicus curiae brief pending, brief is untimely, footnotes are too small;served on 11/19/07; Notified counsel. [07-16151] (lo) |
| 11/20/07 | Filed Amicus Internet Commerce Assn.'s motion to become amicus curiae; served on 11/19/07 (PROMO)[6358692] (bb) |
| 11/23/07 | Notice received from Appellant Coalition for ICANN, Appellee Verisign, Inc., Appellee Internet Corporation re: parties will not designate rt of proceeding dated 1/17/06. (bb) |
| 11/28/07 | Filed Amicus Internet Commerce A.'s motion to file late amicus brief which was served on 11/27/07 [07-16151] served on 11/27/07 (PROMO) [6360976] (bb) |

Docket as of December 27, 2007 11:18 pm                    Page 5

---

07-16151 Coalition for ICANN, et al v. Verisign, Inc., et al

| | |
|---|---|
| 11/28/07 | Received Amicus Internet Commerce A.'s satisfaction of (major) brief deficiency, (replacement brief) served on 11/27/07 [07-16151] (bb) |
| 12/4/07 | Filed order (Deputy Clerk: lbs) The court is in receipt of Internet Commerce Assoc's motion to file an amicus curiae brf out of time in support of the aplt. The motion, any response thereto and any further such req shall be referred to the merits panel for such treatment the panel deems appropriate. [6360976-1] A copy of the brf shall be provided to the panel to aid resolution of the motion. Any further req to file friend of the court brfs shall be treated in the same fashion. [07-16151] (bb) |
| 12/5/07 | [ORIG. RECV'D] Filed Appellee Verisign, Inc., Appellee Internet Corporation's motion to dismiss the case due to appellant's lack of capacity to appeal. Served on 12/4/07 (PROMO) [07-16151] (bb) |
| 12/5/07 | Filed Appellee Verisign, Inc. Corporate Disclosure |

|  |  |
|---|---|
|  | Statement. Served on 12/4/07 [07-16151] (bb) |
| 12/5/07 | Notice received from Appellee Verisign, Inc. of lodging of trial court opinion in support of aple Verisign Inc.'s motion to dismiss appeal due to aplt's lack of legal capacity to appeal. (PROMO) (bb) |
| 12/5/07 | Filed aple's request to take judicial notice; served on 12/4/07 (to moatt per PROMO) [07-16151] (bb) |
| 12/5/07 | Filed Appellee Verisign, Inc. response referring to panel amicus motion to become amicus [6358692-1] served on 12/4/07 (RECORDS FOR MERITS PANEL)) [07-16151] (bb) |
| 12/12/07 | Received Brian K. Condon for Appellee Verisign, Inc. letter dated 12/11/07 re: No brief to be filed due to pending motion. (NAN) [07-16151] (bb) |
| 12/13/07 | Filed Appellant Coalition for ICANN's motion to extend time to file reply brief until 1/11/08 [07-16151] served on 12/12/07 (to moatt per PROMO - mtn to dismiss pending) [6373533] [07-16151] (bb) |
| 12/17/07 | Filed Appellant Coalition for ICANN response opposing dispositive motion to dismiss the case [6368012-1] served on 12/14/07 (PROMO) [07-16151] (bb) |
| 12/17/07 | Filed Appellant Coalition for ICANN's motion to take judicial notice; served on 12/14/07 (PROMO) [6378466] [07-16151] (bb) |

Docket as of December 27, 2007 11:18 pm                Page 6

---

07-16151 Coalition for ICANN, et al v. Verisign, Inc., et al

| | |
|---|---|
| 12/21/07 | Filed Appellee Verisign, Inc., Appellee Internet Corporation reply to response to supporting dispositive motion to dismiss the case [6368012-1]; served on 12/20/07 (moatt) [07-16151] (bb) |

Docket as of December 27, 2007 11:18 pm                Page 7

---

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 01/15/2008 12:36:56 | | |
| PACER Login: | sl0211 | Client Code: |
| Description: | dkt report | Case Number: 07-16151 |
| Billable Pages: | 7 | Cost: 0.56 |