# EXHIBIT D

**MORRISON | FOERSTER**

FILE NO. 72497
P.O. BOX 60000
SAN FRANCISCO
CALIFORNIA 94160-2497

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

Coalition for ICANN Transparency
1220 19st Street, NW
Suite 804
Washington, D.C. 20036

**REDACTED**

Invoice Number: 4481127
Invoice Date: January 19, 2006

Client/Matter Number: 060745-0000001

Matter Name:   ICANN

**RE:**   ICANN

---

*For Professional Services Rendered and Disbursements Incurred through December 31, 2005*

|  | U.S.Dollars |
|---|---|
| Current Fees | 153,281.25 |
| Current Disbursements | 6,444.79 |
| **Total This Invoice** | **159,726.04** |

Revised 1/24/06

---

Payment may be made by wire transfer to the firm's account

Bank of America – Main Branch   San Francisco, CA 94104    **REDACTED**

Our billing statements are due and payable within thirty days of receipt. For your convenience, we have included a summary of your account balance on the last page of this invoice.
Billing questions may be directed to our Billing Hotline at (415) 268-6446 or (866) 314-5320

**EXHIBIT D**

**MORRISON | FOERSTER**

060745-0000001  
ICANN

Invoice Number: 4481127  
Invoice Date: January 19, 2006

## Time Detail

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 30-Nov-2005 | | Markham, Jr., Jesse W. | 2.75 | 1,650.00 |
| 30-Nov-2005 | | Taylor, Jennifer Lee | 1.00 | 500.00 |
| 01-Dec-2005 | | Butler, Keith L. | 3.25 | 1,088.75 |
| 01-Dec-2005 | | Calia, Kevin A. | 2.00 | 550.00 |
| 01-Dec-2005 | | Markham, Jr., Jesse W. | 1.75 | 1,050.00 |
| 02-Dec-2005 | REDACTED | Calia, Kevin A. | 3.00 | 825.00 |
| 02-Dec-2005 | | Taylor, Jennifer Lee | 0.50 | 250.00 |
| 05-Dec-2005 | | Butler, Keith L. | 3.50 | 1,172.50 |
| 05-Dec-2005 | | Calia, Kevin A. | 3.50 | 962.50 |
| 05-Dec-2005 | | Markham, Jr., Jesse W. | 2.25 | 1,350.00 |
| 05-Dec-2005 | | Ramirez, Lawrence | 1.00 | 185.00 |
| 05-Dec-2005 | | Taylor, Jennifer Lee | 1.75 | 875.00 |
| 06-Dec-2005 | | Butler, Keith L. | 2.75 | 921.25 |
| 06-Dec-2005 | | Calia, Kevin A. | 2.25 | 618.75 |

# MORRISON | FOERSTER

060745-0000001  
ICANN

Invoice Number: 4481127  
Invoice Date: January 19, 2006

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 06-Dec-2005 | | Ellis Stadecker, Cathleen | 8.00 | 1,800.00 |
| 06-Dec-2005 | | Markham, Jr., Jesse W. | 4.00 | 2,400.00 |
| 06-Dec-2005 | | Taylor, Jennifer Lee | 5.25 | 2,625.00 |
| 07-Dec-2005 | | Calia, Kevin A. | 1.00 | 275.00 |
| 07-Dec-2005 | | Ellis Stadecker, Cathleen | 5.75 | 1,293.75 |
| 07-Dec-2005 | **REDACTED** | Markham, Jr., Jesse W. | 3.25 | 1,950.00 |
| 07-Dec-2005 | | Ramirez, Lawrence | 0.50 | 92.50 |
| 07-Dec-2005 | | Taylor, Jennifer Lee | 0.50 | 250.00 |
| 08-Dec-2005 | | Calia, Kevin A. | 3.00 | 825.00 |
| 08-Dec-2005 | | Ellis Stadecker, Cathleen | 1.50 | 337.50 |
| 08-Dec-2005 | | Markham, Jr., Jesse W. | 3.50 | 2,100.00 |
| 08-Dec-2005 | | Ramirez, Lawrence | 1.50 | 277.50 |
| 08-Dec-2005 | | Taylor, Jennifer Lee | 1.50 | 750.00 |
| 09-Dec-2005 | | Calia, Kevin A. | 1.00 | 275.00 |

# MORRISON | FOERSTER

**MORRISON | FOERSTER**

060745-0000001  
ICANN

Invoice Number: 4481127  
Invoice Date: January 19, 2006

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 09-Dec-2005 | | Ellis Stadecker, Cathleen | 2.75 | 618.75 |
| 09-Dec-2005 | | Markham, Jr., Jesse W. | 2.00 | 1,200.00 |
| 09-Dec-2005 | | Plunkett, Stuart C. | 2.00 | 950.00 |
| 09-Dec-2005 | | Taylor, Jennifer Lee | 2.75 | 1,375.00 |
| 11-Dec-2005 | | Butler, Keith L. | 2.25 | 753.75 |
| 11-Dec-2005 | | Markham, Jr., Jesse W. | 3.50 | 2,100.00 |
| 12-Dec-2005 | **REDACTED** | Calia, Kevin A. | 3.00 | 825.00 |
| 12-Dec-2005 | | Ellis Stadecker, Cathleen | 3.00 | 675.00 |
| 12-Dec-2005 | | Markham, Jr., Jesse W. | 3.00 | 1,800.00 |
| 12-Dec-2005 | | Plunkett, Stuart C. | 4.50 | 2,137.50 |
| 12-Dec-2005 | | Ramirez, Lawrence | 2.50 | 462.50 |
| 12-Dec-2005 | | Taylor, Jennifer Lee | 1.50 | 750.00 |
| 13-Dec-2005 | | Butler, Keith L. | 4.25 | 1,423.75 |
| 13-Dec-2005 | | Calia, Kevin A. | 3.50 | 962.50 |
| 13-Dec-2005 | | Ellis Stadecker, Cathleen | 3.25 | 731.25 |

**MORRISON | FOERSTER**

060745-0000001  
ICANN

Invoice Number: 4481127  
Invoice Date: January 19, 2006

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 13-Dec-2005 | | Markham, Jr., Jesse W. | 3.50 | 2,100.00 |
| 13-Dec-2005 | | Plunkett, Stuart C. | 4.25 | 2,018.75 |
| 13-Dec-2005 | | Ramirez, Lawrence | 2.50 | 462.50 |
| 13-Dec-2005 | | Taylor, Jennifer Lee | 0.75 | 375.00 |
| 14-Dec-2005 | | Calia, Kevin A. | 2.25 | 618.75 |
| 14-Dec-2005 | | Ellis Stadecker, Cathleen | 6.75 | 1,518.75 |
| 14-Dec-2005 | | Plunkett, Stuart C. | 6.25 | 2,968.75 |

**REDACTED**

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 15-Dec-2005 | | Calia, Kevin A. | 5.75 | 1,581.25 |
| 15-Dec-2005 | | Ellis Stadecker, Cathleen | 14.75 | 3,318.75 |
| 15-Dec-2005 | | Markham, Jr., Jesse W. | 2.25 | 1,350.00 |
| 15-Dec-2005 | | Plunkett, Stuart C. | 9.75 | 4,631.25 |
| 15-Dec-2005 | | Sacramento, Nyoki T. | 4.50 | 1,012.50 |

5

**MORRISON | FOERSTER**

060745-0000001  
ICANN

Invoice Number: 4481127  
Invoice Date: January 19, 2006

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 15-Dec-2005 | | Taylor, Jennifer Lee | 2.00 | 1,000.00 |
| 16-Dec-2005 | | Calia, Kevin A. | 7.25 | 1,993.75 |
| 16-Dec-2005 | | Ellis Stadecker, Cathleen | 9.50 | 2,137.50 |
| 16-Dec-2005 | | Markham, Jr., Jesse W. | 5.50 | 3,300.00 |
| 16-Dec-2005 | | Plunkett, Stuart C. | 9.25 | 4,393.75 |
| 16-Dec-2005 | REDACTED | Ramirez, Lawrence | 2.00 | 370.00 |
| 16-Dec-2005 | | Taylor, Jennifer Lee | 5.25 | 2,625.00 |
| 17-Dec-2005 | | Markham, Jr., Jesse W. | 4.25 | 2,550.00 |
| 18-Dec-2005 | | Markham, Jr., Jesse W. | 2.25 | 1,350.00 |
| 19-Dec-2005 | | Butler, Keith L. | 7.50 | 2,512.50 |
| 19-Dec-2005 | | Calia, Kevin A. | 3.25 | 893.75 |
| 19-Dec-2005 | | Markham, Jr., Jesse W. | 8.00 | 4,800.00 |
| 19-Dec-2005 | | Plunkett, Stuart C. | 2.25 | 1,068.75 |

**MORRISON | FOERSTER**

060745-0000001  
ICANN

Invoice Number: 4481127  
Invoice Date: January 19, 2006

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 20-Dec-2005 | | Calia, Kevin A. | 9.00 | 2,475.00 |
| 20-Dec-2005 | | Ellis Stadecker, Cathleen | 5.75 | 1,293.75 |
| 20-Dec-2005 | | Markham, Jr., Jesse W. | 9.00 | 5,400.00 |
| 20-Dec-2005 | | Plunkett, Stuart C. | 4.50 | 2,137.50 |
| | **REDACTED** | | | |
| 20-Dec-2005 | | Taylor, Jennifer Lee | 3.50 | 1,750.00 |
| 21-Dec-2005 | | Butler, Keith L. | 1.50 | 502.50 |
| 21-Dec-2005 | | Calia, Kevin A. | 3.00 | 825.00 |
| 21-Dec-2005 | | Ellis Stadecker, Cathleen | 0.75 | 168.75 |
| 21-Dec-2005 | | Markham, Jr., Jesse W. | 3.00 | 1,800.00 |
| 21-Dec-2005 | | Plunkett, Stuart C. | 2.25 | 1,068.75 |
| 22-Dec-2005 | | Butler, Keith L. | 2.00 | 670.00 |
| 22-Dec-2005 | | Calia, Kevin A. | 6.25 | 1,718.75 |

**MORRISON | FOERSTER**

060745-0000001  
ICANN

Invoice Number: 4481127  
Invoice Date: January 19, 2006

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 22-Dec-2005 | | Ellis Stadecker, Cathleen | 7.00 | 1,575.00 |
| 22-Dec-2005 | | Markham, Jr., Jesse W. | 0.25 | 150.00 |
| 22-Dec-2005 | | Plunkett, Stuart C. | 2.75 | 1,306.25 |
| 23-Dec-2005 | | Butler, Keith L. | 1.50 | 502.50 |
| 23-Dec-2005 | | Calia, Kevin A. | 4.75 | 1,306.25 |
| 23-Dec-2005 | | Ellis Stadecker, Cathleen | 7.00 | 1,575.00 |
| 23-Dec-2005 | | Markham, Jr., Jesse W. | 2.25 | 1,350.00 |
| 26-Dec-2005 | **REDACTED** | Markham, Jr., Jesse W. | 1.00 | 600.00 |
| 27-Dec-2005 | | Butler, Keith L. | 1.50 | 502.50 |
| 27-Dec-2005 | | Calia, Kevin A. | 0.50 | 137.50 |
| 27-Dec-2005 | | Ellis Stadecker, Cathleen | 8.25 | 1,856.25 |
| 27-Dec-2005 | | Markham, Jr., Jesse W. | 4.00 | 2,400.00 |
| 27-Dec-2005 | | Plunkett, Stuart C. | 0.25 | 118.75 |
| 28-Dec-2005 | | Ellis Stadecker, Cathleen | 7.25 | 1,631.25 |
| 28-Dec-2005 | | Hales, Robert C. | 6.00 | 2,250.00 |

8

MORRISON | FOERSTER

060745-0000001  Invoice Number: 4481127
ICANN  Invoice Date: January 19, 2006

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 28-Dec-2005 | | Markham, Jr., Jesse W. | 4.00 | 2,400.00 |
| 28-Dec-2005 | | Plunkett, Stuart C. | 1.00 | 475.00 |
| 29-Dec-2005 | | Ellis Stadecker, Cathleen | 5.00 | 1,125.00 |
| 29-Dec-2005 | | Hales, Robert C. | 10.50 | 3,937.50 |
| 29-Dec-2005 | **REDACTED** | Markham, Jr., Jesse W. | 3.00 | 1,800.00 |
| 29-Dec-2005 | | Plunkett, Stuart C. | 1.25 | 593.75 |
| 29-Dec-2005 | | Taylor, Jennifer Lee | 2.25 | 1,125.00 |
| 30-Dec-2005 | | Ellis Stadecker, Cathleen | 3.50 | 787.50 |
| 30-Dec-2005 | | Hales, Robert C. | 13.00 | 4,875.00 |
| 31-Dec-2005 | | Hales, Robert C. | 11.00 | 4,125.00 |
| | | Total Fees | | 153,281.25 |

# MORRISON | FOERSTER

060745-0000001  
ICANN

Invoice Number: 4481127  
Invoice Date: January 19, 2006

## Timekeeper Summary

| No. | Name | Rate | Hours | Value |
|---|---|---:|---:|---:|
| 05234 | Jennifer Lee Taylor | 500.00 | 28.50 | 14,250.00 |
| 07716 | Stuart C. Plunkett | 475.00 | 50.25 | 23,868.75 |
| 10793 | Jesse W. Markham, Jr. | 600.00 | 78.25 | 46,950.00 |
| 09284 | Robert C. Hales | 375.00 | 40.50 | 15,187.50 |
| 10259 | Cathleen R. Ellis Stade | 225.00 | 99.75 | 22,443.75 |
| 10788 | Nyoki T. Sacramento | 225.00 | 4.50 | 1,012.50 |
| 11032 | Kevin A. Calia | 275.00 | 64.25 | 17,668.75 |
| 11489 | Keith L. Butler | 335.00 | 30.00 | 10,050.00 |
| 06341 | Lawrence Ramirez | 185.00 | 10.00 | 1,850.00 |
| | **TOTAL** | | **406.00** | **153,281.25** |

**MORRISON | FOERSTER**

060745-0000001  
ICANN

Invoice Number: 4481127  
Invoice Date: January 19, 2006

## Disbursement Detail

| Date | Description | Value |
|---|---|---:|
| 31-Dec-2005 | Photocopies | 2,371.32 |
| 31-Dec-2005 | Long Distance Telephone | 127.66 |
| 31-Dec-2005 | Fax | 27.00 |
| 31-Dec-2005 | Outside Copying Svcs-Merrill | 430.50 |
| 31-Dec-2005 | Outside Copying Service-IKON | 513.16 |
| 31-Dec-2005 | Air Freight | 29.01 |
| 31-Dec-2005 | Messenger Service | 41.67 |
| 31-Dec-2005 | Travel | 44.00 |
| 31-Dec-2005 | Overtime Transportation | 58.90 |
| 31-Dec-2005 | On-line Research - LEXIS | 1,500.00 |
| 31-Dec-2005 | On-line Research - WESTLAW | 141.90 |
| 31-Dec-2005 | On-line Research - OTHER DATABASE | 14.00 |
| 06-Dec-2005 | Court Messenger Service - VENDOR: JOSHUA GOTTLIEB - Deliver E-filing to chambers. | 140.00 |
| 19-Dec-2005 | Court Messenger Service - VENDOR: JOSHUA GOTTLIEB - Deliver E-filing chambers copies to Judge Whyte. | 140.00 |
| 02-Dec-2005 | Filing Fees - VENDOR: KEITH BUTLER Civil case filing fees. | 250.00 |
| 01-Dec-2005 | Outside Copying Service - VENDOR: SPECIALIZED LEGAL SERVICES, INC. Documents listed on exhibit A attached hereto; service on: Verisign Inc. | 217.48 |
| 01-Dec-2005 | Outside Copying Service - VENDOR: SPECIALIZED LEGAL SERVICES, INC. Documents listed on exhibit A attached hereto; Service on: Internet Corp. for assigning names and numbers | 50.00 |
| 02-Dec-2005 | Travel - VENDOR: KEVIN CALIA 11/28, San Jose Superior Court, file TRO (parking and mileage). | 51.17 |
| 02-Dec-2005 | Travel - VENDOR: JESSE W. MARKHAM, JR. 11/27,28, Client meeting (parking). | 129.77 |
| 02-Dec-2005 | Travel - VENDOR: KEITH BUTLER 11/28, San Jose, file complaint and request for TRO (parking ). | 37.50 |
| 06-Dec-2005 | Travel - VENDOR: JESSE W. MARKHAM, JR. 11/27,28, Lafayette and San Jose, client meeting (mileage). | 82.65 |
| 07-Dec-2005 | Travel - VENDOR: JESSE W. MARKHAM, JR. 11/29, Client meeting (parking and mileage). | 47.10 |

Total Disbursements    6,444.79

Total This Invoice    USD    159,726.04

**MORRISON | FOERSTER**

060745-0000001  
ICANN

Invoice Number: 4481127  
Invoice Date: January 19, 2006

For your convenience, we have listed below previous invoices on this matter which our records show as outstanding and the total balance due on this account. If you have already submitted payment, we appreciate your promptness. If your records are not in agreement, or if we can provide additional assistance, please call our Billing Department at (415) 268-6446 or (866) 314-5320.

| Date | Invoice Number | Original Invoice Amount | Payments Applied | Amount Outstanding |
|---|---|---|---|---|
| 5-Dec-05 | 4470649 | USD 209,316.07 | USD 205,000.00 | USD 4,316.07 |