# EXHIBIT E

January __, 2006

**PRIVILEGED AND CONFIDENTIAL
PROTECTED FROM DISCLOSURE BY
THE ATTORNEY WORK-PRODUCT DOCTRINE**

**REDACTED**

Re: Coalition For ICANN Transparency

Dear

    This will confirm that our firm has engaged you,         to provide expert consultation in connection with advocacy on behalf of the Coalition For ICANN Transparency ("CFIT") at the United States Department of Justice ("DOJ"), and related matters ("the DOJ matter"). This engagement does not include consultation or testimony in connection with *CFIT v. ICANN and VeriSign,* Case No. 5:05-cv-04826-RMW, filed in the San Jose Division of the District Court for the Northern District of California.

    You shall provide services in connection with the above-referenced DOJ matter from time to time as requested orally or in writing by Morrison & Foerster. The assignment shall include, but not be limited to, general preparation for testimony before DOJ on economic issues arising in connection with the DOJ matter.

    We understand that charges for your services will be based on actual hours worked at a rate of $800.00 per hour (through December 31, 2005) and a rate of $840.00 per hour (from January 1, 2006, forward). Prior to performing any work on the matter, you agree to discuss with us the expected costs of such services.

    We understand that you will bill us for professional services and expenses on a monthly basis, and you will provide to us full and adequate records which show the actual time devoted and expenses incurred with respect to each individual's performance under this agreement. Although your bills will be submitted to us, payment will be

*sf-2057611*                                                                                             **EXHIBIT E**

**REDACTED**

January __, 2006
Page Two

made directly by CFIT, and not by Morrison & Foerster, and the obligation for payment thereof will be that of CFIT.

You understand that any work performed by you under this agreement, and any individuals working under your direction, is for us and is done at our direction as attorneys of record for CFIT. All work performed under this agreement, including but not limited to all communications, whether written or oral, between you and any other individual working under your direction, and any attorney or employee of this firm, or between you and any other individual working under your direction and any employees of our client, are confidential and privileged communications which you will not reveal to any person, except as authorized by us in writing or required by law. In this regard, you agree to inform each individual working under your direction or agents performing services under this agreement of the confidentiality obligations set forth herein.

Any and all studies, reports, materials or other data or information gathered, collected, or prepared by or for you in connection with your work under this agreement shall be our property, shall be promptly and properly communicated to us, and shall be delivered to us at any time upon our request or upon completion of your services under this agreement. You and others at your firm shall not undertake any work under this agreement unless specifically requested to do so by Morrison & Foerster or CFIT.

It is understood that during the course of your engagement, you will adhere to all applicable ethical and legal standards.

You agree that during the term of this agreement, you and others at your firm will not undertake to perform any services or other work adverse to Morrison & Foerster and/or CFIT without our written consent.

This letter agreement when signed by you shall constitute the entire agreement between you and Morrison & Foerster with respect to this matter, and supersedes all prior understandings with respect hereto.

If you agree to the terms set forth above, please sign this letter in the space provided below and return the original to the attention of the undersigned.

*sf-2057611*

January __, 2006
Page Three

Should you have any questions regarding any of the above, please do not hesitate to contact me.

Very truly yours,

MORRISON & FOERSTER

By: Jesse W. Markham

I ACCEPT AND AGREE TO THIS AGREEMENT FOR EXPERT WITNESS SERVICES FOR THE BENEFIT OF COALITION FOR ICANN TRANSPARENCY BETWEEN _____ AND MORRISON & FOERSTER.

Dated: January __, 2006          **REDACTED**

By: _____

*sf-2057611*