# EXHIBIT F

**From:**        Plunkett, Stuart C. [SPlunkett@mofo.com]
**Sent:**        Wednesday, March 01, 2006 5:46 PM
**To:**          jen@momentous.ca; Taylor, Jennifer Lee (SF)
**Subject:**     CFIT - Agenda
**Importance:** High

Jennifer,

We understand you have spoken to Peter and that you are interviewing litigation counsel. We would obviously be disappointed to turn this case over to other counsel, but we also understand that economics must drive your decision. As you know, there are several moving parts in the litigation that will not necessarily come to a halt just because CFIT may hire new counsel.

REDACTED

Stuart C. Plunkett
Morrison & Foerster LLP
425 Market Street
San Francisco, California  94105
Direct - (415) 268-6145
Facsimile - (415) 268-7522

EXHIBIT F

**mailto:splunkett@mofo.com**

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230.html

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.