# EXHIBIT G

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar, and address)*: | FOR COURT USE ONLY |
|---|---|
| ADLER LAW FIRM<br>JOEL D. ADLER, State Bar No. 52979<br>ROGER T. RITTER, State Bar No. 56039<br>101 MONTGOMERY STREET, SUITE 2050<br>SAN FRANCISCO, CA 94104<br>TELEPHONE NO.: 415-433-5333    FAX NO. *(Optional)*: 415-433-5334<br>E-MAIL ADDRESS *(Optional)*: jadler@adlerlaw.net<br>ATTORNEY FOR *(Name)*: Plaintiff MORRISON & FOERSTER LLP | **FILED**<br>San Francisco County Superior Court<br>NOV 02 2007<br>GORDON PARK-LI, Clerk<br>BY: _____<br>Deputy Clerk<br><br>CASE MANAGEMENT CONFERENCE SET<br><br>APR 04 2008 -9:00AM<br><br>DEPARTMENT 212 |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco<br>STREET ADDRESS: 400 McAllister Street<br>MAILING ADDRESS: 400 McAllister Street<br>CITY AND ZIP CODE: San Francisco, CA 94102-4514<br>BRANCH NAME: Unlimited Jurisdiction | |
| PLAINTIFF: MORRISON & FOERSTER LLP<br>DEFENDANT: MOMENTOUS.CA CORPORATION;<br>[x] DOES 1 TO 10 | **SUMMONS ISSUED** |
| **CONTRACT**<br>[x] COMPLAINT    [ ] AMENDED COMPLAINT *(Number)*:<br>[ ] CROSS-COMPLAINT    [ ] AMENDED CROSS-COMPLAINT *(Number)*: | |
| Jurisdiction *(check all that apply)*:<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>    Amount demanded [ ] does not exceed $10,000<br>                    [ ] exceeds $10,000, but does not exceed $25,000<br>[x] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint<br>    [ ] from limited to unlimited<br>    [ ] from unlimited to limited | CASE NUMBER:<br><br>CGC-07-468805 |

1. Plaintiff* *(name or names)*: MORRISON & FOERSTER LLP

   alleges causes of action against defendant* *(name or names)*: MOMENTOUS.CA CORPORATION

2. This pleading, including attachments and exhibits, consists of the following number of pages: six (6)
3. a. Each plaintiff named above is a competent adult
      [x] except plaintiff *(name)*: MORRISON & FOERSTER LLP
          (1) [ ] a corporation qualified to do business in California
          (2) [ ] an unincorporated entity *(describe)*:
          (3) [x] other *(specify)*: Limited Liability Partnership (law practice)

   b. [x] Plaintiff *(name)*: MORRISON & FOERSTER LLP
      a. [ ] has complied with the fictitious business name laws and is doing business under the fictitious name *(specify)*:

      b. [x] has complied with all licensing requirements as a licensed *(specify)*: Limited Liability Partnership (law practice)

   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
      [x] except defendant *(name)*: MOMENTOUS.CA    [ ] except defendant *(name)*:
          CORPORATION
          (1) [ ] a business organization, form unknown        (1) [ ] a business organization, form unknown
          (2) [ ] a corporation                                 (2) [ ] a corporation
          (3) [ ] an unincorporated entity *(describe)*:        (3) [ ] an unincorporated entity *(describe)*:

          (4) [ ] a public entity *(describe)*:                 (4) [ ] a public entity *(describe)*:

          (5) [x] other *(specify)*: Federal Corporation        (5) [ ] other *(specify)*:
              (Canada)

*If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Legal Solutions Plus

Code of Civil Procedure, § 425.12

EXHIBIT G

PLD-C-001

| SHORT TITLE: MORRISON & FOERSTER LLP v. MOMENTOUS.CA CORPORATION | CASE NUMBER |
|---|---|

1. *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.
      (2) ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.
   c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify):*

6. ☐ This action is subject to ☐ Civil Code section 1812.10   ☐ Civil Code section 2984.4.

7. This court is the proper court because
   a. ☐ a defendant entered into the contract here.
   b. ☐ a defendant lived here when the contract was entered into.
   c. ☐ a defendant lives here now.
   d. ☒ the contract was to be performed here.
   e. ☐ a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. ☐ real property that is the subject of this action is located here.
   g. ☐ other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   ☒ Breach of Contract
   ☒ Common Counts
   ☐ Other *(specify):*

9. ☒ Other allegations:
   Plaintiff is serving defendant with a Notice of Client's Right to Arbitration concurrently herewith, which is attached hereto as Exhibit A and incorporated herein by reference, pursuant to Business and Professions Code Section 6201 (a).

10. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. ☒ damages of: $ 624,588.68
    b. ☒ interest on the damages
       (1) ☒ according to proof
       (2) ☒ at the rate of *(specify):* ten (10)   percent per year from *(date):*  the due dates of the unpaid invoices
    c. ☐ attorney's fees
       (1) ☐ of: $
       (2) ☐ according to proof.
    d. ☒ other *(specify):*
       Interest according to proof was $101,127.24 as of October 29, 2007, and accrues at the rate of ten percent (10%) per annum ($171.12 per diem).

11. ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: November 1, 2007

CEL D. ADLER
_____           ▶ _____
(TYPE OR PRINT NAME)                              (SIGNATURE OF PLAINTIFF OR ATTORNEY)

(If you wish to verify this pleading, affix a verification)

PLD-C-001(1)

| SHORT TITLE: MORRISON & FOERSTER LLP v. MOMENTOUS.CA CORPORATION | CASE NUMBER: |
|---|---|

**CAUSE OF ACTION—Breach of Contract**

FIRST _(number)_

ATTACHMENT TO [x] Complaint [ ] Cross - Complaint

_(Use a separate cause of action form for each cause of action.)_

BC-1. Plaintiff _(name)_: MORRISON & FOERSTER LLP

alleges that on or about _(date)_: November 15, 2005
a [x] written [ ] oral [ ] other _(specify)_:
agreement was made between _(name parties to agreement)_: MORRISON & FOERSTER LLP and MOMENTOUS.CA CORPORATION
[ ] A copy of the agreement is attached as Exhibit A, or
[x] The essential terms of the agreement [ ] are stated in Attachment BC-1 [x] are as follows _(specify)_:
MOMENTOUS.CA CORPORATION (Momentous) engaged MORRISON & FOERSTER LLP, at agreed-upon rates, to perform legal services relating to objections of Momentous and affiliated companies, through an entity to be formed, to a proposed settlement agreement between ICANN (The Internet Corporation for Assigned Names and Numbers) and VeriSign. Momentous agreed to pay for this representation.

BC-2. On or about _(dates)_: May 21, 2006
defendant breached the agreement by [ ] the acts specified in Attachment BC-2 [x] the following acts
_(specify)_: Failing and refusing to make payments when due under the terms of the agreement.

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
[x] as stated in Attachment BC-4 [x] as follows _(specify)_: Damages in the principal amount of $624,588.68, plus interest.

BC-5. [ ] Plaintiff is entitled to attorney fees by an agreement or a statute
[ ] of $
[ ] according to proof.

BC-6. [x] Other: Interest according to proof was $101,127.24 as of October 29, 2007, and accrues at the rate of ten percent (10%) per annum ($171.12 per diem).

Page 3

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev. January 1, 2007]

**CAUSE OF ACTION—Breach of Contract**

Legal Solutions CA Plus

Code of Civil Procedure, § 425.12

PLD-C-001(2)

| SHORT TITLE: MORRISON & FOERSTER LLP v. MOMENTOUS.CA CORPORATION | CASE NUMBER: |
|---|---|

**SECOND** _(number)_ **CAUSE OF ACTION—Common Counts**

ATTACHMENT TO  [x] Complaint  [ ] Cross - Complaint

_(Use a separate cause of action form for each cause of action.)_

CC-1. Plaintiff _(name):_ MORRISON & FOERSTER LLP

alleges that defendant _(name):_ MOMENTOUS.CA CORPORATION

became indebted to [x] plaintiff  [ ] other _(name):_

a. [x] within the last four years
   (1) [x] on an open book account for money due.
   (2) [x] because an account was stated in writing by and between plaintiff and defendant in which it was agreed that defendant was indebted to plaintiff.

b. [x] within the last [ ] two years [x] four years
   (1) [ ] for money had and received by defendant for the use and benefit of plaintiff.
   (2) [x] for work, labor, services and materials rendered at the special instance and request of defendant and for which defendant promised to pay plaintiff
       [x] the sum of $ 624,588.68
       [x] the reasonable value.
   (3) [ ] for goods, wares, and merchandise sold and delivered to defendant and for which defendant promised to pay plaintiff
       [ ] the sum of $
       [ ] the reasonable value.
   (4) [ ] for money lent by plaintiff to defendant at defendant's request.
   (5) [x] for money paid, laid out, and expended to or for defendant at defendant's special instance and request.
   (6) [ ] other _(specify):_

CC-2. $ 624,588.68 , which is the reasonable value, is due and unpaid despite plaintiff's demand. plus prejudgment interest [x] according to proof [x] at the rate of _ten (10%)_ percent per year from _(date):_ the due dates of the unpaid invoices

CC-3. [ ] Plaintiff is entitled to attorney fees by an agreement or a statute
       [ ] of $
       [ ] according to proof.

CC-4. [x] Other: Interest according to proof was $101,127.24 as of October 29, 2007, and accrues at the rate of ten percent (10%) per annum ($171.12 per diem).

Page 4

# EXHIBIT A

## NOTICE OF CLIENT'S RIGHT TO ARBITRATION

MOMENTOUS.CA CORPORATION
26 Auriga Drive
Nepean, ON
Canada K2E 7Y8
Attn.: Robert Hall, CEO

For purposes of these proceedings, MORRISON & FOERSTER LLP is being represented by the Adler Law Firm, 101 Montgomery Street, Suite 2050, San Francisco, CA 94104

Notice is given that:

[X] I have filed a lawsuit against you in the SUPERIOR COURT OF THE STATE OF CALIFORNIA, FOR THE COUNTY OF SAN FRANCISCO, 400 McALLISTER STREET, SAN FRANCISCO, CA 94102

    Court                          Address                          Case No.

[ ] I have filed an arbitration against you with the _____
                                                    Agency

_____
     Address                                                          Case No.

[ ] I intend to file a lawsuit or arbitration against you

regarding your failure to pay the fees and/or costs for professional services in the principal amount of $624,588.68, plus interest in the amount of $101,127.24, as of 10/29/07, for legal services relating to objections of Momentous and affiliated companies, through an entity to be formed, to a proposed settlement agreement between ICANN (The Internet Corporation for Assigned Names and Numbers) and VeriSign. As an alternative to the above, you have the right under Sections 6200-6206 of the California Business and Professions Code to request arbitration of this fee dispute by an independent, impartial arbitrator or panel of arbitrators through a bar association program created solely to resolve fee disputes between lawyers and clients.

You will LOSE YOUR RIGHT TO ARBITRATION if:

    1. YOU DO NOT FILE A WRITTEN APPLICATION FOR ARBITRATION WITH THE BAR ASSOCIATION WITHIN 30 DAYS FROM RECEIPT OF THIS NOTICE; OR

    2. YOU RECEIVE THIS NOTICE AND THEN EITHER (1) ANSWER A COMPLAINT I HAVE FILED IN COURT; OR (2) FILE A RESPONSE TO ANY ARBITRATION PROCEEDING THAT I HAVE INITIATED FOR COLLECTION OF FEES, AND/OR COSTS, WITHOUT FIRST HAVING SERVED AND FILED A REQUEST FOR ARBITRATION UNDER THIS PROGRAM; OR

    3. YOU FILE AN ACTION OR PLEADING IN ANY LAWSUIT WHICH SEEKS A COURT DECISION ON THIS DISPUTE OR WHICH SEEKS DAMAGES FOR ANY ALLEGED MALPRACTICE OR PROFESSIONAL MISCONDUCT.

If I have already filed a lawsuit or arbitration, you may have the lawsuit or arbitration postponed after you have filed an application for arbitration under this program. You can obtain a form to request arbitration from the local bar association if they have an approved fee arbitration program. The address and telephone number of the arbitration program is:

                            Bar Association of San Francisco
                            301 Battery Street, Third Floor
                            San Francisco, CA 94111
                                (415) 982-1600

The State Bar of California will conduct fee arbitration where there is no approved local program or if you believe you cannot receive a fair hearing before the local bar named above. If you need assistance, please contact Mandatory Fee Arbitration, State Bar of California, 180 Howard Street, San Francisco, CA 94105-1639, (415) 538-2020.

Dated: November 1, 2007

                                                                       JOEL D. ADLER