United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRISON & FOERSTER LLP,<br><br>Plaintiff(s),<br><br>v.<br><br>MOMENTOUS.CA CORPORATION<br><br>Defendant(s).<br>_____/ | Case No. 07-6361 EMC |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: January 16, 2008                                   /s/
                                                         Signature  JOEL D. ADLER

                                                         Counsel for: Morrison & Foerster
                                                         (Name of party or indicate "pro se")