## Taylor, Jennifer Lee (SF)

**From:** Taylor, Jennifer Lee (SF)
**Sent:** Monday, November 14, 2005 5:20 PM
**To:** 'Jennifer Ross-Carriere'
**Cc:** 'Glen Bloom'
**Subject:** Momentous.CA Corporation Engagement Letter

**Attachments:** Document.pdf

Jennifer,

Attached is the revised engagement letter. I did not send a second copy of the billing policy statement as that was included in the PDF that I sent to you on Friday. Please let me know if you have any questions or concerns.

Thanks,

Jennifer

Jennifer Lee Taylor
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105

Tel: 415-268-6538
Fax: 415-268-7522



Document.pdf (1 MB)