**From:** Jennifer Ross-Carriere [mailto:jen@momentous.ca]
**Sent:** Wednesday, February 08, 2006 11:17 AM
**To:** Markham, Jesse W., Jr.
**Cc:** Taylor, Jennifer Lee (SF); Plunkett, Stuart C.
**Subject:** RE:

Jesse,

Thanks for this. We will call you in about 10 minutes or so to discuss what to do - I am including Rob Hall and his CFO on the call as the major funder.

Jennifer


Jennifer A. Ross-Carrière
General Counsel and Director of Policy
Momentous.ca Corporation