# EXHIBIT B

```
-----Original Message-----
From: Berard, John <John.Berard@zenogroup.com>
To: Markham, Jesse W., Jr. <JMarkham@mofo.com>
CC: Pfister, Peter J. <PPfister@mofo.com>; Taylor, Jennifer Lee (SF) <JTaylor@mofo.com>
Sent: Fri May 05 13:31:47 2006
Subject: CFIT invoice status
```

Jesse,

As I said when we talked two weeks ago, I was hoping to instigate a meeting of the CFIT board and supporters so as to get some closure on the Morrison Foerster invoices. To that end, you sent me the attached spread sheet of open invoices. Can you take a look at it again and make sure it is up-to-date. I suspect there is now an April bill for you help at the Department of Justice that needs to be accounted for.

The session was finally held today. Let me say that there was unanimous praise for your willingness to continue to support CFIT even after the legal work was shifted. The word "admirable" was used.

That said, there was continued concern expressed that the invoices as presented in the attached are not accurate; that they do not reflect all agreements or value. For example, invoice #4492466 in the amount of $167,378.37 was thought to have already been reset at $115,000. Invoice #4485965 in the amount of $367,517.32, the subject of the back-and-forth with Jennifer Ross-Carrier when she was the client contact, is still being questioned. There was a suggestion that the total (including the $115,000) owed is somewhere around $400,000.

3

I said that a definitive position must be taken on the total amount and a payment scheme by Monday on this. I will talk to you then.

Cheers,

John Berard

Upgrade Your Email - Click here! <http://promos.hotbar.com/promos/promodll.dll?RunPromo&El=&SG=&RAND=60178&partner=hbtools>