# EXHIBIT C

-----Original Message-----
**From:** Lilian Opdam [mailto:lilian@momentous.ca]
**Sent:** November 27, 2006 1:59 PM
**To:** Pfister, Peter J.
**Subject:** RE: Momentous.ca /

Dear Mr. Pfister,

Thank you for your messages.
Momentous has no further ties with CFIT, and we believe your questions are best addressed to CFIT.

Yours truly,
Lilian Opdam