```
ADLER LAW FIRM
Joel D. Adler (SBN 52979)
Roger T. Ritter (SBN 56039)
101 Montgomery Street, Suite 2050
San Francisco, CA  94104
Telephone:   (415) 433-5333
Facsimile:    (415) 433-5334
Email:  adlerlaw@adlerlaw.net

Attorneys for Plaintiff
MORRISON & FOERSTER LLP
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MORRISON & FOERSTER LLP,<br><br>        Plaintiff,<br><br>v.<br><br>MOMENTOUS.CA CORPORATION,<br><br>        Defendant. | Case No. CV-07-6361 EMC<br><br>**DECLARATION OF JOEL D. ADLER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, INSUFFICIENT SERVICE OF PROCESS AND FAILURE TO STATE A CLAIM**<br><br>**Date:**       February 20, 2008<br>**Time:**       10:30 a.m.<br>**Judge:**     Hon. Edward M. Chen<br>**Location:** 15th Floor, Courtroom C |

**I, JOEL D. ADLER, declare:**

1.  I am an attorney at law, duly admitted to practice before all courts of the State of California and before this Court, and I am the attorney for MORRISON & FOERSTER LLP ("Morrison"), plaintiff herein.  I am a percipient witness to the facts set forth herein, as they are within my own personal knowledge, and if called to testify thereto, I could and would competently do so.

2.  On January 15, 2008, I spoke by telephone with Jennifer Ross-Carriére, former General Counsel and Director of Policy for Momentous.ca

Corporation ("Momentous"), defendant herein. Ms. Ross-Carriére confirmed that she is currently practicing law in Ottawa, Ontario, Canada.

3. Attached hereto as Exhibit A, collectively, and incorporated herein by reference are web pages and articles, which I downloaded and printed out from Momentous' own website on or about January 18, 2008. Plaintiff asserts that the contents, including the following, are adoptive admissions:

> From a March 16, 2006, news article featuring an interview of Rob Hall which is currently posted on Momentous' website:
> ". . . Of the Momentous businesses, Pool.com is the most profitable, although Hall says that Zip.ca is catching up. The Momentous companies generate revenues of more than $30 million U.S. a year, and are entirely financed by profits. . . . This month, the Internet Corporation for Assigned Names and Numbers, a non-profit agency that oversees Internet domain names and IP addresses, approved a deal with VeriSign regarding the dot-com domain. ICANN, which had been hit with an antitrust lawsuit by VeriSign, settled the matter by extending VeriSign's control of the dot-com registry until 2012 and allowing it to raise its registration fees. The agreement also allows VeriSign to compete in Pool.com's business area, where it could not before. Under the deal, VeriSign, leaning on its maintenance of the dot-com and dot-net domains, could also attempt to auction the names off itself, in advance of each 2 p.m. drop.
>  "'This development would have a serious impact on Pool,' Hall admits. Dot-com and dot-net name sales are '95 per cent of our business,' he says. He would not comment further on what might happen at Pool.com. . . ."
>  "Like Pool.com, the registrars are operating subsidiaries of Momentous, and they share legal, accounting, technology and marketing services under the parent company's roof at its Auriga Drive office."

4. Attached hereto as Exhibit B and incorporated herein by reference is a true and correct copy of a Statement of Claim filed on or about July 8, 2003, in the Superior Court of Justice of the Province of Ontario, Canada, *in Pool.com, Inc. v. Internet Corporation for Assigned Names and Numbers*, Court File No. 03-CV-24621, which I downloaded and printed out from Momentous' own website on January 18, 2008.

5. Morrison is informed and believes that Momentous was the sole funder, or nearly so, of the CFIT litigation and lobbying efforts, and that discovery will establish it. One of the bases of that information and belief, attached hereto as Exhibit C and incorporated herein by reference, is an article in an on-line newsletter, "The Register," dated December 7, 2005, which is entitled "So who is funding CFIT and why?," which I downloaded and printed on November 6, 2007.

6. Attached hereto as Exhibit D and incorporated herein by reference is a true and correct copy of a web page, which I downloaded and printed out from Momentous' own website on or about January 26, 2008. That web page, entitled "About Momentous.ca," refers to "Our Companies," and lists Pool.com, *inter alia*, as one of the "various corporations under the Momentous.ca Corporation umbrella." It also refers to "Our Partners" and lists ICANN (The Internet Corporation for Assigned Names and Numbers) and VeriSign under "Our Partners," with ICANN under "Domain Authorities" and VeriSign under "Domain Registries."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 29, 2008

_____/s/_____
Joel D. Adler, Declarant

1  I hereby attest that I have on file the original signature for the signature indicated
2  above by a "conformed" signature (/s/) within this efiled document.

                                                    _____/s/_____
                                                          Joel D. Adler