ADLER LAW FIRM
Joel D. Adler (SBN 52979)
Roger T. Ritter (SBN 56039)
101 Montgomery Street, Suite 2050
San Francisco, CA  94104
Telephone:   (415) 433-5333
Facsimile:    (415) 433-5334
Email:   adlerlaw@adlerlaw.net

Attorneys for Plaintiff
MORRISON & FOERSTER LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MORRISON & FOERSTER LLP, | Case No. CV-07-6361 EMC |
| Plaintiff, | **DECLARATION OF DAVID S. WESTINGTON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, INSUFFICIENT SERVICE OF PROCESS AND FAILURE TO STATE A CLAIM** |
| v. | |
| MOMENTOUS.CA CORPORATION, | |
| Defendant. | |
| | **Date:**  February 20, 2008<br>**Time:**  10:30 a.m.<br>**Judge:**  Hon. Edward M. Chen<br>**Location:**  15th Floor, Courtroom C |

**I, DAVID S. WESTINGTON, declare:**

1. I am an Accounting Representative for MORRISON & FOERSTER LLP, a Limited Liability Partnership ("Morrison"), plaintiff herein, and have been since May 2000.  In that capacity, I have care, custody and control of its business records.  I know those records to have been accurately, promptly and routinely made and entered at or about the times of the transactions they reflect.  I am

familiar with their method of preparation, as is more fully set forth below. As such, I am a percipient witness to the facts set forth in this declaration and if called to testify thereto, I could and would competently do so.

.      2.      Morrison's bills are generated as follows: Every attorney or legal assistant either dictates or enters his or her time on a time sheet, which contains various matters the attorney or legal assistant worked on during the day. The attorney, legal assistant or secretary can also enter the time spent directly into the timekeeping system. The time is electronically transmitted to the financial services department for review. The financial services department then prepares a bill memo from the data for each matter, which it sends to the responsible attorney for review and correction if necessary. The responsible attorney returns the bill memo to the financial services department. The financial services department or the attorney then sends out the finalized bill, usually each month.

    3.      All payments which are received are sent to the financial services department, which enters them into the accounting system and credits them against the appropriate account. Any questions or complaints regarding payment are handled either by direct contact or by referring them to the billing attorney.

    4.      Morrison's accounts, books and records reflect that defendant herein, Momentous.ca Corporation ("Momentous"), engaged Morrison, in writing, on November 15, 2005, to perform legal services and incur costs on behalf of the Coalition for ICANN Transparency, Inc. ("CFIT"). A copy of the signed engagement letter is attached hereto as Exhibit A and incorporated herein by reference and is also attached as Exhibit D to the accompanying Declaration of Jennifer Lee Taylor.

    5.      Morrison's accounts, books and records further reflect that an initial payment of $20,000 (minus a $10 wire transfer fee) was made by Pool.com on November 15, 2005. A copy of the Current-Day Detail Report reflecting that payment is attached hereto as Exhibit B and incorporated herein by reference.

1 | I declare under penalty of perjury under the laws of the United States of America
2 | that the foregoing is true and correct.  Executed on January 28, 2008

_____/s/_____
David S. Westington, Declarant

I hereby attest that I have on file the original signature for the signature indicated above by a "conformed" signature (/s/) within this efiled document.

_____/s/_____
Joel D. Adler
