# EXHIBIT B

Batch
#200818

# Bank of America
## Morrison and Foerster LLP
### Current Day - Detail Report

As of 11/15/2005
Bank of America Accounts

*Bank of America, Northern California  ABA: 121000358, US Dollar (USD) Accounts*

| 1499401830 Morrison and Foerster | | | | Last Updated: 11/15/2005 14:31 CST |
|---|---|---|---|---|

**Detail Credits**

| Amount | Customer Reference | Bank Reference | Immediate Availability | 1 Day Float | 2 Day Float |
|---|---|---|---|---|---|

INCOMING INTERNL MONEY TRNSFR

| 19,990.00 | 1115046943 | 051115046943 | 19,990.00 | 0.00 | 0.00 |

WIRE TYPE:BOOK IN DATE:111505 TIME:1059 PST
TRN:051115046943
SENDERS REF:2005111500140533
ORIG:POOL.COM
ORG BK:TORONTO-DOMINION BAN ID:006550826336/BCTDOMCATTT

#060745

848824