ADLER LAW FIRM
Joel D. Adler (SBN 52979)
Roger T. Ritter (SBN 56039)
101 Montgomery Street, Suite 2050
San Francisco, CA 94104
Telephone: (415) 433-5333
Facsimile: (415) 433-5334
Email: adlerlaw@adlerlaw.net

Attorneys for Plaintiff
MORRISON & FOERSTER LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MORRISON & FOERSTER LLP,<br><br>          Plaintiff,<br><br>v.<br><br>MOMENTOUS.CA CORPORATION,<br><br>          Defendant. | Case No. CV-07-6361 EMC<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, INSUFFICIENT SERVICE OF PROCESS AND FAILURE TO STATE A CLAIM**<br><br>**Date:**     February 20, 2008<br>**Time:**    10:30 a.m.<br>**Judge:**   Hon. Edward M. Chen<br>**Location:** 15th Floor, Courtroom C |

Plaintiff Morrison & Foerster LLP respectfully asks this Court to take judicial notice, pursuant to Federal Rules of Evidence, Rule 201, of the following documents, true and correct copies of which are attached hereto as Exhibits A, B, C , D and E, respectively, and incorporated herein by reference:

**Exhibit A:** Statement of Claim filed on or about July 8, 2003, in the Superior Court of Justice of the Province of Ontario, Canada, *in Pool.com, Inc. v. Internet Corporation for Assigned Names and Numbers*, Court File No. 03-CV-24621;

1  **Exhibit B:** Certificate of Incorporation of Coalition for ICANN Transparency Inc.,
2  filed on November 16, 2005, in the Office of the Secretary of State of the State of
3  Delaware;
4  **Exhibit C:** Consent of Directors in Lieu of Organizational Meeting of Coalition for
5  ICANN Transparency, Inc., dated November 27, 2005;
6  **Exhibit D:** Proof of Service of Summons, filed on December 4, 2007, in *Morrison
7  & Foerster LLP v. Momentous.ca Corporation*, Case No. CGC-07-468805, Superior
8  Court of the State of California for the City and County of San Francisco; and
9  **Exhibit E:** Opinion of the Court of Appeals of New York in *Fischbarg v. Doucet*,
10  2007 NY Slip Op 9962; 9 N.Y.3d 375; 2007 N.Y. LEXIS 3718, No. 175,
11  12/20/07, aff'g 23 Law. Man. Prof. Conduct 167 (December 20, 2007)

Dated: January 29, 2008                    ADLER LAW FIRM

By:  /s/  
Joel D. Adler  
Attorney for Plaintiff  
MORRISON & FOERSTER LLP

8254                                2                         Case No. CV-07-6361 EMC

PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE