# EXHIBIT B

# Delaware

PAGE 1

*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF INCORPORATION OF "COALITION FOR ICANN TRANSPARENCY INC.", FILED IN THIS OFFICE ON THE SIXTEENTH DAY OF NOVEMBER, A.D. 2005, AT 1:47 O'CLOCK P.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE KENT COUNTY RECORDER OF DEEDS.



4062041  8100

050934377

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 4301087

DATE: 11-16-05

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:47 PM 11/16/2005
FILED 01:47 PM 11/16/2005
SRV 050934377 - 4062041 FILE

CERTIFICATE OF INCORPORATION

OF

COALITION FOR ICANN TRANSPARENCY INC.

---

The undersigned, for the purposes of forming a not for profit corporation (hereinafter called the "corporation") without authority to issue capital stock under the laws of the State of Delaware, do make, file and record this Certificate, and do certify that:

1. The name of the corporation is Coalition for ICANN Transparency Inc.

2. The corporation's Registered Office in the State of Delaware is to be located at 160 Greentree Drive, Suite 101, in the City of Dover, County of Kent 19904; and, the Registered Agent in charge of such Registered Office is National Registered Agents, Inc.

3. The nature of the purposes to be conducted by the corporation is as follows:

Promote a competitive environment that will ensure the stability of the internet, continue to spur innovation, encourage improved customer service and drive lower costs to consumers.

The corporation shall have the authority to exercise all of the powers conferred upon corporations organized not for profit and without authority to issue capital stock under the provisions of the General Corporation Law of the State of Delaware, provided, that the exercise of any such powers shall be in furtherance of any one or more of the aforesaid exempt purposes of the corporation.

4. The corporation is not to have authority to issue capital stock.

5. The name and the mailing address of the incorporator are as follows:

| NAME | MAILING ADDRESS |
|------|-----------------|
| Joanne BL Arnold | Davis & Gilbert LLP<br>1740 Broadway<br>New York, New York 10019 |

6. The duration of the corporation is to be perpetual.

7. The personal liability of all of the directors of the corporation is hereby eliminated to the fullest extent allowed as provided by the Delaware General Corporation Law, as the same may be supplemented and amended.

Executed on this 16th day of November, 2005.

/s/ Joanne BL Arnold
Joanne BL Arnold, Incorporator