# EXHIBIT C

# CONSENT OF DIRECTORS IN LIEU OF ORGANIZATIONAL MEETING OF COALITION FOR ICANN TRANSPARENCY INC.

THE UNDERSIGNED, being all of the directors of the Coalition for ICANN Transparency Inc. (the "Corporation"), a Delaware corporation, pursuant to the provisions of Section 141 and Section 108 of the Delaware General Corporation Law, hereby consent that the following actions shall be deemed done with the same effect as if done at a regularly called meeting of the Board of Directors:

RESOLVED, that all of the actions taken by the incorporator of this Corporation to effect the incorporation of this Corporation are hereby approved, ratified, confirmed and adopted by and on behalf of this Corporation;

RESOLVED, that the Bylaws attached hereto be and are hereby adopted;

RESOLVED, that the form of corporate seal, an impression of which is affixed in the margin, is adopted as the official corporate seal of the Corporation.

· RESOLVED, that the following persons are elected to the offices set opposite their names to serve until their respective successors are duly elected and qualified:

| | |
|---|---|
| Chief Executive Officer | Jennifer A. Ross-Carriere |
| Secretary | Jason Eberstein |
| Treasurer | Jason Eberstein |

RESOLVED, that the Treasurer is hereby authorized to pay all fees and expenses incident to and necessary to the organization of the Corporation;

RESOLVED, that the Certificate of Incorporation of the Corporation be amended in its entirety to read as set forth on attached Exhibit A;

RESOLVED, that the directors of the Corporation declare advisable the amendment to the Certificate of Incorporation of the Corporation; and

RESOLVED, that any officer of the Corporation hereby is authorized, empowered, and directed to execute and file, or cause to be filed, with the Secretary of State of the State of Delaware, a Certificate of Amendment to the Certificate of Incorporation of the Corporation, which Certificate of Amendment shall be in substantially the form as the form of Certificate of Amendment attached hereto as Exhibit A;

RESOLVED, that Trammell & Co. is hereby designated as a Class 1 Supporter (as that term is defined in the Bylaws) of the Corporation;

RESOLVED, that Pool.com Inc. is hereby designated as a Class 1 Supporter of the Corporation;

RESOLVED, that World Association of Domain Name Developers is hereby designated as a Class 1 Supporter of the Corporation;

RESOLVED, that Momentous.ca Corporation is hereby designated as a Class 1 Supporter of the Corporation;

RESOLVED, that the Chief Executive Officer and the Treasurer of the Corporation be, and each of them hereby is, authorized for and on behalf of the Corporation to designate from time to time one or more banks, trust companies or other banking institutions to act as depository or depositories for the funds of the Corporation;

RESOLVED, that the Chief Executive Officer and the Treasurer of the Corporation be, and each of them hereby is, authorized and directed, in the name and on behalf of the Corporation, to take any and all action that they may deem necessary or advisable in order to establish bank accounts from time to time for the efficient conduct of the Corporation's business;

RESOLVED, that the Treasurer of the Corporation be, and he hereby is, the sole individual authorized to sign checks or otherwise transact on any of such bank accounts;

RESOLVED, that the fiscal year of the Corporation shall commence on the 1st day of January and shall end on the 31st day of December of each year;

RESOLVED, that the Secretary and the Treasurer of this Corporation be, and hereby are, authorized and directed to procure all appropriate corporate books and books of account that may be deemed necessary or appropriate in connection with the business of this Corporation;

RESOLVED, that the Board hereby authorizes the Corporation and its officers to initiate litigation against Internet Corporation for Assigned Names and Numbers, a California corporation, and Verisign, Inc., a Delaware corporation, for, among other things, violations of the antitrust laws and the California Business and Professions Code; and

RESOLVED, the Chief Executive Officer and the Treasurer be, and each of them hereby is, authorized and directed to retain legal counsel and such other consultants and agents, as they deem necessary, to advise and assist them and perform such services as the Chief Executive Officer and Secretary may deem necessary or appropriate, and to enter into such contracts providing for the retention, compensation, reimbursement of expenses of such legal counsel, consultants and agents as the Chief Executive Officer and Treasurer may deem necessary or appropriate; and

RESOLVED, that the Chief Executive Officer and the Treasurer of this Corporation be, and each of them hereby is, authorized and directed to take any further action and execute any such document as may be deemed necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions.

IN WITNESS WHEREOF, the undersigned, being all of the directors of Coalition for ICANN Transparency Inc., a Delaware corporation, have hereunto set forth their hands and seals as of the 27th day of November, 2005.

           (Jason Eberstein)
          Name: Jason Eberstein
          Director

           (Tony Farrow)
          Name: Tony Farrow
          Director

           (Howard Neu)
          Name: Howard Neu
          Director

           (Jennifer A. Ross-Carriere)
          Name: Jennifer A. Ross-Carriere
          Director