# EXHIBIT D

POS-010

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>ADLER LAW FIRM<br>JOEL D. ADLER, State Bar No. 52979<br>ROGER T. RITTER, State Bar No. 56039<br>101 MONTGOMERY STREET, SUITE 2050<br>SAN FRANCISCO, CA 94104<br>TELEPHONE NO.: 415-433-5333      FAX NO. *(Optional)*:   415-433-5334<br>E-MAIL ADDRESS *(Optional)*: jadler@adlerlaw.net<br>ATTORNEY FOR *(Name)*: Plaintiff MORRISON & FOERSTER LLP | *FOR COURT USE ONLY*<br><br>ENDORSED<br>F I L E D<br>*San Francisco County Superior Court*<br><br>DEC 0 4 2007<br><br>GORDON PARK-LI, Clerk<br>BY: _____ MICHAEL RAYRAY<br>*Deputy Clerk* |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS: 400 McAllister Street
CITY AND ZIP CODE: San Francisco, CA 94102-4514
BRANCH NAME: Civic Center Courthouse

| | |
|---|---|
| PLAINTIFF/PETITIONER: MORRISON & FOERSTER LLP<br><br>DEFENDANT/RESPONDENT: MOMENTOUS.CA CORPORATION | CASE NUMBER:<br>CGC-07-468805 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of:

    a.  ☒  summons

    b.  ☒  complaint

    c.  ☒  Alternative Dispute Resolution (ADR) package

    d.  ☐  Civil Case Cover Sheet *(served in complex cases only)*

    e.  ☐  cross-complaint

    f.  ☒  other *(specify documents)*: Notice to Plaintiff; Notice of Client's Right to Arbitration

3.  a.  Party served *(specify name of party as shown on documents served)*: MOMENTOUS.CA CORPORATION

    b.  ☒  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
        Scott McLean, attorney for Momentous.ca Corporation

4.  Address where the party was served: 1420-99 Bank Street, Ottawa, Ontario, Canada

5.  I served the party *(check proper box)*

    a.  ☒  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*: November 15, 2007       (2) at *(time)*: 2:05 p.m.

    b.  ☐  **by substituted service.** On *(date)*:        at *(time)*:        I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

        (1) ☐  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

        (2) ☐  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

        (3) ☐  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

        (4) ☐  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:        from *(city)*:        or ☐ a declaration of mailing is attached.

        (5) ☐  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Legal
Solutions
Plus

Code of Civil Procedure, § 417.10

**PFI** P R O C E S
F O R W A R D I N G
I N T E R N A T I O N A L

633 Yesler Way Seattle, WA 98104    www.pfiserves.com
800 232-8854    206 521-9000    fax: 800 734-6859

# PROCESS  SERVICE  INVOICE

Bill To:
**ADLER LAW FIRM**
**101 MONTGOMERY STREET**
**SUITE 2050**
**SAN FRANCISCO, CA 94104**

Account #: 102412            Phone: 415 433 5333
Client Attn:
Order Attn: TIFFANY BROWN

INVOICE #:  **4973124**



DATE:      Nov 27 2007
BILL REF:

**AMOUNT DUE : $0.00**

COURT:              SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
CASE NAME:          MORRISON & FOERSTER LLP   vs. MOMENTOUS.CA CORPORATION DOES 1 TO 10
CASE NUMBER:        CGC-07-468805                              HEARING DATE:
SERVEE:             MOMENTOUS.CA CORPORATION
PERSON SERVED:      SCOTT MCLEAN, AUTHORIZED TO ACCEPT
SERVICE DATE:       Nov 15 2007  2:15PM      SERVED BY:
SERVICE ADDRESS:    ATTN; ROBERT HALL, CEO 26 AURIGA DRIVE NEPEAN, ONT K2E 7Y8 CANADA
DOCUMENTS:          SUMMONS; COMPLAINT; NOTICE OF CLIENT'S RIGHT TO ARBITRATION; NOTICE TO PLAINTIFF; ADR
                    INFORAMTION PACKAGE

SERVICE NOTE

BAD ADDRESS LIST

| SERVICE  PERFORMED | NOTE | RATE |
|---|---|---|
| International Services | | 450.00 |
| | SUB TOTAL | 450.00 |
| | PREPAID RETAINER | 450.00 |
| | AMOUNT DUE | 0.00 |

Documents are served in accordance with and pursuant to; the statutes or court rules of the jurisdiction in which the matter originates, and/or the statutes or court rules of the state in which service took place, and client instructions. If service was substituted upon another person or left with a person who refused to identify him or herself, it is incumbent upon the client to notify ABC and/or PFI immediately, in writing, if further attempts to serve, serve by mail, or investigate are required.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO

MORRISON & FOERSTER LLP

                    Plaintiff / Petitioner

vs.

MOMENTOUS.CA CORPORATION
DOES 1 TO 10

                    Defendant / Respondent

Cause #:   CGC-07-468805

Affidavit of Service of:

SUMMONS; COMPLAINT; NOTICE OF CLIENT'S RIGHT TO
ARBITRATION; NOTICE TO PLAINTIFF; ADR
INFORAMTION PACKAGE

Hearing Date:

Witness Fee Tendered:

The undersigned, being first duly sworn, on oath deposes and says:  That s(he) is now and at all times herein mentioned, ~~a citizen of the United States and~~ over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the date and time of <u>November 15, 2007 at 2:05PM</u>at the address of <u>Law Firm of Fraser, Milner,</u> <u>Casgrain, 1420-99 Bank Street</u>   city of   <u>Ottawa</u>            , county of _____ , ~~State of~~ <u>Province of Ontario</u>this affiant served the above described documents upon:

## MOMENTOUS.CA CORPORATION

☐ **Personal Service**

   by then and there personally delivering _____ true and correct copy(ies) thereof.

☒ **Corporate Service**

   by then and there personally delivering <u>one</u> true and correct copy(ies) thereof, by then presenting to
   and leaving the same with  <u>Scott McLean, Attorney for Momentus.CA Corporation</u> and a
   person admitting to being authorized to accept such for the Defendant
   <sub>Person Receiving Documents And Their Title</sub>

☐ **Substituted/Residential Service**

   by then and there personally delivering _____ true and correct copy(ies) thereof, by then presenting to
   and leaving the same with _____,
   a person of suitable age and discretion who stated the above address to be the residence and usual place
   of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No information was provided that indicates that the subjects served are members of the U.S. military.

JASON BOUCHARD
_____
<sub>Typed or Printed Name of Process Server</sub>

_____
                                    <sub>Server Signature</sub>

Subscribed and Sworn to before me this <u>19</u> day of November, 2007

a Notary Public in the State of <u>Province of Ontario Canada</u>

Residing at <u>103-30 Concourse Gate, Ottawa, Ontario K2E</u> 7V7

ABC Legal Services, Inc.
206 521-9000
Tracking #: 4973124

**ORIGINAL**
**PROOF OF SERVICE**

Page 1 of 1

ADLER LAW FIRM

OR_FWPRN

**(CITACION JUDICIAL)**

SUM-100

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**

MOMENTOUS.CA CORPORATION;

DOES 1 TO 10

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

MORRISON & FOERSTER LLP

<div style="text-align:right">FOR COURT USE ONLY<br>(SOLO PARA USO DE LA CORTE)</div>

---

   You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.   A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.   If you cannot pay the filing fee, ask the court clerk for a fee waiver form.   If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
   There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

   Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante.   Una carta o una llamada telefónica no lo protegen.   Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte.   Es posible que haya un formulario que usted pueda usar para su respuesta.   Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca.   Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas.   Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
   Hay otros requisitos legales.   Es recomendable que llame a un abogado inmediatamente.   Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados.   Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro.   Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.

---

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF SAN FRANCISCO
400 McALLISTER STREET
SAN FRANCISCO, CA 94102-4514
CIVIC CENTER COURTHOUSE

CASE NUMBER:
*(Número del caso):* GC 07 468805

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
ADLER LAW FIRM
JOEL D. ADLER, State Bar No. 52979       415-433-5333 (TEL)   415-433-5334 (FAX)
ROGER T. RITTER, State Bar No. 56039
101 MONTGOMERY STREET, SUITE 2050, SAN FRANCISCO, CA 94104

DATE:     NOV 0 2 2007     GORDON PARK-LI     Clerk, by     Jun Panelo     , Deputy
*(Fecha)*                                      *(Secretario)*                              *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☒ on behalf of *(specify)*:  MOMENTOUS.CA   CORPORATION

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☒ other *(specify)*: FEDERAL   CORPORATION (CANADA)
4. ☐ by personal delivery on *(date)*:

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev January 1, 2004]

**SUMMONS**

Legal
Solutions
℠ Plus

Page 1 of 1
Code of Civil Procedure §§ 412.20, 465

JOEL D. ADLER, State Bar No. 52979
ROGER T. RITTER, State Bar No. 660EMC
101 MONTGOMERY STREET, SUITE 2050
SAN FRANCISCO, CA 94104

TELEPHONE NO: 415-433-5333     FAX NO. (Optional): 415-433-5334
E-MAIL ADDRESS (Optional): jadler@adlerlaw.net
ATTORNEY FOR (Name): Plaintiff MORRISON & FOERSTER LLP

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco**
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS: 400 McAllister Street
CITY AND ZIP CODE: San Francisco, CA 94102-4514
BRANCH NAME: Unlimited Jurisdiction

PLAINTIFF: MORRISON & FOERSTER LLP

DEFENDANT: MOMENTOUS.CA CORPORATION;

[X] DOES 1 TO ___10___

**ENDORSED**
**F I L E D**
San Francisco County Superior Court

NOV 0 2 2007

GORDON PARK-LI, Clerk
BY: JUN P. PANELO
Deputy Clerk

**CASE MANAGEMENT CONFERENCE SET**

APR 0 4 2008 - 9ᴬᴹ AM

**DEPARTMENT 212**

|                                                  | CONTRACT                                  |
| ------------------------------------------------ | ----------------------------------------- |
| [X] COMPLAINT                                    | [ ] AMENDED COMPLAINT (Number):           |
| [ ] CROSS-COMPLAINT                              | [ ] AMENDED CROSS-COMPLAINT (Number):     |

**Jurisdiction** (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
    Amount demanded [ ] does not exceed $10,000
                    [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

CASE NUMBER:

**CGC-07-468805**

1. Plaintiff* (name or names): MORRISON & FOERSTER LLP

   alleges causes of action against **defendant*** (name or names): MOMENTOUS.CA CORPORATION

2. This pleading, including attachments and exhibits, consists of the following number of pages: six (6)

3. a. Each plaintiff named above is a competent adult
   [X] except plaintiff (name): MORRISON & FOERSTER LLP
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [X] other (specify): Limited Liability Partnership (law practice)

   b. [X] Plaintiff (name): MORRISON & FOERSTER LLP
      a. [ ] has complied with the fictitious business name laws and is doing business under the fictitious name (specify):

      b. [X] has complied with all licensing requirements as a licensed (specify): Limited Liability Partnership (law practice)

   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
   [X] except defendant (name): MOMENTOUS.CA CORPORATION
      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity (describe):
      (4) [ ] a public entity (describe):
      (5) [X] other (specify): Federal Corporation (Canada)

   [ ] except defendant (name):
      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity (describe):
      (4) [ ] a public entity (describe):
      (5) [ ] other (specify):

\* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Legal
Solutions
Plus

Page 1 of 2
Code of Civil Procedure, § 425.12

SHORT TITLE:  MORRISON & FOERSTER LLP v. MOMENTOUS.CA
CORPORATION

CASE NUMBER:

PLD-C-001

4. *(Continued)*
   b.  The true names of defendants sued as Does are unknown to plaintiff.
     (1) ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of the named
        defendants and acted within the scope of that agency or employment.
     (2) ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to
        plaintiff.
   c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, *or*
   b. ☐ is excused from complying because *(specify):*

6. ☐ This action is subject to ☐ Civil Code section 1812.10  ☐ Civil Code section 2984.4.
7. This court is the proper court because
   a. ☐ a defendant entered into the contract here.
   b. ☐ a defendant lived here when the contract was entered into.
   c. ☐ a defendant lives here now.
   d. ☒ the contract was to be performed here.
   e. ☐ a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. ☐ real property that is the subject of this action is located here.
   g. ☐ other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or
   more causes of action attached):*
   ☒ Breach of Contract
   ☒ Common Counts
   ☐ Other *(specify):*

9. ☒ Other allegations:
   Plaintiff is serving defendant with a Notice of Client's Right to Arbitration concurrently herewith, which is
   attached hereto as Exhibit A and incorporated herein by reference, pursuant to Business and Professions Code
   Section 6201 (a).

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. ☒ damages of: $ 624,588.68
   b. ☒ interest on the damages
     (1) ☒ according to proof
     (2) ☒ at the rate of *(specify):* ten (10)   percent per year from *(date):*  the due dates of the unpaid invoices
   c. ☐ attorney's fees
     (1) ☐ of: $
     (2) ☐ according to proof.
   d. ☒ other *(specify):*
   Interest according to proof was $101,127.24 as of October 29, 2007, and accrues at the rate of ten percent
   (10%) per annum ($171.12 per diem).

11. ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: November  1, 2007

JOEL D. ADLER
_____
    (TYPE OR PRINT NAME)

FIRST _____    CAUSE OF ACTION—Breach of Contract
    (number)

ATTACHMENT TO [x] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

BC-1. Plaintiff *(name)*: MORRISON & FOERSTER LLP

alleges that on or about *(date)*: November 15, 2005
a [x] written [ ] oral [ ] other *(specify)*:
agreement was made between *(name parties to agreement)*: MORRISON & FOERSTER LLP and
MOMENTOUS.CA CORPORATION
    [ ] A copy of the agreement is attached as Exhibit A, or
    [x] The essential terms of the agreement [ ] are stated in Attachment BC-1 [x] are as follows *(specify)*:
MOMENTOUS.CA CORPORATION (Momentous) engaged MORRISON & FOERSTER LLP, at agreed-
upon rates, to perform legal services relating to objections of Momentous and affiliated companies, through
an entity to be formed, to a proposed settlement agreement between ICANN (The Internet Corporation for
Assigned Names and Numbers) and VeriSign. Momentous agreed to pay for this representation.

BC-2. On or about *(dates)*: May 21, 2006
defendant breached the agreement by [ ] the acts specified in Attachment BC-2 [x] the following acts
*(specify)*: Failing and refusing to make payments when due under the terms of the agreement.

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or
excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
    [x] as stated in Attachment BC-4 [x] as follows *(specify)*: Damages in the principal amount of
$624,588.68, plus interest.

BC-5. [ ] Plaintiff is entitled to attorney fees by an agreement or a statute
        [ ] of $
        [ ] according to proof.

BC-6. [x] Other: Interest according to proof was $101,127.24 as of October 29, 2007, and accrues at the rate of ten
percent (10%) per annum ($171.12 per diem).

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev. January 1, 2007]
CAUSE OF ACTION—Breach of Contract
Legal
Solutions
Plus
Page 1 of 1
Code of Civil Procedure, § 425.12

SECOND (number) **CAUSE OF ACTION—Common Counts**

ATTACHMENT TO [x] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

CC-1. Plaintiff *(name)*: MORRISON & FOERSTER LLP

alleges that defendant *(name)*: MOMENTOUS.CA CORPORATION

became indebted to [x] plaintiff [ ] other *(name)*:

a. [x] within the last four years

(1) [x] on an open book account for money due.

(2) [x] because an account was stated in writing by and between plaintiff and defendant in which it was agreed that defendant was indebted to plaintiff.

b. [x] within the last [ ] two years [x] four years

(1) [ ] for money had and received by defendant for the use and benefit of plaintiff.

(2) [x] for work, labor, services and materials rendered at the special instance and request of defendant and for which defendant promised to pay plaintiff

[x] the sum of $ 624,588.68

[x] the reasonable value.

(3) [ ] for goods, wares, and merchandise sold and delivered to defendant and for which defendant promised to pay plaintiff

[ ] the sum of $

[ ] the reasonable value.

(4) [ ] for money lent by plaintiff to defendant at defendant's request.

(5) [x] for money paid, laid out, and expended to or for defendant at defendant's special instance and request.

(6) [ ] other *(specify)*:

CC-2. $ 624,588.68, which is the reasonable value, is due and unpaid despite plaintiff's demand, plus prejudgment interest [x] according to proof [x] at the rate of ten (10%) percent per year from *(date)*: the due dates of the unpaid invoices

CC-3. [ ] Plaintiff is entitled to attorney fees by an agreement or a statute

[ ] of $

[ ] according to proof.

CC-4. [x] Other: Interest according to proof was $101,127.24 as of October 29, 2007, and accrues at the rate of ten percent (10%) per annum ($171.12 per diem).

# EXHIBIT A

## NOTICE OF CLIENT'S RIGHT TO ARBITRATION

MOMENTOUS.CA CORPORATION
26 Auriga Drive
Nepean, ON
Canada K2E 7Y8
Attn.: Robert Hall, CEO

For purposes of these proceedings, MORRISON & FOERSTER LLP is being represented by the Adler Law Firm, 101 Montgomery Street, Suite 2050, San Francisco, CA 94104

Notice is given that:

[X ] I have filed a lawsuit against you in the SUPERIOR COURT OF THE STATE OF CALIFORNIA, FOR THE COUNTY OF SAN FRANCISCO, 400 McALLISTER STREET, SAN FRANCISCO, CA 94102

| Court | Address | Case No. |

[ ] I have filed an arbitration against you with the _____

Agency

Address

No. _____  Case

[ ] I intend to file a lawsuit or arbitration against you

regarding your failure to pay the fees and/or costs for professional services in the principal amount of $624,588.68, plus interest in the amount of $101,127.24, as of 10/29/07, for legal services relating to objections of Momentous and affiliated companies, through an entity to be formed, to a proposed settlement agreement between ICANN (The Internet Corporation for Assigned Names and Numbers) and VeriSign.  As an alternative to the above, you have the right under Sections 6200-6206 of the California Business and Professions Code to request arbitration of this fee dispute by an independent, impartial arbitrator or panel of arbitrators through a bar association program created solely to resolve fee disputes between lawyers and clients.

You will LOSE YOUR RIGHT TO ARBITRATION if:

1. YOU DO NOT FILE A WRITTEN APPLICATION FOR ARBITRATION WITH THE BAR ASSOCIATION WITHIN 30 DAYS FROM RECEIPT OF THIS NOTICE; OR

2. YOU RECEIVE THIS NOTICE AND THEN EITHER (1) ANSWER A COMPLAINT I HAVE FILED IN COURT; OR (2) FILE A RESPONSE TO ANY ARBITRATION PROCEEDING THAT I HAVE INITIATED FOR COLLECTION OF FEES, AND/OR COSTS, WITHOUT FIRST HAVING SERVED AND FILED A REQUEST FOR ARBITRATION UNDER THIS PROGRAM; OR

3. YOU FILE AN ACTION OR PLEADING IN ANY LAWSUIT WHICH SEEKS A COURT DECISION ON THIS DISPUTE OR WHICH SEEKS DAMAGES FOR ANY ALLEGED MALPRACTICE OR PROFESSIONAL MISCONDUCT.

If I have already filed a lawsuit or arbitration, you may have the lawsuit or arbitration postponed after you have filed an application for arbitration under this program. You can obtain a form to request arbitration from the local bar association if they have an approved fee arbitration program.  The address and telephone number of the arbitration program is:

Bar Association of San Francisco
301 Battery Street, Third Floor
San Francisco, CA 94111
(415) 982-1600

The State Bar of California will conduct fee arbitration where there is no approved local program or if you believe you cannot receive a fair hearing before the local bar named above. If you need assistance, please contact Mandatory Fee Arbitration, State Bar of California, 180 Howard Street, San Francisco, CA 94105-1639, (415) 538-2020.

Dated:  November 1 , 2007

JOEL D. ADLER

# Notice of Client's Right To Arbitration

Client:
MOMENTOUS.CA CORPORATION
26 Auriga Drive
Nepean, ON
Canada K2E  7Y8
Attn.: Robert Hall, CEO

Attorney:
MORRISON & FOERSTER LLP
c/o Adler Law Firm
101 Montgomery Street, Suite 2050
San Francisco, CA 94104

You have an outstanding balance for fees and/or costs for professional services in the principal amount of $624,588.68, plus interest in the amount of $101,127.24, as of 10/29/07, for legal services relating to objections of Momentous and affiliated companies, through an entity to be formed, to a proposed settlement agreement between ICANN (The Internet Corporation for Assigned Names and Numbers) and Verisign.

■ I have filed a lawsuit against you in the:

San Francisco Superior Court        **Case No. CGC-07-468805**
400 McAllister Street, San Francisco, CA 94102

☐ I have filed an arbitration proceeding against you with the:

| Agency | Case No. |
|--------|----------|

Address

☐ No lawsuit or arbitration proceeding has yet been filed but may be filed if we do not resolve this claim.

You have the right under Sections 6200-6206 of the California Business and Professions Code to request arbitration of these fees or costs by an independent, impartial arbitrator or panel of arbitrators through a bar association program created solely to resolve fee disputes between lawyers and clients.

You will LOSE YOUR RIGHT TO ARBITRATION UNDER THIS PROGRAM if:

1.  YOU DO NOT FILE A WRITTEN APPLICATION FOR ARBITRATION WITH THE BAR ASSOCIATION WITHIN 30 DAYS FROM RECEIPT OF THIS NOTICE USING A FORM PROVIDED BY THE LOCAL BAR ASSOCIATION OR STATE BAR OF CALIFORNIA FEE ARBITRATION PROGRAM; OR

2.  YOU RECEIVE THIS NOTICE AND THEN EITHER (1) ANSWER A COMPLAINT I HAVE FILED IN COURT; OR (2) FILE A RESPONSE TO ANY ARBITRATION PROCEEDING THAT I HAVE INITIATED FOR COLLECTION OF FEES, AND/OR COSTS, WITHOUT FIRST HAVING SERVED AND FILED A REQUEST FOR ARBITRATION UNDER THIS PROGRAM; OR

3.  YOU FILE AN ACTION OR PLEADING IN ANY LAWSUIT WHICH SEEKS A COURT DECISION ON THIS DISPUTE OR WHICH SEEKS DAMAGES FOR ANY ALLEGED MALPRACTICE OR PROFESSIONAL MISCONDUCT.

I have a right to file a lawsuit against you if you give up your right to mandatory fee arbitration.  If I have already filed a lawsuit or arbitration, you may have the lawsuit or arbitration postponed after you have filed an application for arbitration under this program.

I have determined that:

■ There is a local program which may have jurisdiction to hear this matter.  The address of the arbitration program you

should contact is:

**BAR ASSOCIATION OF SAN FRANCISCO
ATTORNEY/CLIENT FEE DISPUTE PROGRAM
301 BATTERY STREET, 3RD FLOOR
SAN FRANCISCO, CA 94111
(415) 982-1600**

☐ There is no approved local program which has jurisdiction to hear this matter.

The State Bar of California will conduct fee arbitration (1) where there is no approved local program, (2) where there is a local program but it declines for any reason to hear your case, (3) where there is a local program and you wish non-binding arbitration of this dispute and the local program refuses to allow non-binding arbitration of your dispute, or (4) if you believe you cannot receive a fair hearing before the local bar named above. If you need assistance, please contact Mandatory Fee Arbitration, State Bar of California, 180 Howard Street, San Francisco, CA 94105-1639, (415) 538-2020.

November 5, 2007

Date

JOEL D. ADLER
Attorney

(State Bar Approved Form Rev. April 1, 2007)

# NOTICE TO PLAINTIFF

A Case Management Conference is set for

**DATE:**   APR-04-2008

**TIME:**   9:00AM

**PLACE:**   Department 212
400 McAllister Street
San Francisco, CA 94102-3680

All parties must appear and comply with Local Rule 3.

> CRC 3.725 requires the filing and service of a case management statement form CM-110 no later than 15 days before the case management conference.
>
> However, it would facilitate the issuance of a case management order **without an appearance** at the case management conference if the case management statement is filed, served and lodged in Department 212 twenty-five (25) days before the case management

Plaintiff must serve a copy of this notice upon each party to this action with the summons and complaint. Proof of service subsequently filed with this court shall so state.

## ALTERNATIVE DISPUTE RESOLUTION POLICY REQUIREMENTS

> **IT IS THE POLICY OF THE SUPERIOR COURT THAT EVERY CIVIL CASE PARTICIPATE IN EITHER MEDIATION, JUDICIAL OR NON-JUDICIAL ARBITRATION, THE EARLY SETTLEMENT PROGRAM OR SOME SUITABLE FORM OF ALTERNATIVE DISPUTE RESOLUTION PRIOR TO A MANDATORY SETTLEMENT CONFERENCE OR TRIAL.**
> (SEE LOCAL RULE 4)

Plaintiff must serve a copy of the Alternative Dispute Resolution Information Package on each defendant along with the complaint. All counsel must discuss ADR with clients and opposing counsel and provide clients with a copy of the Alternative Dispute Resolution Information Package prior to filing the Case Management Statement.

**[DEFENDANTS: Attending the Case Management Conference does not take the place of filing a written response to the complaint. You must file a written response with the court within the time limit required by law. See Summons.]**

Superior Court Alternative Dispute Resolution Coordinator
400 McAllister Street, Room 103
San Francisco, CA 94102
(415) 551-3876

See Local Rules 3.6, 6.0 C and 10 D re stipulation to commissioners acting as temporary judges

# Alternative Dispute Resolution (ADR) Information Package

# Alternatives to Trial

# Here are some other ways to resolve a civil dispute.

The plaintiff must serve a copy of the ADR information package on each defendant along with the complaint. (CRC 201.9(c))

**Superior Court of California**
**County of San Francisco**

# Introduction

Did you know that most civil lawsuits settle without a trial?

And did you know that there are a number of ways to resolve civil disputes without having to sue somebody?

These alternatives to a lawsuit are known as alternative dispute resolutions (ADR). The most common forms of ADR are mediation, arbitration and case evaluation. There are a number of other kinds of ADR as well.

In ADR, trained, impartial persons decide disputes or help parties decide disputes themselves. These persons are called neutrals. For example, in mediation, the neutral is the mediator. Neutrals normally are chosen by the disputing parties or by the court. Neutrals can help parties resolve disputes without having to go to court.

ADR is not new. ADR is available in many communities through dispute resolution programs and private neutrals.

# Advantages of ADR

ADR can have a number of advantages over a lawsuit.

- *ADR can be speedier.* A dispute often can be resolved in a matter of months, even weeks, through ADR, while a lawsuit can take years.

- *ADR can save money.* Court costs, attorneys fees, and expert fees can be saved.

- *ADR can permit more participation.* The parties may have more chances to tell their side of the story than in court and may have more control over the outcome.

- *ADR can be flexible.* The parties can choose the ADR process that is best for them. For example, in mediation the parties may decide how to resolve their dispute.

- *ADR can be cooperative.* This means that the parties having a dispute may work together with the neutral to resolve the dispute and agree to a remedy that makes sense to them, rather than work against each other.

ADR-1  1/06  (bc)

- *ADR can reduce stress.* There are fewer, if any, court appearances. And because ADR can be speedier, and save money, and because the parties are normally cooperative, ADR is easier on the nerves. The parties don't have a lawsuit hanging over their heads for years.

- *ADR can be more satisfying.* For all the above reasons, many people have reported a high degree of satisfaction with ADR.

Because of these advantages, many parties choose ADR to resolve a dispute, instead of filing a lawsuit. Even when a lawsuit has been filed, the court can refer the dispute to a neutral before the parties' position harden and the lawsuit becomes costly. ADR has been used to resolve disputes even after a trial, when the result is appealed.

# Disadvantages of ADR

ADR may not be suitable for every dispute.

- If ADR is binding, the parties normally give up most court protections, including a decision by a judge or jury under formal rules of evidence and procedure, and review for legal error by an appellate court.

- There generally is less opportunity to find out about the other side's case with ADR than with litigation. ADR may not be effective if it takes place before the parties have sufficient information to resolve the dispute.

- The neutral may charge a fee for his or her services.

- If a dispute is not resolved through ADR, the parties may have to put time and money into both ADR and a lawsuit.

- Lawsuits must be brought within specified periods of time, known as statutes of limitation. Parties must be careful not to let a statute of limitations run out while a dispute is in an ADR process.

ADR-1  1/06  (bc)

# ALTERNATIVE DISPUTE RESOLUTION PROGRAMS
## Of the San Francisco Superior Court

"It is the policy of the Superior Court that every noncriminal, nonjuvenile case participate either in an early settlement conference, mediation, arbitration, early neutral evaluation or some other alternative dispute resolution process prior to a mandatory settlement conference or trial." (Superior Court Local Rule 4)

This guide is designed to assist attorneys, their clients and self-represented litigants in complying with San Francisco Superior Court's alternative dispute resolution ("ADR") policy. Attorneys are encouraged to share this guide with clients. By making informed choices about dispute resolution alternatives, attorneys, their clients and self-represented litigants may achieve a more satisfying resolution of civil disputes.

The San Francisco Superior Court currently offers three ADR programs for civil matters; each program is described below:

1) Judicial arbitration
2) Mediation
3) The Early Settlement Program (ESP) in conjunction with the San Francisco Bar Association.

## JUDICIAL ARBITRATION

### Description

In arbitration, a neutral "arbitrator" presides at a hearing where the parties present evidence through exhibits and testimony. The arbitrator applies the law to the facts of the case and makes an award based upon the merits of the case. When the Court orders a case to arbitration it is called <u>judicial arbitration</u>. The goal of arbitration is to provide parties with an adjudication that is earlier, faster, less formal, and usually less expensive than a trial. Upon stipulation of all parties, other civil matters may be submitted to judicial arbitration.

Although not currently a part of the Court's ADR program, civil disputes may also be resolved through <u>private arbitration</u>. Here, the parties

ADR-1  1/06  (bc)

voluntarily consent to arbitration. If all parties agree, private arbitration may be binding and the parties give up the right to judicial review of the arbitrator's decision. In private arbitration, the parties select a private arbitrator and are responsible for paying the arbitrator's fees.

## Operation

Pursuant to CCP 1141.11 and Local Rule 4, all civil actions in which the amount in controversy is $50,000 or less, and no party seeks equitable relief, shall be ordered to arbitration. A case is ordered to arbitration after the Case Management Conference. An arbitrator is chosen from the Court's Arbitration Panel. Most cases ordered to arbitration are also ordered to a pre-arbitration settlement conference. Arbitrations are generally held between 7 and 9 months after a complaint has been filed. Judicial arbitration is <u>not</u> binding unless all parties agree to be bound by the arbitrator's decision. Any party may request a court trial within 30 days after the arbitrator's award has been filed.

## Cost

There is no cost to the parties for judicial arbitration or for the pre-arbitration settlement conference.

# MEDIATION

## Description

Mediation is a voluntary, flexible, and confidential process in which a neutral third party "mediator" facilitates negotiations. The goal of mediation is to reach a mutually satisfactory agreement that resolves all or part of the dispute after exploring the significant interests, needs, and priorities of the parties in light of relevant evidence and the law.

Although there are different styles and approaches to mediation, most mediations begin with presentations of each side's view of the case. The mediator's role is to assist the parties in communicating with each other, expressing their interests, understanding the interests of opposing parties, recognizing areas of agreement and generating options for resolution. Through questions, the mediator aids each party in assessing the strengths and weaknesses of their position.

ADR-1   1/06  (bc)

A mediator does not propose a judgment or provide an evaluation of the merits and value of the case. Many attorneys and litigants find that mediation's emphasis on cooperative dispute resolution produces more satisfactory and enduring resolutions. Mediation's non-adversarial approach is particularly effective in disputes in which the parties have a continuing relationship, where there are multiple parties, where equitable relief is sought, or where strong personal feelings exist.

## Operation

San Francisco Superior Court Local Court Rule 4 **provides three different voluntary mediation programs** for civil disputes. An appropriate program is available for all civil cases, regardless of the type of action or type of relief sought.

To help litigants and attorneys identify qualified mediators, the Superior Court maintains a list of mediation providers whose training and experience have been reviewed and approved by the Court. The list of court approved mediation providers can be found at www.sfgov.org/courts. Litigants are not limited to mediators on the court list and may select any mediator agreed upon by all parties. A mediation provider need not be an attorney.

Local Rule 4.2 D allows for mediation in lieu of judicial arbitration, so long as the parties file a stipulation to mediate within 240 days from the date the complaint is filed. If settlement is not reached through mediation, a case proceeds to trial as scheduled.

## Private Mediation

The Private Mediation program accommodates cases that wish to participate in private mediation to fulfill the court's alternative dispute resolution requirement. The parties select a mediator, panel of mediators or mediation program of their choice to conduct the mediation. The cost of mediation is borne by the parties equally unless the parties agree otherwise.

Parties in civil cases that have not been ordered to arbitration may consent to private mediation at any point before trial. Parties willing to submit a matter to private mediation should indicate this preference on the Stipulation to Alternative Dispute Resolution form or the Case Management Statement (CM-110). Both forms are attached to this packet.

ADR-1  1/06 (bc)

# Mediation Services of the Bar Association of San Francisco

The Mediation Services is a coordinated effort of the San Francisco Superior Court and The Bar Association of San Francisco (BASF) in which a court approved mediator provides three hours of mediation at no charge to the parties. It is designed to afford civil litigants the opportunity to engage in early mediation of a case shortly after filing the complaint, in an effort to resolve the matter before substantial funds are expended on the litigation process. Although the goal of the program is to provide the service at the outset of the litigation, the program may be utilized at anytime throughout the litigation process.

The mediators participating in the program have been pre-approved by the court pursuant to strict educational and experience requirements.

After the filing of the signed Stipulation to Alternative Dispute Resolution form included in this ADR package the parties will be contacted by BASF. Upon payment of the $200 per party administration fee, parties select a specific mediator from the list of court approved mediation providers. The hourly mediator fee beyond the first three hours will vary depending on the mediator selected. Waiver of the administrative fee based on financial hardship is available.

A copy of the Mediation Services rules can be found on the BASF website at www.sfbar.org, or you may call BASF at 415-782-8913

## Judicial Mediation

The Judicial Mediation program is designed to provide early mediation of complex cases by volunteer judges of the San Francisco Superior Court. Cases considered for the program include construction defect, employment discrimination, professional malpractice, insurance coverage, toxic torts and industrial accidents.

Parties interested in judicial mediation should file the Stipulation to Alternative Dispute Resolution form attached to this packet indicating a joint request for inclusion in the program. A preference for a specific judge may be indicated. The court Alternative Dispute Resolution Coordinator will coordinate assignment of cases that qualify for the program.

ADR-1  1/06  (bc)

## Cost

Generally, the cost of Private Mediation ranges from $200 per hour to $400 per hour and is shared equally by the parties. Many mediators are willing to adjust their fees depending upon the income and resources of the parties. Any party who meets certain eligibility requirements may ask the court to appoint a mediator to serve at no cost to the parties.

The Mediation Services of the Bar Association of San Francisco provides three hours of mediation time at no cost with a $200 per party administrative fee.

There is no charge for participation in the Judicial Mediation program.

# EARLY SETTLEMENT PROGRAM

## Description

The Bar Association of San Francisco, in cooperation with the Court, offers an Early Settlement Program ("ESP") as part of the Court's settlement conference calendar.  The goal of early settlement is to provide participants an opportunity to reach a mutually acceptable settlement that resolves all or part of the dispute.  The two-member volunteer attorney panel reflects a balance between plaintiff and defense attorneys with at least 10 years of trial experience.

As in mediation, there is no set format for the settlement conference.  A conference typically begins with a brief meeting with all parties and counsel, in which each is given an opportunity to make an initial statement. The panelists then assist the parties in understanding and candidly discussing the strengths and weaknesses of the case.  The Early Settlement Conference is considered a "quasi-judicial" proceeding and, therefore, is not entitled to the statutory confidentiality protections afforded to mediation.

## Operation

Civil cases enter the ESP either voluntarily or through assignment by the Court.  Parties who wish to choose the early settlement process should indicate this preference on the status and setting conference statement.

ADR-1   1/06  (bc)

If a matter is assigned to the ESP by the Court, parties may consult the ESP program materials accompanying the "Notice of the Early Settlement Conference" for information regarding removal from the program.

Participants are notified of their ESP conference date approximately 4 months prior to trial. The settlement conference is typically held 2 to 3 months prior to the trial date. The Bar Association's ESP Coordinator informs the participants of names of the panel members and location of the settlement conference approximately 2 weeks prior to the conference date.

Local Rule 4.3 sets out the requirements of the ESP. All parties to a case assigned to the ESP are required to submit a settlement conference statement prior to the conference. All parties, attorneys who will try the case, and insurance representatives with settlement authority are required to attend the settlement conference. If settlement is not reached through the conference, the case proceeds to trial as scheduled.

*Cost*

All parties must submit a $200 generally non-refundable administrative fee to the Bar Association of San Francisco. Parties who meet certain eligibility requirements may request a fee waiver. For more information, please contact the ESP Coordinator at (415) 982-1600.

* * * * * * * * * * * * * * * * * * * *

For further information about San Francisco Superior Court ADR programs or dispute resolution alternatives, please contact:

Superior Court Alternative Dispute Resolution Coordinator,
400 McAllister Street, Room 103
San Francisco, CA 94102
(415) 551-3876

or visit the Superior Court Website at
http://sfgov.org/site/courts_page.asp?id=3672

ADR-1  1/06 (bc)

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN FRANCISCO
400 McAllister Street, San Francisco, CA  94102-4514

|  |  |
|---|---|
| Plaintiff<br><br>v.<br><br><br>Defendant | Case No. _____<br><br>**STIPULATION TO ALTERNATIVE DISPUTE RESOLUTION** |

The parties hereby stipulate that this action shall be submitted to the following alternative dispute resolution process:

☐ Private Mediation  ☐ Mediation Services of BASF  ☐ **Judicial Mediation**
☐ Binding arbitration
☐ Non-binding judicial arbitration    Judge _____
☐ BASF Early Settlement Program    Judge _____
☐ Other ADR process (describe) _____

Plaintiff(s) and Defendant(s) further agree as follows:

_____

_____

_____

_____

_____

| Name of Party Stipulating | Name of Party or Attorney Executing Stipulation | Signature of Party or Attorney |
|---|---|---|
| ☐ Plaintiff  ☐ Defendant  ☐ Cross-defendant |  | Dated: _____ |

| Name of Party Stipulating | Name of Party or Attorney Executing Stipulation | Signature of Party or Attorney |
|---|---|---|
| ☐ Plaintiff  ☐ Defendant  ☐ Cross-defendant |  | Dated: _____ |

| Name of Party Stipulating | Name of Party or Attorney Executing Stipulation | Signature of Party or Attorney |
|---|---|---|
| ☐ Plaintiff  ☐ Defendant  ☐ Cross-defendant |  | Dated: _____ |

☐  *Additional signature(s) attached*

ADR-2  3/06

STIPULATION TO ALTERNATIVE DISPUTE RESOLUTION

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*

**CM-110**

FOR COURT USE ONLY

TELEPHONE NO.:                          FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

STREET ADDRESS:

MAILING ADDRESS:

CITY AND ZIP CODE:

BRANCH NAME:

PLAINTIFF/PETITIONER:

DEFENDANT/RESPONDENT:

| **CASE MANAGEMENT STATEMENT** | |
|---|---|
| **(Check one):** ☐ **UNLIMITED CASE** (Amount demanded exceeds $25,000) ☐ **LIMITED CASE** (Amount demanded is $25,000 or less) | CASE NUMBER: |

**A CASE MANAGEMENT CONFERENCE** is scheduled as follows:

Date:                          Time:                    Dept.:              Div.:              Room:

Address of court *(if different from the address above):*

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one):*
   a. ☐  This statement is submitted by party *(name):*
   b. ☐  This statement is submitted **jointly** by parties *(names):*

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. ☐  The complaint was filed on *(date):*
   b. ☐  The cross-complaint, if any, was filed on *(date):*

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. ☐  All parties named in the complaint and cross-complaint have been served, or have appeared, or have been dismissed.
   b. ☐  The following parties named in the complaint or cross-complaint
      (1) ☐  have not been served *(specify names and explain why not):*

      (2) ☐  have been served but have not appeared and have not been dismissed *(specify names):*

      (3) ☐  have had a default entered against them *(specify names):*

   c. ☐  The following additional parties may be added *(specify names, nature of involvement in case, and the date by which they may be served):*

4. **Description of case**
   a.  Type of case in ☐ complaint ☐ cross-complaint      *(describe, including causes of action):*

Form Adopted for Mandatory Use
Judicial Council of California
CM-110 [Rev. January 1, 2007]

**CASE MANAGEMENT STATEMENT**

Page 1 of 4

Cal. Rules of Court,
rules 3.720–3.730
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

| PLAINTIFF/PETITIONER: | CM-110 |
|---|---|
| DEFENDANT/RESPONDENT: | CASE NUMBER: |

4. b. Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

☐ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5. **Jury or nonjury trial**
The party or parties request ☐ a jury trial ☐ a nonjury trial *(if more than one party, provide the name of each party requesting a jury trial):*

6. **Trial date**
    a. ☐ The trial has been set for *(date):*
    b. ☐ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

    c. Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7. **Estimated length of trial**
The party or parties estimate that the trial will take *(check one):*
    a. ☐ days *(specify number):*
    b. ☐ hours (short causes) *(specify):*

8. **Trial representation** *(to be answered for each party)*
The party or parties will be represented at trial ☐ by the attorney or party listed in the caption ☐ by the following:
    a. Attorney:
    b. Firm:
    c. Address:
    d. Telephone number:
    e. Fax number:
    f. E-mail address:
    g. Party represented:
    ☐ Additional representation is described in Attachment 8.

9. **Preference**
    ☐ This case is entitled to preference *(specify code section):*

10. **Alternative Dispute Resolution (ADR)**
    a. Counsel ☐ has ☐ has not provided the ADR information package identified in rule 3.221 to the client and has reviewed ADR options with the client.
    b. ☐ All parties have agreed to a form of ADR. ADR will be completed by *(date):*
    c. ☐ The case has gone to an ADR process *(indicate status):*

**CASE MANAGEMENT STATEMENT**

PLAINTIFF/PETITIONER:

DEFENDANT/RESPONDENT:

CM-110

CASE NUMBER:

10. d.    The party or parties are willing to participate in *(check all that apply):*

(1) ☐ Mediation

(2) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to close 15 days before arbitration under Cal. Rules of Court, rule 3.822)

(3) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to remain open until 30 days before trial; order required under Cal. Rules of Court, rule 3.822)

(4) ☐ Binding judicial arbitration

(5) ☐ Binding private arbitration

(6) ☐ Neutral case evaluation

(7) ☐ Other *(specify):*

e. ☐ This matter is subject to mandatory judicial arbitration because the amount in controversy does not exceed the statutory limit.

f. ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

g. ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court *(specify exemption):*

## 11. Settlement conference

☐ The party or parties are willing to participate in an early settlement conference *(specify when):*

## 12. Insurance

a. ☐ Insurance carrier, if any, for party filing this statement *(name):*

b. Reservation of rights: ☐ Yes ☐ No

c. ☐ Coverage issues will significantly affect resolution of this case *(explain):*

## 13. Jurisdiction

Indicate any matters that may affect the court's jurisdiction or processing of this case, and describe the status.

☐ Bankruptcy ☐ Other *(specify):*

Status:

## 14. Related cases, consolidation, and coordination

a. ☐ There are companion, underlying, or related cases:

(1) Name of case:

(2) Name of court:

(3) Case number:

(4) Status:

☐ Additional cases are described in Attachment 14a.

b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party):*

## 15. Bifurcation

☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

## 16. Other motions

☐ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*

| | CM-110 |
|---|---|
| PLAINTIFF/PETITIONER:<br><br>DEFENDANT/RESPONDENT: | CASE NUMBER: |

**17. Discovery**

　　a. ☐ The party or parties have completed all discovery.

　　b. ☐ The following discovery will be completed by the date specified *(describe all anticipated discovery)*:

　　　　　Party　　　　　　　　　　　　Description　　　　　　　　　　　　　　　　Date

　　c. ☐ The following discovery issues are anticipated *(specify)*:

**18. Economic Litigation**

　　a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90 through 98 will apply to this case.

　　b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case)*:

**19. Other issues**

　　☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify)*:

**20. Meet and confer**

　　a. ☐ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain)*:

　　b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify)*:

**21. Case management orders**

　　Previous case management orders in this case are *(check one)*:　　☐ none　　☐ attached as Attachment 21.

**22.** Total number of pages attached *(if any)*: _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and ADR, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date:

_____　　　▶ _____
　　　　(TYPE OR PRINT NAME)　　　　　　　　　　　　　　　(SIGNATURE OF PARTY OR ATTORNEY)

_____　　　▶ _____
　　　　(TYPE OR PRINT NAME)　　　　　　　　　　　　　　　(SIGNATURE OF PARTY OR ATTORNEY)

　　　　　　　　　　　　　　　　　　　　　　　☐ Additional signatures are attached

CM-110 [Rev. January 1, 2007]　　　　　　　　**CASE MANAGEMENT STATEMENT**　　　　　　　　　　Page 4 of 4



# Superior Court of California
## County of San Francisco

## Judicial Mediation Program

### Introducing a new court alternative dispute resolution program that provides judicial mediation of complex civil cases

The Judicial Mediation program offers mediation of complex civil litigation by a San Francisco Superior Court judge familiar with the area of the law that is the subject of the controversy. Cases that will be considered for participation in the program include, but are not limited to professional malpractice, construction, employment, insurance coverage disputes, mass torts and complex commercial litigation. Judicial mediation offers civil litigants the opportunity to engage in early mediation of a case shortly after filing the complaint in an effort to resolve the matter before substantial funds are expended. This program may also be utilized at anytime throughout the litigation process. The panel of judges currently participating in the program includes:

The Honorable David L. Ballati
The Honorable Anne Bouliane
The Honorable Ellen Chaitin
The Honorable John J. Conway
The Honorable Robert L. Dondero
The Honorable Ernest H. Goldsmith
The Honorable Curtis E. A. Karnow
The Honorable Patrick J. Mahoney

The Honorable Tomar Mason
The Honorable James J. McBride
The Honorable Kevin M. McCarthy
The Honorable John E. Munter
The Honorable Ronald Evans Quidachay
The Honorable A. James Robertson, II
The Honorable Mary E. Wiss

Parties interested in judicial mediation should file the Stipulation to Alternative Dispute Resolution form attached to this packet indicating a joint request for inclusion in the program and deliver a courtesy copy to Dept. 212. A preference for a specific judge may be indicated. The court Alternative Dispute Resolution Coordinator will facilitate assignment of cases that qualify for the program.

Note: Space is limited. Submission of a stipulation to judicial mediation does not guarantee inclusion in the program. You will receive written notification from the court as to the outcome of your application.

Superior Court Alternative Dispute Resolution
400 McAllister Street, Room 103, San Francisco, CA 94102
(415) 551-3876

12/15/06

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO

| | |
|---|---|
| MORRISON & FOERSTER LLP<br>      Plaintiff / Petitioner | Cause #:   CGC-07-468805 |
| vs.<br>MOMENTOUS.CA CORPORATION<br>DOES 1 TO 10<br>      Defendant / Respondent | Affidavit of Service of:<br>SUMMONS; COMPLAINT; NOTICE OF CLIENT'S RIGHT TO ARBITRATION; NOTICE TO PLAINTIFF; ADR INFORAMTION PACKAGE<br>Hearing Date:<br>Witness Fee Tendered: |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned, ~~a citizen of the United States and~~ over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the date and time of <u>November 15, 2007 at 2:05PM</u> at the address of <u>Law Firm of Fraser, Milner, Casgrain, 1420-99 Bank Street</u> city of <u>Ottawa</u>, county of _____, ~~state of~~ <u>Province of Ontario</u> this affiant served the above described documents upon:

## MOMENTOUS.CA CORPORATION

☐ **Personal  Service**

    by then and there personally delivering _____ true and correct copy(ies) thereof.

☒ **Corporate Service**

    by then and there personally delivering <u>one</u> true and correct copy(ies) thereof, by then presenting to and leaving the same with <u>Scott McLean, Attorney for Momentus.CA Corporation</u> and a person admitting to being authorized to accept such for the Defendant

☐ **Substituted/Residential Service**

    by then and there personally delivering _____ true and correct copy(ies) thereof, by then presenting to and leaving the same with _____,
a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No information was provided that indicates that the subjects served are members of the U.S. military.

    JASON BOUCHARD
       Typed or Printed Name of Process Server                                    Server Signature

Subscribed and Sworn to before me this <u>19</u> day of November, 2007

a Notary Public in the ~~State of~~ <u>Province of Ontario Canada</u>
Residing at <u>103-30 Concourse Gate, Ottawa, Ontario K2E 7V7</u>

ABC Legal Services, Inc.
206 521-9000
Tracking #: 4973124

**ORIGINAL
PROOF OF SERVICE**

ADLER LAW FIRM

Page 1 of 1

QR_FWPRN