ADLER LAW FIRM
Joel D. Adler (SBN 52979)
Roger T. Ritter (SBN 56039)
101 Montgomery Street, Suite 2050
San Francisco, CA 94104
Telephone:    (415) 433-5333
Facsimile:    (415) 433-5334
Email:  adlerlaw@adlerlaw.net

Attorneys for Plaintiff:
MORRISON & FOERSTER LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MORRISON & FOERSTER LLP,<br><br>                Plaintiff,<br><br>v.<br><br>MOMENTOUS.CA CORPORATION, LLP,<br><br>                Defendant. | Case No. CV-07-6361 EMC<br><br>**PLAINTIFF'S EVIDENTIARY OBJECTIONS TO DECLARATION OF ROB HALL IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, INSUFFICIENT SERVICE OF PROCESS AND FAILURE TO STATE A CLAIM**<br><br>Date:       February 20, 2008<br>Time:       10:30 a.m.<br>Judge:      Hon. Edward M. Chen<br> Location:   15th Floor, Courtroom C |

Plaintiff MORRISON & FOERSTER LLP hereby objects to the *Declaration of Rob Hall* filed in support of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, Insufficient Service of Process and Failure to State a Claim, on the following grounds:

| | STATEMENT | OBJECTION |
|---|---|---|
| 1. | I have personal knowledge of the matters stated in this declaration and, if called upon as a witness, could and would testify competently to them. Decl., page 1, lines 20-22. | 1(a).  Objection: No showing of personal knowledge.<br><br>1(b). Objection: Conclusory. |

| | | |
|---|---|---|
| 2. | "Momentous is a Canadian corporation located in Ottawa, Ontario. All of its employees are in Canada. It has no office outside of Canada. It conducts no business in California. It has no agent for service of process in California. It holds no license in California. It is not incorporated in California. Some subsidiaries of Momentous engage in internet transactions that may occasionally involve California residents; however, Momentous itself does not."<br>(Decl., page 1, line 23-page 2, line 1) | 2(a). Objection: Irrelevant. It is phrased in the present tense and therefore does not address the time of the transactions which comprise the subject matter of this action.<br><br>2(b). Objection: Conclusory. |
| 3. | "Momentous never agreed to pay Morrison & Foerster's fees in connection with this litigation."<br>(Decl., page 2, lines 18-19) | 3(a). Objection: No showing of personal knowledge.<br><br>3(b). Objection: Conclusory. |
| 4. | "Momentous never entered into any contract with Morrison & Foerster regarding CFIT litigation."<br>(Decl., page 3, line 8-9) | 4(a). Objection: No showing of personal knowledge.<br><br>4(b). Objection: Conclusory. |
| 5. | "Momentous never agreed to pay Morrison & Foerster's fees in connection with this litigation."<br>(Decl., page 2, lines 18-19) | 5(a). Objection: No showing of personal knowledge.<br><br>5(b). Objection: Conclusory. |

Dated:  January 29, 2008                    ADLER LAW FIRM


By:    /s/
       Joel D. Adler
       Attorneys for Plaintiff
       Morrison & Foerster LLP

8254

**PLAINTIFF'S EVIDENTIARY OBJECTIONS TO DECLARATION OF ROB HALL**