**Taylor, Jennifer Lee (SF)**

| | |
|---|---|
| **From:** | Taylor, Jennifer Lee (SF) |
| **Sent:** | Monday, November 14, 2005 5:20 PM |
| **To:** | 'Jennifer Ross-Carriere' |
| **Cc:** | 'Glen Bloom' |
| **Subject:** | Momentous.CA Corporation Engagement Letter |
| **Attachments:** | Document.pdf |

Jennifer,

Attached is the revised engagement letter. I did not send a second copy of the billing policy statement as that was included in the PDF that I sent to you on Friday. Please let me know if you have any questions or concerns.

Thanks,

Jennifer

Jennifer Lee Taylor
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105

Tel: 415-268-6538
Fax: 415-268-7522



Document.pdf (1 MB)