# EXHIBIT E

**From:** Taylor, Jennifer Lee (SF)
**Sent:** Monday, November 14, 2005 4:38 PM
**To:** 'Jennifer Ross-Carriere'
**Cc:** 'Glen Bloom'
**Subject:** Wire Information

Jennifer,

We are getting there, step-by-step. The wire information is below. Please let me know when the wire has been sent so that we can track it and credit it to your account.

I will send the revised engagement letter separately.

Thanks,

Jennifer


Account No 14994-01830
ABA Routing No 121000358
Bank of America
Commercial Banking (1499)
345 Montgomery Street
San Francisco, CA  94104
SWIFT No BOFAUS3N
Account Name: Morrison & Foerster General Operating Account

1