# EXHIBIT F

| | |
|---|---|
| From: | Jennifer Ross-Carriere [jen@momentous.ca] |
| Sent: | Wednesday, November 16, 2005 8:18 AM |
| To: | Taylor, Jennifer Lee (SF) |
| Cc: | 'Bloom, Glen' |
| Subject: | CFIT Legal Entity |

Jennifer,

We hired a new law firm today to incorporate CFIT. CFIT will be incorporated as a not-for-profit Delaware Corporation, but the law firm (Davis & Gilbert) will call you to ensure it is sufficient for the purpose of being the plaintiff in the California suit.

Jennifer

Jennifer A. Ross-Carrière
General Counsel and Director of Policy
Momentous.ca Corporation
Direct Dial (613)768-5143
Facsimile (613)820-0777
E-mail: jen@momentous.ca