# EXHIBIT A

**Sario, Lucia M.**

---

**From:** Sario, Lucia M.
**Sent:** November 11, 2005 5:12 PM
**To:** 'gbloom@osler.com'
**Cc:** Taylor, Jennifer Lee (SF)
**Subject:** Re: Momentous.CA Corporation - Engagement to Perform Legal Services


Engagement
_etter.pdf (257 KB)..

      er Ms. Taylor's instructions, attached, for your review and forwarding to Momentous.CA Corporation, is the engagement letter.

Thank you.

Lucia M. Sario/Morrison & Foerster LLP
Assistant to Jennifer Lee Taylor
Direct Dial: (415) 268-6734/Fax: (415) 268-7522 Mailto:LSario@mofo.com

1

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

November 11, 2005

Writer's Direct Contact
415/268-6538
JLeeTaylor@mofo.com

**By Email**

Jennifer Ross-Carriere
Momentous.CA Corporation
43 Auriga Drive
Nepean
Ontario K1E 7Y8
Canada

Re:   Engagement to Perform Legal Services

Dear Ms. Carriere:

This is to set forth the basic terms upon which you have engaged our firm to represent Momentous.CA Corporation in connection with the Coalition for ICANN Transparency ("CFIT").

1.   <u>Scope of Engagement</u>. In general, you have requested that we represent you in connection with your objections to the proposed ICANN/Verisign settlement agreement and related issues. The precise time frame in which these services will be performed cannot presently be determined.

2.   <u>Billing Policies and Procedures</u>. We enclose a copy of our Firm's Billing Policies and Procedures statement which explains the basis of our bills. This Billing Policies statement describes the manner in which we compute our fees, the relevance of hourly rates and other factors used in the determination of a reasonable fee for our services, the payment of disbursement items, the timing and content of billing statements, and the expected payment period.

You have agreed to deposit promptly with our Firm an advance retainer in the amount of $20,000. This retainer will be held in an interest-bearing trust account on your behalf and will be returned to you at the end of the engagement, or upon our determination, based on your payment history or the scope of the work, that it is no longer required. The Firm, in its discretion as a condition to further work during the course of this engagement or further engagements, may require a further or increased retainer. You further agreed to pay our invoice for November time prior to December 20, 2005.

sf-2033879

**MORRISON | FOERSTER**

Jennifer Ross-Carriere
November 11, 2005
Page Two

Subject, of course, to our ethical and professional obligations, you agree that the Firm may terminate its legal services and withdraw from this engagement in the event our fee statements are not paid in a timely manner, which we consider to be within thirty (30) days of receipt. You further agree that in the event a fee statement is not paid within thirty (30) days of issue, the Firm, in its discretion, may apply any retainer to any outstanding balance. You would then be required to deposit replacement funds into your trust account to bring its balance back up to the agreed upon retainer level.

3.   **Responding to Subpoenas and Other Requests for Information.** In the event we are required to respond to a subpoena or other formal request from a third party or a governmental agency for our records or other information relating to services we have performed for you, or to testify by deposition or otherwise concerning such services, we will first consult with you as to whether you wish to supply the information demanded or assert your attorney-client privilege to the extent you may properly do so. It is understood that you will reimburse us for our time and expense incurred in responding to any such demand, including, but not limited to, time and expense incurred in search and photocopying costs, reviewing documents, appearing at depositions or hearings, and otherwise litigating issues raised by the request.

4.   **General Responsibilities of Attorney and Client.** Morrison & Foerster will provide the above-described legal services for your benefit, for which you will be billed in the manner set forth above. We will keep you apprised of developments as necessary to perform our services and will consult with you as necessary to ensure the timely, effective and efficient completion of our work.

We understand that you will provide us with such factual information and documents as we require to perform the services, will make any business or technical decisions and determinations as are appropriate to facilitate the completion of our services, and will remit payment of our billing statements within thirty (30) days of receipt, in accordance with the procedures described above.

5.   **Waiver of Future Conflicts.** Our agreement to represent you is conditioned upon the understanding that we are free to represent any clients (including your adversaries) and to take positions adverse to either your company or an affiliate in any matters (whether involving the same substantive areas of law for which you have retained us or some other unrelated areas, and whether involving business transactions, counseling, litigation or otherwise), which do not involve the same factual and legal issues as matters for which you have retained us or may hereafter retain us. In this connection, you should be aware that we provide services on a wide variety of legal subjects, to a large number of clients both in the United States and internationally, some of whom are or may in the future operate in the same areas of business in which you are operating or may operate. (A summary of our current practice areas and the industries in which we represent clients can be found on our web site

MORRISON | FOERSTER

Jennifer Ross-Carriere
November 11, 2005
Page Three

at www.mofo.com.) You acknowledge that you have had the opportunity to consult with other counsel about the consequences of this waiver.

We are, of course, delighted to be asked to provide legal services to you, and we are looking forward to working with you on this engagement. Should you ever wish to discuss any matter relating to our legal representation, please do not hesitate to call me directly, or to speak to one of our other attorneys who is familiar with the engagement.

While ordinarily we might prefer to choose a less formal method of confirming the terms of our engagement than a written statement such as this, it has been our experience that a letter such as this is useful both to the Firm and to the client. Moreover, in certain instances, the Firm is required by law to memorialize these matters in writing. In any event, we would request that you review this letter and the enclosed Billing Policies statement carefully and, if it comports with your understanding of our respective responsibilities, so indicate by returning a signed copy of this letter to me at your earliest convenience so as not to impede the commencement of work on your behalf. Obviously, if you have any questions concerning these matters, please let me know promptly.

We look forward to serving you and thank you for looking to us to assist you in this matter.

Sincerely,

Jennifer Lee Taylor


Enclosures:  1. Billing Policies and Procedures
             2. Copy of this letter for signature and return to Morrison & Foerster LLP


APPROVED AND AGREED TO:


By: _____

Title: _____

Date: _____


sf-2033879

MORRISON | FOERSTER

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO, LOS ANGELES, PALO ALTO, SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA, ORANGE COUNTY, SACRAMENTO, WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING, SHANGHAI, HONG KONG, SINGAPORE, BRUSSELS

To:   Our Clients

RE:   *Billing Policies and Procedures*

As we begin this engagement, we think it is important to briefly summarize our billing policies and procedures for you. If you have any questions about our policies, we encourage you to discuss them with us.

**FEES**

An important component of our client service commitment is ensuring that the fees we charge our clients are consistent with the value we bring to each project. In order to determine the value of our services, we ask each lawyer, paralegal, and other professional staff member to submit detailed time records for each specific client for which they provide legal services. Each individual submitting time records is assigned an hourly billing rate that we believe is a fair reflection of his or her knowledge, skill, and experience. Our billing rates and other charges are generally reviewed and evaluated annually, but we reserve the right to revise them at other times during the course of our representation. As a result of any revisions, our new rates and other charges will be applied to the services provided to you, and this letter constitutes written notice of our right to make such revisions. We view billing rates as a benchmark, and not as the sole determinant of the value of our services for billing purposes. Our billing statement will reflect the reasonable value of our services as determined by the billing attorney taking into account the time records for the matter, the types of services we have been asked to perform, any special level of expertise required, any unusual time pressures, the size and scope of the matter, and other relevant circumstances.

**DISBURSEMENTS**

In addition to our legal fees, we also charge separately for certain costs incurred on your behalf. Costs incurred on your behalf for services and materials provided by third-party vendors, including but not limited to courier and messenger service, airfreight service, outside copy service, shipping and express mail, filing fees, deposition transcripts, and court reporters, will be included in your monthly bill. Under certain circumstances, for certain large disbursements, we may either bill you directly or ask you to advance funds outside our normal billing cycle. In addition to the third-party disbursements noted above, other charges that will be reflected on your bill include the following:

*January 2004*

MORRISON | FOERSTER

- Reproduction is charged at 21 cents a page when we use our on-site reproduction service.

- Outgoing faxes are charged at $1 per page for local faxes, $2 per page for domestic faxes, and $3 per page when the fax is international (per-page pricing includes the cost of the telephone call). We do not charge for in-coming faxes or inter-office faxes.

- Document preparation is charged at $35 per hour when services are provided by our legal document specialists.

- Long distance telephone charges originated from our domestic offices are billed at 15 cents per minute domestic and 50 cents per minute international. We do not charge for inter-office long distance telephone.

- We generally use a third-party provider to provide conference call services and these charges will be reflected on your bill under the long distance category and priced according to the schedules used by our outside service.

- Computerized research is charged at the standard Lexis and Westlaw rates less 15%.

- Secretarial overtime is charged at $35 an hour plus a meal allowance if your matter requires late night work; in addition, late night work may also require a late night transportation cost for employees.

- Office supply costs are not passed on to a client unless a specific purchase is required for a trial or large transaction.

We make every effort to include disbursements in the billing statement covering the month in which they were incurred. However, there may be occasions when disbursements may not be posted in the billing system until the following month. If the billing is transactional in nature, an estimate of unposted disbursements in addition to an estimate of unposted fees will be included in the closing bill. Pricing for reproduction, fax, document preparation, and secretarial overtime may vary in our international offices.

RETAINERS

It is our policy to obtain an advance retainer from new clients, and in some instances from existing clients. The amount and terms of the retainer agreement are determined by our Business Review Committee in consultation with the billing attorney in charge of the engagement. These retainer funds will be held in a client trust account in compliance with policies and procedures established by the bar association in your state, or similar domestic

MORRISON | FOERSTER

or international organizations who govern the establishment and maintenance of client trust accounts in your region. In some situations, it may be necessary to require an advance retainer after the commencement of the engagement or to request that a prior retainer be replenished or increased. For example, we may require the posting of a retainer sufficient to cover expected legal fees prior to a lengthy trial, or we may ask that a retainer be submitted for substantial out-of-pocket costs incurred on your behalf.

**FEE ESTIMATES**

During this engagement, you may request from us an estimate of fees and costs that we anticipate incurring on your behalf. While we may provide an estimate for your general planning purposes, our estimate is only a preliminary approximation based on facts that are currently available and the currently anticipated level of work required to complete the engagement. In no event is an estimate to be construed as a commitment of the Firm to render services at a minimum or maximum cost.

**BILLING**

- Generally, our billing statements are prepared and forwarded to you monthly covering fees and costs for the prior month. Exceptions may include probate and trust matters and certain financial transactions where the billing statement is rendered at the completion of the matter. If we defer billing a transaction until closing, we expect our bill to be rendered and paid at closing.

- Your bill will be formatted based on our standard bill format. If this format is not sufficient for your needs, we will work with you to find one that is. All requests to use a third party vendor for electronic billing will be reviewed individually. Depending on the vendor requested, we might provide alternative recommendations in order to insure that electronic billing through a third party is both effective and efficient. All costs related to the use of a third party vendor, including initial start-up costs and maintenance fees, will be forwarded to you for payment.

- Where required, your billing statement may include applicable international taxes such as VAT, GST, and Consumption, etc.

- Each of our billing attorneys will review your billing statement before it is sent to you and make any adjustments they view as appropriate.

- Our billing statements may include a "cost of funds" charge covering our carrying costs on those matters which are not billed monthly, or we may ask for progress payments.

3

*January 2004*

**MORRISON | FOERSTER**

- All progress or on-account payments will be reflected on the closing bill that will be rendered at the completion of the transaction.

- Upon request, we will forward our billing statement to a third party designated by you who is assuming payment responsibility for your legal bills, such as an insurance carrier who holds your liability coverage. In the event that timely payment is not received from the third party, we will look to you for payment of our legal fees and costs.

**PAYMENT TERMS**

Our billing statements are due and payable within thirty days of receipt. Clients whose statements are not paid within this period may have a late charge assessed on the unpaid balance at the rate of 1% per month. The intent of the late charge is to assess on an equitable basis additional costs incurred by the firm in carrying past-due balances. All payments should be sent directly to our San Francisco office at the following address: Morrison & Foerster LLP, File No. 72497, P.O. Box 60000, San Francisco, CA 94160-2497. For wire transfer instructions, please contact us at (415) 268-6446.

**CLIENT FILES**

You are entitled upon written request to any files in our possession relating to the legal services performed by us for you (excluding our internal accounting records and other documents not reasonably necessary for your representation), subject to our right to make copies of any files withdrawn by you. Under our document retention policy, we normally destroy files ten years after a matter is closed, unless other arrangements are made with the client.

In closing, let us assure you that it has always been our goal to provide legal services to our clients on the most cost-efficient basis possible. If at any time you wish to discuss our billing policies and procedures or a specific bill, we encourage you to contact the specific billing attorney responsible for this engagement. Our Billing Department can also provide general assistance and can be reached at (415) 268-6446.

*MORRISON & FOERSTER LLP*