

**About Us**　　**In the News**　　**Press Releases**　　**Careers**　　**Contact Us**



>United States
>Canada
>United Kingdom
>Australia
>Barbados

Register a Domain Name:






## News

### What'$ in a name.

**Ottawa's Pool.com rose to the top in its novel, arcane and lucrative field -- snatching and selling expired Internet domain names. But its competitors are changing the rules of the name game**

*Ottawa Citizen, March 16, 2003*



In Pool.com's boardroom, the lights are dimmed in anticipation of a daily and immensely profitable Internet ritual.

The 2 p.m. occurrence is called the "drop" -- a cyberspace free-for-all in which the Ottawa company and its rivals vie to harvest expired Internet domain names.

Be they "google.com" or "kinkyguy.ca," such names are not owned in perpetuity. In most cases, they must be renewed each year, but many are not.

On average, the ownership of 22,000 or the world's 40 million or so domain names expires each day. When the computers of VeriSign, the U.S. company which manages the Internet's dot-com and dot-net registries, releases the lapsed names each afternoon, they "drop" like ripe fruit to the ground. Then, "drop-catchers" such as Pool.com go to work, armed with specialized software and powerful servers, grabbing the bounty as best they can, hoping to sell what they gather to new owners.

On a recent Friday, a few minutes before 2 p.m., two executives of Pool.com stood in their Auriga Drive boardroom to witness the drop. On the wall, scores of names that would soon expire were projected.

"It's like going to the horse races every day," says Taryn Naidu, Pool.com's president.

There was no starter's pistol fired, but at 2 p.m., the Sterling, Virginia-based computers of VeriSign began releasing expired domain names. The names, which had reached the end of the deletion cycle and were known to potential buyers, dropped according to a VeriSign algorithm at a fluctuating rate that initially was about 10 names per second.

At Pool.com's own Sterling office, 80 drop-catching servers kicked into action, firing multiple commands per second at the VeriSign machines, hoping to snag precisely targeted domain names at the exact moment they dropped.

"The key is to get the right name at the right place at the right time... Our (acquisition) engine predicts when they drop to the millisecond," says Rob Hall, Pool.com's chairman and CEO of the Momentous group of companies, which includes Pool.com.

VeriSign did not divulge its algorithm for releasing names, but drop-catching companies have done their best to infer it.

As a result, they spar in a competition not unlike callers trying to win a phone-in radio prize, only exponentially more complex and automated.

On the wall, the efforts of Pool.com's Washington computers were made clear as rectangles surrounding names quickly began to change colour. White became yellow if Pool.com managed to win a name on behalf of a client who had pre-ordered it. White became grey to mark a loss. "We got Internetmobile.com," says Hall, pointing out a potential money-maker.

By 2:16 p.m., all the names had dropped.

A few days later, the results of the drop and subsequent name auctions were tallied. Internetmobile.com went for $1,250 U.S. -- not bad, but less than myearthlink.net ($4,500) and

pokertoolbar.com ($3,431). All told, the drop made Pool.com approximately $40,000 U.S. richer.

The drop's quotidian predictability must be comforting for Pool.com. While the expired domain-name business is arcane and complex, the dollars roll in is as surely as the clock strikes two. Shelagh O'Connor, Momentous' director of communications, says that $40,000 in revenues from a drop was a "fairly typical" amount. Multiply that by 365, and the result suggests that Pool.com takes in more than $14 million U.S. a year.

But in spite of that, and despite the rousing success Pool.com enjoyed immediately after its inception -- it rocketed to become the industry's leader in a year -- the rules of the game it plays are changing.

During Pool.com's first year, the company established a breakaway business model that lured away droves of customers from SnapNames.com, the Portland, Oregon-based pioneer in the deleted domain-names industry. Pool effectively re-wrote the rules and its competitors adopted its business model.

But in the last year, companies including SnapNames have brokered exclusive deals with leading domain registrars, giving them first dibs on expiring names -- and often choice ones at that. Those names effectively do not drop -- Pool now cannot get to them.

As well, VeriSign is attempting to monopolize the dot-com and dot-net registries such that it would control the resale of expired domains, gutting the daily drops in the process. If VeriSign is ultimately successful, "that kind of wipes out all the independents" such as Pool.com, say Ron Jackson, editor of the online publication Domain Name Journal.

But Hall knows that rolling with the punches and changing as required are part of doing business. "With the Internet, you have to be so reactive," he says. "You must be able to adapt. It's a constant evolution."

Hall, 40, has been adapting and evolving for more than a decade, founding a heady assortment of Internet-related businesses and organizations.

In 1994, the University of Ottawa computer science graduate launched Internet Access, Ottawa's first Internet service provider. Two years later, the company merged with Hookup Communications and began trading on the Toronto Stock Exchange.

Also in 1994, Hall made his first go at e-commerce with Internetshop.net, an online shopping mall. In 1997, he sold his interest in that company.

In 1995, he started Romel Corp., which was renamed Momentous in 2000. Hall co-founded the Canadian Association of Internet Providers in 1996, and two years later, he founded the Canadian Internet Registration Authority, the body that operates the dot-ca domain, which now includes 640,000 domain names.

In 1997, Hall started his first registrar business, called Internic.ca. "I had an interest in domain names," he says. "I thought this was going to be a big deal." Internic.ca, he says, is Canada's largest registrar, a "gold-standard" business for domain names, with customers such as the Government of Canada and Chapters.ca.

Hall created two more registrar companies in 1999. DomainsAtCost.ca is the no-frills cousin of Internic.ca, while NameScout.com, based in the Barbados, offers premium registrar services to an international clientele.

Like Pool.com, the registrars are operating subsidiaries of Momentous, and they share legal, accounting, technology and marketing services under the parent company's roof at its Auriga Drive office. Momentous also includes Zip.ca, Canada's leading online DVD rental service. All told, Momentous has about 180 employees, of which 80 work in the registrar and Pool.com subsidiaries. There is no one who smokes who works for Momentous, Hall adds proudly. "I guess I'm a little passionate about it," he says of his company's non-smoking policy. "It has lowered our health-care costs, reduced sick days and time off. It has certainly increased our productivity."

Of the Momentous businesses, Pool.com is the most profitable, although Hall says that Zip.ca is catching up. The Momentous companies generate revenues of more than $30 million U.S. a year, and are entirely financed by profits.

Pool was late into the expired domain-name market, launching in June 2003, more than three years after SnapNames pioneered the business of obtaining domain names for customers.

In 2000, it was already understood that domain names were the Internet's equivalent of real estate. In the 1990s, quick off-the-mark speculators tried to buy domain names ahead of

businesses that would later desire them. They dreamed to make a killing, as did Mike Bahlitzanakis, of Queens, N.Y., who bought cellphones.com for 1996 in $90 and sold it last year for $4.2 million U.S. in cash. Bahlitzanakis's company, BP Holdings, still has names such as is.com, seo.com, city.com and prices.com in its portfolio. In the domain-name ecosystem, Bahlitzanakis and his rivals are known as domainers, and what they do is called domaining.

As well, a new online dynamic has emerged in recent years that continues to spur increased investment in domain names -- the rise of pay-per-click online advertising. Companies such as anything.com buy generic domains such as md.com or marketing.com, which display advertising links for surfers to click. Each click brings a penny or so to the company, but mountains of the pennies add up. Anything.com reportedly bought the expired name a1.com from SnapNames for more than $260,000 U.S. last year.

An astounding, bulk-rate deal of this kind occurred last year when Marchex, an online marketing firm, bought Name Development for $164 million U.S., gaining Name Development's portfolio of more than 100,000 domains such as debts.com and rentguide.com. With their generic names, many of the sites played to what is known as direct navigation -- surfers entering keywords for product, service or subject into the web browser followed by '.com,' foregoing a web search in their quest for relevant information. The sites that Marchex bought had no real content per se, but were given over to keyword advertising. Marchex clearly was betting on big returns consisting of millions of user clicks.

Pool.com's customers include domainers looking for attractive prospects from the pool of expired domain names that they can resell. They also include clients thinking as Marchex did that profits will come from the traffic off the domain name. Pool.com also sells to businesses that want domains for themselves. Hall says Pool.com's biggest sale was culinary.com, bought for $112,000 U.S. by a cooking school that wanted to develop a website.

Although Pool.com's profile in Ottawa is low, in the expired-domain names industry in came on like a charger soon after it debuted in June 2003. Before Pool launched, SnapNames had 85 per cent of the market, Hall says. But three months after it had launched, Pool had 75 per cent of the market.

Within a year, Pool.com "managed to throw everyone over the top rope," says Jackson, the editor and publisher of Domain Name Journal.

Several factors explain Pool's initial rush to the top. One is that it quickly enlisted to its cause more than 160 registrars -- Momentous' three branded registrars, nearly 100 more unbranded but Momentous-owned registrars and more than 60 registrar partners. The registrars in turn had high-speed connections with VeriSign's master registry of expiring names and effectively became Pool's virtual pipeline for names. "Those registrar partners are the big-game hunters that Pool uses to bag so many dropping domains," Jackson wrote. Pool.com lured dozens of registrars away from SnapName partnerships by agreeing to share more revenues with them. "They had partners joining them left and right," Jackson says.

As well, Pool.com introduced outdid SnapNames and other rivals with a new business model. SnapNames, for example, was charging customers $69 up front for each name they wanted. Pool.com took free back orders and only charged customers for names that were obtained. However, Hall's special twist was to put names wanted by multiple clients up for auction.

"That really changed the way the industry thought," Hall says. Pool.com's competitors eventually switched to Pool.com's pricing model.

However, Jackson says that Pool.com could not maintain its dominance of the market. "They have since slipped back through no fault of their own," he says.

SnapNames' response to Pool's success was to establish an exclusive deal with Network Solutions, the original domain-name registrar. As an Internet early bird, Network Solutions had taken the registration for many prime domain names. SnapNames' sale of a1.com was due to its partnership with Network Solutions. So too was a deal last month in which SnapNames sold jasmin.com for more than $300,000 U.S., Jackson says.

As well, registrars such as GoDaddy.com have leapt into the auction business themselves, trying to sell domains that expire from their services.

"They're trying to skim the cream off the top," says Naidu.

"The original game was to get as many registrars as you could. Now the game is moving to exclusivity deals," says Jackson.

Nonetheless, Pool.com boasts having taken back orders for 1.5 million domain names from 52,000 customers. But for the company, an even more serious challenge looms -- exclusivity

writ large.

This month, the Internet Corporation for Assigned Names and Numbers, a non-profit agency that oversees Internet domain names and IP addresses, approved a deal with VeriSign regarding the dot-com domain. ICANN, which had been hit with an antitrust lawsuit by VeriSign, settled the matter by extending VeriSign's control of the dot-com registry until 2012 and allowing it to raise its registration fees. The agreement also allows VeriSign to compete in Pool.com's business area, where it could not before. Under the deal, VeriSign, leaning on its maintenance of the dot-com and dot-net domains, could also attempt to auction the names off itself, in advance of each

2 p.m. drop.

This development "would have a serious impact on Pool," Hall admits. Dot-com and dot-net name sales are "95 per cent of our business," he says. He would not comment further on what might happen at Pool.com.

The VeriSign/ICANN deal must still be approved by the U.S. Commerce Department. The U.S. Congress oversees the department, and lobbying began long ago against the deal while it was still in the making.

Pool.com and other companies support an organization called CFIT, the Coalition for ICANN Transparency. The Washington-based lobby group is trying to sway U.S. politicians to scuttle the VeriSign/ICANN deal. It and other Internet bodies have also launched lawsuits to try and overturn the deal.

"ICANN and VeriSign are now moving rapidly to eliminate all competition for such (expired domain-name) services and share between themselves the monopoly profits that VeriSign will take by excluding all other back-order service providers," states the antitrust complaint filed in late November by CFIT against VeriSign and ICANN.

"The new auction monopoly comes at a further cost: Because there will no longer be a lottery-like process that rewards the pooling of registrars, there will no longer be a market for back-order pooling services. An entire line of highly competitive commerce will be wiped out overnight."

Later this month, Hall heads to Wellington, New Zealand, where ICANN is to hold its annual conference. For attendees, the deal with VeriSign will be front of mind. Hall wonders what might happen -- perhaps even a vote of non-confidence in the board.

"The entire Internet community is saying don't do this," Hall says. "It's by no means a done deal."

DN Journal's Year-To-Date Top 20 Sales

Highest reported 2006 domain sales in all extensions through March 5 (sales by owners through brokerages and privates sales, and auctions of expired names):

Domain Sold For ($U.S.) Where Sold Date

1. Macau.com $550,000 private sale 02/07/06

2. Jasmin.com $310,250 SnapNames 02/28/06

3. Brown.com $300,000 private sale 02/07/06

4. FlashGames.com $226,950 DomainSystems 01/10/06

5. NHS.com $151,300 DomainSystems 02/21/06

6. Blocks.com $130,000 DomainSystems 02/07/06

7. Hedonism.com $126,270 DomainSystems 03/07/06

8. CancunHotels.com $120,000 DomainSystems 01/10/06

9. Amistad.com $100,000 NameDrive 02/28/06

10. Dora.com $100,000 private sale 02/07/06

11. CheapGifts.com $90,000 Sedo 01/10/06

12. Looks.com $86,650 SnapNames 02/21/06

13. Airways.com $80,815 DomainSystems 02/21/06

14. Lyrics.co.uk $80,000 private sale 02/21/06

15. ProSports.com $75,000 Ebay 02/21/06

16. DirtBike.com $75,000 private sale 01/24/06

17. Vegans.com $73,000 Pool 01/24/06

18. KinkyGirls.com $65,000 DomainSystems 02/07/06

19. Gators.com $55,000 Afternic 01/10/06

20. Darts.com $54,507 Sedo 01/10/06

Note: SnapNames and Pool auction expired domain names. Sedo, DomainSystems, Afternic and NameDrive are sites at which domain owners can post their domains for sale

Source: DNjournal.com

21. AlternativeEnergy.com $50,138 SnapNames 02/07/06

22. Street.com $50,000 private sale 02/07/06

23. eGay.com $49,999 Sedo 01/10/06

24. Ich.de $48,451 Sedo 01/10/06

25. VacationWorld.com $45,400 SnapNames 01/10/06

26. Navi.com $45,000 Sedo 02/07/06

27. GolfSimulators.com $41,500 SnapNames 02/28/06

28. eGift.com $40,000 Enom's Club Drop 02/07/06

29. Registro.com $38,000 Pool 01/17/06

30. DenverHomes.com $35,500 SnapNames 01/17/06

Ran with fact box "DN Journal's Year-To-Date Top 20 Sales ",

© The Ottawa Citizen 2006

HOME

Version **2.5**. Copyright 2007 Momentous.ca Corporation. All Rights Reserved.
Optimized for IE 6 and Firefox 1.0. **XHTML** | **CSS**