

**About Us**   **In the News**   **Press Releases**   **Careers**   **Contact Us**



## About Momentous.ca

OUR COMPANIES   OUR PARTNERS



Register a Domain Name:







**Momentous.ca Corporation** is a wholly owned Canadian business, responsible for facilitating the growth of a wide range of Internet businesses. Situated in "Silicon Valley North", Momentous.ca Corporation has access to resources from leading edge hardware experts, to top technical specialists for software design, to an experienced sales force.

These resources are allocated as needed to various corporations under the Momentous.ca Corporation umbrella. This co-operative effort allows extremely fast response to changes within any one of these companies as all the sourcing can be done "in-house" in place of researching and finding the correct staff after the fact. Momentous.ca Corporation is adding to its group and invites you to visit us again for further updates.

## Our Companies

**Zip.ca** is Canada's leading online video service. With over 52,000 titles to select from, this modern video store offers the best selection, best value and best service in online DVD rentals with the convenience of home delivery and without the hassle of late fees and due dates. With Zip.ca you always have movies in your home to view and when you return a title to us, we ship out your next title automatically. With a number of different plans to choose from, Zip.ca meets your movie watching needs.

**Pool.com** is one of the Internet's hottest new ventures, providing a suite of services that includes free backorders of .COM, .NET, .ORG, .INFO, .BIZ, .UK and .CA domains, free searches of over 100,000 expiring domains, a free Keyword Alert service and much more. Fresh uses of these domain names represent enormous potential for new registrants to attract traffic and create revenue. Pool.com has eliminated the usual up-front fees, so customers are only charged when a domain is acquired. Pool.com partners with leading-edge Registrars and other Internet-based organizations the world over to build an effective affiliate network.



The **Global Domain Name Exchange (GDNX)** transforms the business of buying and selling domain names by creating a single, online venue that standardizes common business practices. The GDNX operates like a financial Stock Exchange with registrars acting as members on behalf of their customers or registrants. Only GDNX members have the opportunity to participate in the Exchange.

An accredited ICANN Registrar, **Namescout.com** offers industry-leading customer service with its full suite of domain registration, web hosting and email services. Namescout.com was the world's first accredited dot-NAME Registrar and among the world's first accredited dot-US and dot-AU registrars. Registration for .com, .biz, .info, .net, .org, .au, .cn, .us, .uk and .name domain names is accessible through Namescout.com.



As Canada's first .ca accredited Registrar, **Internic.ca** spearheaded the development of the Canadian domain industry. Premium Customer Service combined with a full suite of domain registration, web hosting and email services, differentiates Internic.ca from other Registrars. With a client list including government agencies, law firms, financial institutions and packaged goods producers, Internic.ca remains an industry leader. Domain name registration for .ca, .com, .biz, .info, .net, .org, .cn, .us and .name is

accessible through Internic.ca.

A CIRA accredited Registrar, **Domainsatcost.ca** offers low-cost do-it-yourself domain registration, as well as a variety of web hosting and email services. Domainsatcost.ca leads the way in making domain name registration and management easy and affordable for each and every Canadian. Domain registration for .ca, .com, .biz, .info, .net, .org, .us and .name is accessible through Domainsatcost.ca.

**Hostmaster.ca** is one of Canada's leading web hosting providers. They offer free setup for their affordable, stable and scalable web hosting solutions. Hostmaster.ca's reliable services combine 128 Mbps of backbone, vigilant network monitoring and superior customer service. Individuals, businesses and organizations are able to create and maintain a successful Internet presence with Hostmaster.ca.

**CVO.ca** (Canadian Virtual Office) offers web hosting, email and DNS services to small businesses, organizations and individuals. Their virtual office services are safe, secure and dependable, with free and easy setup. CVO.ca's goal is simple: to make it possible for anyone to develop and grow their online presence.

**Privacy.ca** allows .ca domain holders to protect their confidential contact information. When this service is activated, a domain holder's administrative and technical contact information is essentially "unlisted" for WHOIS searches. Instead contact information for Privacy.ca is displayed, so domain holders have control of the information published for their registered .ca domains. Privacy.ca works in partnership with and is available through Internic.ca and Domainsatcost.ca.

BACK TO TOP

## Our Partners

### Domain Authorities
ICANN (The Internet Corporation for Assigned Names and Numbers)
CIRA (Canadian Internet Registration Authority)
auDA (.au Domain Administration Limited)

### Domain Registries
VeriSign
Afilias
Nominet
GNR (Global Name Registry)
AusRegistry Group
PIR (Public Interest Registry)
NeuStar
NeuLevel

### Strategic Partners
Canada Post

BACK TO TOP

Version **2.5**. Copyright 2007 Momentous.ca Corporation. All Rights Reserved.
Optimized for IE 6 and Firefox 1.0. XHTML | CSS