1  STEIN & LUBIN LLP
Jonathan Sommer (SBN 209179)
2  600 Montgomery Street, 14th Floor
San Francisco, CA 94111
3  Telephone:     (415) 981-0550
Facsimile:      (415) 981-4343
4  jsommer@steinlubin.com

5  Attorneys for Defendant
MOMENTOUS.CA CORPORATION

6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12  MORRISON & FOERSTER LLP,            Case No. 07-6361 EMC

13              Plaintiff,              **REPLY DECLARATION OF JONATHAN
                                        SOMMER IN SUPPORT OF**
14  v.                                  **DEFENDANT'S MOTION TO DISMISS
                                        FOR LACK OF PERSONAL**
15  MOMENTOUS.CA CORPORATION,           **JURISDICTION, INSUFFICIENT
                                        SERVICE OF PROCESS AND FAILURE**
16              Defendant.              **TO STATE A CLAIM**

17                                      Date:          February 20, 2008
                                        Time:          10:30 a.m.
18                                      Judge:         Hon. Edward M. Chen
                                        Location:      15th Floor, Courtroom C
19

20
        1.     I am an attorney admitted to practice in the State of California and counsel
21
of record for Momentous.ca Corporation ("Momentous"). I have personal knowledge of the
22
matters stated in this declaration and, if called upon as a witness, could and would testify
23
competently to them.
24
        2.     Attached as Exhibit A hereto is a true and correct copy of Plaintiff's
25
Opposition to Verisign's Motion to Dismiss for Improper Venue filed in Case No. 05-4826 RMW
26
(PVT), styled *Coalition for ICANN Transparency Inc. v. Verisign, Inc. and Internet Corporation*
27
*for Assigned Names and Numbers.*
28

51590002/364897v1                           1                          Case No. 07-6361 EMC

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 6, 2008.

_____/s/_____
Jonathan Sommer

REPLY DECLARATION OF JONATHAN SOMMER