```
STEIN & LUBIN LLP
Jonathan Sommer (SBN 209179)
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone:   (415) 981-0550
Facsimile:   (415) 981-4343
jsommer@steinlubin.com

Attorneys for Defendant
MOMENTOUS.CA CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MORRISON & FOERSTER LLP,<br><br>Plaintiff,<br><br>v.<br><br>MOMENTOUS.CA CORPORATION,<br><br>Defendant. | Case No. 07-6361 EMC<br><br>**REPLY DECLARATION OF ROB HALL IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, INSUFFICIENT SERVICE OF PROCESS AND FAILURE TO STATE A CLAIM**<br><br>Date:      February 20, 2008<br>Time:      10:30 a.m.<br>Judge:     Hon. Edward M. Chen<br>Location:  15th Floor, Courtroom C |

1. I am the President of Momentous.ca Corporation ("Momentous"). I have personal knowledge of the matters stated in this declaration and, if called upon as a witness, could and would testify competently to them.

2. During the time that Morrison & Foerster LLP ("Morrison") represented the Coalition for ICANN Transparency Inc. ("CFIT") in late 2005 and early 2006, Momentous was a Canadian corporation located in Ottawa, Ontario. All of its employees were in Canada. It had no office outside Canada. It conducted no business in California. It had no agent for service of process in California. It held no license in California. It was not incorporated in California.

Some subsidiaries of Momentous engaged in Internet transactions that may have occasionally involved California residents; however, Momentous itself did not.

3.	In stating that Momentous conducted no business, I am not including any participation by Momentous as a member of CFIT in the CFIT litigation against Verisign and ICANN in which Morrison represented CFIT. Nor am I including the small amount of trademark work that Morrison performed for Momentous. Of course, Morrison is fully aware of these activities as Morrison performed the legal work.

4.	On March 23, 2006, I was copied on a long email from Jesse Markham, a Morrison attorney, to Jason Eberstein of Trammel and Company, who was a member of CFIT's Board of Directors. Jennifer Taylor and Peter Pfister, both Morrison attorneys, were copied on the email as well as John Berard. The email generally concerned certain unpaid or partly-paid Morrison invoices. A true and correct copy of the email is attached hereto as Exhibit A.

5.	CFIT had replaced Morrison as counsel in the CFIT litigation roughly two weeks before this March 23, 2006 email was sent. Mr. Markham's email makes extensive references to Morrisons's contentions about why CFIT should pay Morrison's outstanding invoices.

6.	The March 23, 2006 email also states that "the retention agreement committed CFIT" to pay our November invoice by December 20. In his email, Mr. Markham does not say that the retention agreement committed Momentous to pay nor does he assert that Momentous has any obligation to pay any Morrison invoice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 6, 2008.

_____/s/_____
Rob Hall

1  I hereby attest that I have on file the original signature for the signature indicated above by a "conformed" signature (/S/) within this efiled document.

_____/s/_____
Jonathan Sommer