# EXHIBIT A

```
STEIN & LUBIN LLP
Jonathan Sommer (SBN 209179)
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone:  (415) 981-0550
Facsimile:  (415) 981-4343
jsommer@steinlubin.com

Attorneys for Defendant
MOMENTOUS.CA CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MORRISON & FOERSTER LLP,<br><br>    Plaintiff,<br><br>v.<br><br>MOMENTOUS.CA CORPORATION,<br><br>    Defendant. | Case No. 07-6361 EMC<br><br>EXHIBIT A to Reply Declaration of Robert Hall In Support of Motion to Dismiss<br><br>**DOCUMENT SUBMITTED UNDER SEAL**<br><br>Date:     February 20, 2008<br>Time:    10:30 a.m.<br>Judge:   Hon. Edward M. Chen<br>Location: 15th Floor, Courtroom C |

## MANUAL FILING NOTIFICATION

Regarding: EXHIBIT A to the REPLY DECLARATION OF ROB HALL IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, INSUFFICIENT SERVICE OF PROCESS AND FAILURE TO STATE A CLAIM

    This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

    If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web

site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[_] Voluminous Document (PDF file size larger than the e-filing system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

February 6, 2008                    STEIN & LUBIN LLP


By: _____/s/_____
Jonathan Sommer
Attorneys for Defendant
MOMENTOUS.CA CORPORATION