STEIN & LUBIN LLP
Jonathan Sommer (SBN 209179)
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone:   (415) 981-0550
Facsimile:    (415) 981-4343
jsommer@steinlubin.com

Attorneys for Defendant
MOMENTOUS.CA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MORRISON & FOERSTER LLP,<br><br>Plaintiff,<br><br>v.<br><br>MOMENTOUS.CA CORPORATION,<br><br>Defendant. | Case No. 07-6361 EMC<br><br>**DEFENDANT'S MOTION TO FILE UNDER SEAL EXHIBIT A TO REPLY DECLARATION OF ROB HALL IN SUPPORT OF MOTION TO DISMISS; SUPPORTING DECLARATION OF JONATHAN E. SOMMER; [PROPOSED] ORDER**<br><br>[Administrative Motion, L.R. 7-11]<br><br>Date:       February 20, 2008<br>Time:       10:30 a.m.<br>Judge:     Hon. Edward M. Chen<br>Location:  15th Floor, Courtroom C |

## MOTION

Pursuant to Civil Local Rules 7-11 and 79-5, defendant Momentous.ca Corporation ("Momentous") moves to file under seal Exhibit A to the Reply Declaration of Rob Hall in Support of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, Insufficient Service of Process and Failure to State a Claim ("Reply Hall Declaration").

This case generally involves claims by Morrison & Foerster LLP ("Morrison")

against Momentous based on Morrison's allegation that Momentous has failed to pay for legal services rendered by Morrison to non-party the Coalition For ICANN Transparency Inc. ("CFIT"). Accordingly, the case involves confidential communications.

As shown in the supporting declaration of Jonathan E. Sommer, Exhibit A to the Reply Hall Declaration contains what appears to be a confidential communication from Jesse Markham, a Morrison attorney, to Jason Eberstein of CFIT that discusses litigation strategies and tactics, as well as collection issues. As this communication appears to have been intended to be a confidential communication, Momentous is filing it under seal and request that the Court order it sealed.

Dated: February 6, 2008                    STEIN & LUBIN LLP

                                           By:  _____/s/_____
                                                Jonathan Sommer
                                                Attorneys for Defendant
                                                MOMENTOUS.CA CORPORATION

### DECLARATION OF JONATHAN E. SOMMER

1. I am an attorney duly licensed to practice law in the state of California and counsel of record for defendant Momentous.ca Corporation ("Momentous") in this matter. I have personal knowledge of the matters stated in this declaration and, if called upon as a witness, could and would testify competently to them.

2. Attached as Exhibit A to the Reply Hall Declaration is an email which Mr. Hall has sworn is an email sent by Jesse Markham of Morrison to Jason Eberstein of CFIT, copying various other persons.

3. I have reviewed the email, and it appears to involve communications related to Case No. 05-4826 RMW (PVT), styled *Coalition for ICANN Transparency Inc. v. Verisign, Inc. and Internet Corporation for Assigned Names and Numbers* that were intended to be confidential.

4. I requested a stipulation from opposing counsel to file the document under

seal, but have not received a response. Apparently, as I did not consider the need to make the request until the day of the filing of Mr. Hall's declaration, opposing counsel did not have time to respond to my request for a stipulation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 6, 2008.

                                            /s/
                                  Jonathan E. Sommer

**ORDER**

IT IS ORDERED that the Clerk of the Court shall file under seal Exhibit A to the Reply Declaration of Rob Hall in Support of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, Insufficient Service of Process and Failure to State a Claim.

DATED: _____

                                HON. EDWARD M. CHEN
                                U.S. MAGISTRATE JUDGE