1    STEIN & LUBIN LLP
     Jonathan Sommer (SBN 209179)
2    600 Montgomery Street, 14th Floor
     San Francisco, CA  94111
3    Telephone:     (415) 981-0550
     Facsimile:      (415) 981-4343
4    jsommer@steinlubin.com

5    Attorneys for Defendant
     MOMENTOUS.CA CORPORATION
6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12   MORRISON & FOERSTER LLP,              Case No. CV-07-6361 EMC

13            Plaintiff,

14   v.                                    **STIPULATION REGARDING
                                           DEFENDANT'S MOTION TO FILE
15   MOMENTOUS.CA CORPORATION,             UNDER SEAL EXHIBIT A TO REPLY
                                           DECLARATION OF ROB HALL IN
16            Defendant.                   SUPPORT OF MOTION TO DISMISS**

17

18

19          Pursuant to Civil L.R. 7-11, and subject to the Court's approval, plaintiff Morrison

20   & Foerster LLP ("Morrison & Foerster") and defendant Momentous.ca Corporation

21   ("Momentous") stipulate and agree to filing under seal Exhibit A to the Reply Declaration of Rob

22   Hall in Support of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, Insufficient

23   Service of Process and Failure to State a Claim.

24          The exhibit has been filed with the Court in connection Defendant's Motion to File

25   Under Seal Exhibit A to Reply Declaration of Rob Hall in Support of Motion to Dismiss.

26

27

28

1    Dated: February 7, 2008                ADLER LAW FIRM

2

3

4                                    By:    /s/ Joel D. Adler
                                          _____
                                          Joel Adler
5                                         Attorneys for Plaintiff
                                          MORRISON & FOERSTER LLP
6
     Dated: February 7, 2008                STEIN & LUBIN LLP
7

8

9                                    By:    /s/ Jonathan Sommer
                                          _____
                                          Jonathan Sommer
10                                        Attorneys for Defendant
                                          MOMENTOUS.CA CORPORATION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO FILE EXHIBIT UNDER SEAL