1  STEIN & LUBIN LLP
   Jonathan Sommer (SBN 209179)
2  600 Montgomery Street, 14th Floor
   San Francisco, CA  94111
3  Telephone:   (415) 981-0550
   Facsimile:    (415) 981-4343
4  jsommer@steinlubin.com

5  Attorneys for Defendant
   MOMENTOUS.CA CORPORATION
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12  MORRISON & FOERSTER LLP,              Case No. CV-07-6361 EMC

13         Plaintiff,

14  v.                                    **STIPULATION REGARDING DEFENDANT'S MOTION TO FILE UNDER SEAL EXHIBIT A TO REPLY DECLARATION OF ROB HALL IN SUPPORT OF MOTION TO DISMISS**
15  MOMENTOUS.CA CORPORATION,
16         Defendant.                     ORDER

17

18

19         Pursuant to Civil L.R. 7-11, and subject to the Court's approval, plaintiff Morrison

20  & Foerster LLP ("Morrison & Foerster") and defendant Momentous.ca Corporation

21  ("Momentous") stipulate and agree to filing under seal Exhibit A to the Reply Declaration of Rob

22  Hall in Support of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, Insufficient

23  Service of Process and Failure to State a Claim.

24         The exhibit has been filed with the Court in connection Defendant's Motion to File

25  Under Seal Exhibit A to Reply Declaration of Rob Hall in Support of Motion to Dismiss.

26

27

28

51590002/364974v1                         1                         Case No. CV-07-6361 EMC
                     STIPULATION TO FILE EXHIBIT UNDER SEAL

1 | Dated: February 7, 2008                    ADLER LAW FIRM

By:  /s/ Joel D. Adler
Joel Adler
Attorneys for Plaintiff
MORRISON & FOERSTER LLP

Dated: February 7, 2008                    STEIN & LUBIN LLP

By:  /s/ Jonathan Sommer
Jonathan Sommer
Attorneys for Defendant
MOMENTOUS.CA CORPORATION

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*