**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**Date:** February 20, 2008

**Case No:**  C07-6361 EMC                          **FTR Time:** 10:36-11:26 a.m.

**Case Name:** Morrison & Foerster LLP v. Momentous.CA Corporation

**Attorneys:**        Joel Adler for Plaintiff
                     Jon Sommer for Defendant

**Deputy Clerk:**     Betty Fong                    **Court Reporter:** Sahar McVickar

**PROCEEDINGS:**

   - DEFENDANT'S MOTION TO DISMISS

**ORDERED AFTER HEARING:**

   Court took matter under submission and will issue order.


**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:** 3/19/08 at 1:30 p.m. for Case Management Conference.  A joint case management conference shall be filed by 3/12/08.


cc: EMC