1  ADLER LAW FIRM
   Joel D. Adler (SBN 52979)
2  Roger T. Ritter (SBN 56039)
   101 Montgomery Street, Suite 2050
3  San Francisco, CA  94104
   Telephone:     (415) 433-5333
4  Facsimile:     (415) 433-5334
   Email:  adlerlaw@adlerlaw.net
5
   Attorneys for Plaintiff
6  MORRISON & FOERSTER LLP

7  STEIN & LUBIN LLP
   Jonathan Sommer (SBN 209179)
8  600 Montgomery Street, 14th Floor
   San Francisco, CA  94111
9  Telephone:     (415) 981-0550
   Facsimile:     (415) 981-4343
10 jsommer@steinlubin.com

11 Attorneys for Defendant
   MOMENTOUS.CA CORPORATION
12

13                     UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                          SAN FRANCISCO DIVISION

16

| 17 | MORRISON & FOERSTER LLP, | Case No. CV-07-6361 EMC |
|---|---|---|
| 18 | Plaintiff, | |
| 19 | v. | **[PROPOSED] STIPULATION POSTPONING TIME TO AMEND COMPLAINT AND ANSWER UNTIL AFTER MEDIATION** |
| 20 | MOMENTOUS.CA CORPORATION, | |
| 21 | Defendant. | |

22

23

24         WHEREAS plaintiff Morrison & Foerster LLP ("Morrison") and defendant

25 Momentous.ca Corporation ("Momentous") intend to participate in a JAMS mediation before the

26 Hon. Eugene Lynch on April 8, 2008;

27         WHEREAS Momentous is currently obligated to answer Morrison's current

28 complaint no later than March 19, 2008;

1  WHEREAS Morrison intends to amend its current complaint;

2  WHEREAS the parties believe it would conserve resources and facilitate a
3  potential settlement to postpone the filing of further pleadings in this case until after the
4  mediation scheduled for April 8, 2008;

5  IT IS STIPULATED, pursuant to Civil L.R. 6-1 and subject to the Court's
6  approval, that:

7  1.  Morrison will file any amended complaint no later than April 18, 2008.

8  2.  Momentous will file an answer to Morrison's complaint no later than April
9  29, 2008.

Dated: March 11, 2008                ADLER LAW FIRM


By:   /s/ Joel D. Adler
      Joel Adler
      Attorneys for Plaintiff
      MORRISON & FOERSTER LLP

Dated: March 11, 2008                STEIN & LUBIN LLP


By:   /s/ Jonathan Sommer
      Jonathan Sommer
      Attorneys for Defendant
      MOMENTOUS.CA CORPORATION


**IT IS SO ORDERED**.

Dated: _____        _____
                                      MAGISTRATE JUDGE EDWARD M. CHEN