1  ADLER LAW FIRM
   Joel D. Adler (SBN 52979)
2  Roger T. Ritter (SBN 56039)
   101 Montgomery Street, Suite 2050
3  San Francisco, CA  94104
   Telephone:   (415) 433-5333
4  Facsimile:    (415) 433-5334
   Email:  adlerlaw@adlerlaw.net
5
   Attorneys for Plaintiff
6  MORRISON & FOERSTER LLP

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12 | MORRISON & FOERSTER LLP,            | Case No. CV-07-6361 EMC
13 |         Plaintiff,                  | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
14 | v.                                  | **(Civil L.R. 3-16)**
15 | MOMENTOUS.CA CORPORATION,           |
16 |         Defendant.                  |

17

18

19       Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed entity

20 has a financial interest in the subject matter in controversy or in a party to the

21 proceeding: Coalition for ICANN Transparency, Inc., a Delaware Corporation ("CFIT")

22 CFIT was the plaintiff in the underlying action from which plaintiff's claim herein arose,

23 *Coalition for ICANN Transparency, Inc. v. VeriSign, Inc., and Internet Corporation for*

24 *Assigned Names and Numbers,* Case No.05-4826 RMW (PVT), and CFIT is also

25 obligated to plaintiff for its unpaid legal fees.   Plaintiff intends to seek leave to amend

26 the complaint herein to name CFIT as a defendant and also to allege that it is the alter

27 ego of the named defendant herein, Momentous.ca Corporation.

28

8254                                     1                          Case No. CV-07-6361 EMC
                  CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1 | Dated: March 12, 2008

/S/  JOEL D. ADLER
JOEL D. ADLER, SBN 52979
Attorneys for
MORRISON & FOERSTER LLP