STEIN & LUBIN LLP
Jonathan Sommer (SBN 209179)
Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, CA  94111
Telephone:    (415) 981-0550
Facsimile:     (415) 981-4343
jsommer@steinlubin.com

Attorneys for Defendant
MOMENTOUS.CA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MORRISON & FOERSTER LLP,<br><br>Plaintiff,<br><br>v.<br><br>MOMENTOUS.CA CORPORATION,<br><br>Defendant. | Case No.  CV-07-6361 EMC<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br>**(Civil L.R. 3-16)** |

   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed entity has a financial interest in the subject matter in controversy or has a non-financial interest that could be substantially affected by the outcome of this proceeding:  Coalition for ICANN Transparency, Inc., a Delaware Corporation ("CFIT").  CFIT was the plaintiff in the underlying action for which Morrison & Foerster has filed a claim for attorney's fees, *Coalition for ICANN Transparency, Inc. v. VeriSign, Inc., and Internet Corporation for Assigned Names and Numbers*, Case No. 05-4826 RMW (PVT) in the United States District Court for the Northern District of California.

1  Dated: March 12, 2008                    STEIN & LUBIN LLP

2

3                                   By:          /s/
                                        _____
4                                       Jonathan Sommer
                                        Attorneys for Defendant
5                                       MOMENTOUS.CA CORPORATION

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28