```
 1  ADLER LAW FIRM
    Joel D. Adler (SBN 52979)
 2  Roger T. Ritter (SBN 56039)
    101 Montgomery Street, Suite 2050
 3  San Francisco, CA  94104
    Telephone:    (415) 433-5333
 4  Facsimile:    (415) 433-5334
    Email: adlerlaw@adlerlaw.net
 5
    Attorneys for Plaintiff
 6  MORRISON & FOERSTER LLP

 7  STEIN & LUBIN LLP
    Jonathan Sommer (SBN 209179)
 8  600 Montgomery Street, 14th Floor
    San Francisco, CA  94111
 9  Telephone:    (415) 981-0550
    Facsimile:    (415) 981-4343
10  jsommer@steinlubin.com

11  Attorneys for Defendant
    MOMENTOUS.CA CORPORATION
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MORRISON & FOERSTER LLP, | Case No. CV-07-6361 EMC |
| Plaintiff, | |
| v. | **[PROPOSED] STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE UNTIL APRIL 30, 2008** |
| MOMENTOUS.CA CORPORATION, | |
| Defendant. | |

WHEREAS a Case Management Conference is currently set for March 19, 2008 in the above-referenced action;

WHEREAS plaintiff Morrison & Foerster LLP ("Morrison") and defendant Momentous.ca Corporation ("Momentous") intend to participate in a JAMS mediation before the Hon. Eugene Lynch on April 8, 2008;

WHEREAS the parties believe that it is presently difficult to set case management

deadlines and that it would conserve resources and facilitate a potential settlement to postpone the case management conference until after the mediation scheduled for April 8, 2008;

       Subject to the Court's approval, IT IS STIPULATED that the Case Management Conference currently set for March 19, 2008 be continued to April 30, 2008 at 1:30 p.m.

Dated: March 13, 2008     ADLER LAW FIRM

By: /s/ Joel D. Adler
Joel Adler
Attorneys for Plaintiff
MORRISON & FOERSTER LLP

Dated: March 13, 2008     STEIN & LUBIN LLP

By: /s/ Jonathan Sommer
Jonathan Sommer
Attorneys for Defendant
MOMENTOUS.CA CORPORATION

**IT IS SO ORDERED.**

Dated: _____

_____
MAGISTRATE JUDGE EDWARD M. CHEN