1  ADLER LAW FIRM
   Joel D. Adler (SBN 52979)
2  Roger T. Ritter (SBN 56039)
   101 Montgomery Street, Suite 2050
3  San Francisco, CA  94104
   Telephone:   (415) 433-5333
4  Facsimile:    (415) 433-5334
   Email:  adlerlaw@adlerlaw.net
5
   Attorneys for Plaintiff
6  MORRISON & FOERSTER LLP

7  STEIN & LUBIN LLP
   Jonathan Sommer (SBN 209179)
8  600 Montgomery Street, 14th Floor
   San Francisco, CA  94111
9  Telephone:   (415) 981-0550
   Facsimile:    (415) 981-4343
10 jsommer@steinlubin.com

11 Attorneys for Defendant
   MOMENTOUS.CA CORPORATION
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16

17  MORRISON & FOERSTER LLP,          Case No. CV-07-6361 EMC

18         Plaintiff,

19  v.                                **[PR~~OPO~~OSED] STIPULATION POSTPONING TIME TO AMEND COMPLAINT AND ANSWER UNTIL AFTER MEDIATION**

20  MOMENTOUS.CA CORPORATION,

21         Defendant.

22

23

24         WHEREAS plaintiff Morrison & Foerster LLP ("Morrison") and defendant

25  Momentous.ca Corporation ("Momentous") intend to participate in a JAMS mediation before the

26  Hon. Eugene Lynch on April 8, 2008;

27         WHEREAS Momentous is currently obligated to answer Morrison's current

28  complaint no later than March 19, 2008;

1     WHEREAS Morrison intends to amend its current complaint;

2     WHEREAS the parties believe it would conserve resources and facilitate a potential settlement to postpone the filing of further pleadings in this case until after the mediation scheduled for April 8, 2008;

    IT IS STIPULATED, pursuant to Civil L.R. 6-1 and subject to the Court's approval, that:

    1.    Morrison will file any amended complaint no later than April 18, 2008.

    2.    Momentous will file an answer to Morrison's complaint no later than April 29, 2008.

Dated: March 11, 2008    ADLER LAW FIRM

By: /s/ Joel D. Adler
Joel Adler
Attorneys for Plaintiff
MORRISON & FOERSTER LLP

Dated: March 11, 2008    STEIN & LUBIN LLP

By: /s/ Jonathan Sommer
Jonathan Sommer
Attorneys for Defendant
MOMENTOUS.CA CORPORATION

**IT IS SO ORDERED**.

Dated: March 17, 2008

MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

51590002/366809v1    2    Case No. CV 07-6361 EMC

STIPULATION POSTPONING TIME TO AMEND COMPLAINT AND ANSWER