ADLER LAW FIRM
Joel D. Adler (SBN 52979)
Roger T. Ritter (SBN 56039)
101 Montgomery Street, Suite 2050
San Francisco, CA 94104
Telephone:   (415) 433-5333
Facsimile:   (415) 433-5334
Email: adlerlaw@adlerlaw.net

Attorneys for Plaintiff
MORRISON & FOERSTER LLP

STEIN & LUBIN LLP
Jonathan Sommer (SBN 209179)
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone:   (415) 981-0550
Facsimile:   (415) 981-4343
jsommer@steinlubin.com

Attorneys for Defendant
MOMENTOUS.CA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MORRISON & FOERSTER LLP, | Case No. CV-07-6361 EMC |
| Plaintiff, | |
| v. | [PROPOSED] STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE UNTIL APRIL 30, 2008 |
| MOMENTOUS.CA CORPORATION, | |
| Defendant. | |

WHEREAS a Case Management Conference is currently set for March 19, 2008 in the above-referenced action;

WHEREAS plaintiff Morrison & Foerster LLP ("Morrison") and defendant Momentous.ca Corporation ("Momentous") intend to participate in a JAMS mediation before the Hon. Eugene Lynch on April 8, 2008;

WHEREAS the parties believe that it is presently difficult to set case management

1  deadlines and that it would conserve resources and facilitate a potential settlement to postpone the
2  case management conference until after the mediation scheduled for April 8, 2008;
3          Subject to the Court's approval, IT IS STIPULATED that the Case Management
4  Conference currently set for March 19, 2008 be continued to April 30, 2008 at 1:30 p.m.

Dated: March 13, 2008          ADLER LAW FIRM

By: /s/ Joel D. Adler
Joel Adler
Attorneys for Plaintiff
MORRISON & FOERSTER LLP

Dated: March 13, 2008          STEIN & LUBIN LLP

By: /s/ Jonathan Sommer
Jonathan Sommer
Attorneys for Defendant
MOMENTOUS.CA CORPORATION

**IT IS SO ORDERED**.  A Joint Case Management Statement shall be filed by 4/23/08.

Dated: March 17, 2008

_____
MAGISTRATE JUDGE EDWARD M. CHEN

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen