United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRISON & FOERSTER LLP,<br><br>    Plaintiff,<br><br>v.<br><br>MOMENTOUS.CA CORPORATION,<br><br>    Defendant.<br>_____/ | No. C-07-6361 EMC<br><br>**CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

    YOU ARE NOTIFIED THAT the Case Management Conference is reset from April 30, 2008 at 10:30 a.m. **to May 7, 2008 at 1:30 p.m.** before **Magistrate Judge Edward M. Chen**, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.  A joint case management conference statement shall be filed by April 30, 2008.

Dated: April 8, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
     Betty Fong
     Courtroom Deputy