```
ADLER LAW FIRM
Joel D. Adler (SBN 52979)
Roger T. Ritter (SBN 56039)
101 Montgomery Street, Suite 2050
San Francisco, CA 94104
Telephone:  (415) 433-5333
Facsimile:  (415) 433-5334
Email:  adlerlaw@adlerlaw.net

Attorneys for Plaintiff
MORRISON & FOERSTER LLP

STEIN & LUBIN LLP
Jonathan Sommer (SBN 209179)
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone:  (415) 981-0550
Facsimile:  (415) 981-4343
Email:  jsommer@steinlubin.com

Attorneys for Defendant
MOMENTOUS.CA CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MORRISON & FOERSTER LLP,<br><br>Plaintiff,<br><br>v.<br><br>MOMENTOUS.CA CORPORATION,<br><br>Defendant. | Case No. CV-07-6361 EMC<br><br>NOTICE OF CONDITIONAL SETTLEMENT |

**PLEASE TAKE NOTICE** that the parties have settled the above-entitled action. However, the settlement agreement conditions dismissal of the case on the satisfactory completion of specified terms that may not be fully performed until March 31, 2009. Plaintiff will file a request for dismissal no later than May 1, 2009. Meanwhile, the parties request that the Court place the case in inactive status for administrative purposes.

- 1 -                                                              Case No. CV-07-6361 EMC

NOITCE OF CONDITIONAL SETTLEMENT

1  Dated: April 24, 2008

2
3                                         /S/  JOEL D. ADLER
                                          JOEL D. ADLER, SBN 52979
4                                         ROGER T. RITTER, SBN 56039
                                          Attorneys for Plaintiff
5                                         Morrison & Foerster LLP

6  Dated: April 24, 2008
7
8                                         /S/  JONATHAN SOMMER
                                          JONATHAN SOMMER, SBN 209179
9                                         Attorneys for Defendant
                                          Momentous.ca Corporation
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -                                  Case No. CV-07-6361 EMC

NOITCE OF CONDITIONAL SETTLEMENT