**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**Date:** April 25, 2008

**Case No:**  C07-6361 EMC                              **Time:** 2:30 - 2:35 p.m. (Not recorded)

**Case Name:** Morrison & Foerster LLP v. Momentous.CA Corporation

**Attorneys:**         Joel Adler for Plaintiff
                       Jon Sommer for Defendant

**Deputy Clerk:**       Betty Fong

**PROCEEDINGS:**

   Conference call re conditional dismissal.

**ORDERED AFTER HEARING:**

   Court will e-mail counsel draft order.  Counsel to respond by 5/2/08.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ ] Court

**Case continued to:**

cc: EMC