UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRISON & FOERSTER LLP, | No. C-07-6361 EMC |
| Plaintiff, | |
| v. | **ORDER (Conditional Dismissal)** |
| MOMENTOUS.CA CORPORATION, | |
| Defendant. _____/ | |

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this action.

    IT IS HEREBY ORDERED that this action is dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with a proof of service of a copy on opposing counsel by no later than May 1, 2009, that the agreed consideration for the settlement has not been timely delivered over, this Order shall stand vacated, and the action shall be restored to the calendar.

    The Case Management Conference set for May 7, 2008 at 1:30 p.m. is hereby vacated.

    IT IS SO ORDERED.

Dated: April 29, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge